IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MACHELLE JOSEPH,<br><br>   *Plaintiff*,<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA; GEORGIA TECH ATHLETIC ASSOCIATION; GEORGE P. PETERSON, in his individual capacity; M. TODD STANSBURY, in his individual capacity; MARVIN LEWIS, in his individual capacity; and<br>SHOSHANNA ENGEL, in her individual Capacity,<br><br>   *Defendants*. | CIVIL ACTION FILE NO.<br>_____ |

## **DISTRICT COURT NOTICE OF REMOVAL**

**TO:** The Judges of the United States District Court for the Northern District of Georgia, Atlanta Division

COME NOW, the Board of Regents of the University System of Georgia, Georgia Tech Athletic Association, George P. Peterson, M. Todd Stansbury, Marvin Lewis, and Shoshanna Engel, Defendants in the above-styled action, by and through counsel, and pursuant to 28 U.S.C. §§1441 and 1446, within the time prescribed by law, file this Notice of Removal. Defendants file this notice

subject to and without waiving any defenses available to them under state and federal law.

Defendants respectfully show the Court as follows:

1.

On December 23, 2019, Plaintiff Machelle Joseph filed a civil action against the Defendants in the Superior Court of Fulton County, State of Georgia, said action being designated as:

> MACHELLE JOSEPH v. Board of Regents of the University System of Georgia; Georgia Tech Athletic Association; George P. Peterson, in his individual capacity; M. Todd Stansbury, in his individual capacity; Marvin Lewis, in his individual capacity; and Shoshanna Engel, in her individual capacity; Superior Court of Fulton County, Civil Action No. 2019CV331019.

A copy of the Complaint is attached hereto as Exhibit "A".

2.

On January 4, 2020, through January 6, 2020, Defendants were served with a copy of the Complaint and Summons. Copies of the Summons and Affidavits of Service are attached hereto as Exhibits C through H and O through T respectively.

3.

In the Complaint, Plaintiff asserts discrimination and retaliation claims under Title IX of the Education Amendments Act of 1972, U.S.C. §1681, *et seq.* and Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e, *et seq.*;

violation of Constitutional and Civil Rights pursuant to 42 U.S.C. §1983 and the equal protection clause; retaliation in violation of the Georgia Whistleblower Act, O.C.G.A. §45-1-4; retaliatory hostile work environment in violation of Title IX of the Education Amendments Act of 1971, 20 U.S.C. §§1981, *et seq.* and Title VII of the Civil Rights Act of 1964, 45 U.S.C. §§2000e, *et seq.*; Breach of Contract; and violations of the Georgia Open Records Act, O.C.G.A. §50-18-71. (See Exhibit B)

4.

Plaintiff is seeking various forms of relief, including but not limited to, compensatory and punitive damages, back pay, front pay, and attorney's fees. (See Exhibit B)

5.

Plaintiff's Complaint presents a federal question over which this Court has original subject matter jurisdiction under the provision of 28 U.S.C. § 1331, and accordingly, is one which may be removed to this Court pursuant to the provision of 28 U.S.C. § 1441(a).

6.

Defendants also attach hereto as Exhibit V a true and accurate copy of the Superior Court Notice of Removal to be filed in the Superior Court of Fulton County, State of Georgia.

7.

Exhibits A through V constitute all process, pleadings, and orders that have been served upon Defendants or which have been filed or will be filed by Defendants in the Superior Court of Fulton County, State of Georgia.

8.

Defendants consent to and submit the removal of this action within 30 days of the date they were served with Plaintiff's Complaint. Defendants also consent to this notice subject to and without waiving any defenses available to the Defendants under state or federal law.

WHEREFORE, Defendants move that this Notice of Removal be filed, that said action be removed and proceed in the United States District Court for the Northern District of Georgia, Atlanta Division, so that no further proceedings may be had in said case in the Superior Court of Fulton County, State of Georgia.

Respectfully submitted, this 3rd day of February, 2020.

*s/ Christopher Paul Galanek*
Christopher Paul Galanek
Georgia Bar No. 282390
BRYAN CAVE LEIGHTON
PAISNER LLP
One Atlantic Center, 14th Floor
1201 W. Peachtree Street, NW
Atlanta, GA 30309
Tel: (404) 572-6979

CHRISTOPHER M. CARR
Attorney General
Georgia Bar No.112505

ANNETTE M. COWART
Deputy Attorney General
Georgia Bar No. 191199

chris.galanek@bclplaw.com

*s/ Ronald C. Machen*
Ronald C. Machen
(*pro hac vice* forthcoming)

*s/ Danielle Y. Conley*
Danielle Y. Conley
(*pro hac vice* forthcoming)

*s/ Tania Faransso*
Tania Faransso
(*pro hac vice* forthcoming)

WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 663-6000
ronald.machen@wilmerhale.com
danielle.conley@wilmerhale.com
tania.faransso@wilmerhale.com

*Attorneys for Georgia Tech Athletic Association*

BRYAN K. WEBB
Georgia Bar No. 743580
Senior Assistant Attorney General

*s/ Katherine P. Stoff*
KATHERINE P. STOFF
Georgia Bar No. 536807
Senior Assistant Attorney General

*s/ Courtney C. Poole*
COURTNEY C. POOLE
Georgia Bar No. 560587
Assistant Attorney General

Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Tel: (404) 656-3393
Fax: (404) 657-9932
kstoff@law.ga.gov
cpoole@law.ga.gov

*Attorneys for Defendants BOR, Peterson, Stansbury, Lewis, and Engel*

## CERTIFICATE OF SERVICE

I certify that on February 3, 2020, I electronically filed the foregoing **DISTRICT COURT NOTICE OF REMOVAL** with the Clerk of the Court using the Odyssey E-File GA system, which will automatically send email notification of such filing to the following attorneys of record:

Edward D. Buckley
edbuckley@buckleybeal.com
Buckley Beal, LLP
600 Peachtree Street, N.E., Suite 3900
Atlanta, GA 30308

Lisa J. Banks
banks@kmblegal.com
Colleen E. Conveney
coveney@kmblegal.com
Joseph E. Abboud
abboud@kmblegal.com
Katz, Marshall, & Banks, LLP
1718 Connecticut Avenue, N.W., Sixth Floor
Washington, DC 20009

*Counsel for Plaintiff*

Christopher Paul Galanek (GA Bar No. 282390)
BRYAN CAVE LEIGHTON PAISNER LLP
One Atlantic Center, 14th Floor
1201 W. Peachtree Street, NW
Atlanta, GA 30309
Tel.: (404) 572-6979
chris.galanek@bclplaw.com

Ronald C. Machen (*pro hac vice* forthcoming)
Danielle Y. Conley (*pro hac vice* forthcoming)
Tania Faransso (*pro hac vice* forthcoming)
WILMER CUTLER PICKERING
HALE AND DORR LLP

1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel.: (202) 663-6000
ronald.machen@wilmerhale.com
danielle.conley@wilmerhale.com
tania.faransso@wilmerhale.com

*Attorneys for Georgia Tech Athletic Association*

<u>*s/ Katherine Powers Stoff*</u>
Senior Assistant Attorney General
*Counsel for Defendants BOR, Peterson, Stansbury, Lewis, and Engel*