UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MACHELLE JOSEPH<br><br>    Plaintiff,<br><br>    v.<br><br>BOARD OF REGENTS OF<br>THE UNIVERSITY SYSTEM<br>OF GEORGIA;<br>GEORGIA TECH ATHLETIC<br>ASSOCIATION;<br>GEORGE PETERSON, in his individual capacity; M. TODD STANSBURY, in his individual capacity; MARVIN LEWIS, in his individual capacity; and SHOSHANNA ENGEL, in her individual capacity.<br><br>    Defendants. | Civil Action No.:<br>1:20-cv-00502-TCB |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2020, I electronically filed this **CERTIFICATE OF SERVICE OF PLAINTIFF'S FIFTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT BOARD OF REGENTS OF THE UNIVERITY SYSTEM OF GEORGIA** with the Clerk of Court using the CM/ECF system which will automatically send email

14

notification of such filing to the following attorneys of record and have served the **PLAINTIFF'S FIFTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT BOARD OF REGENTS OF THE UNIVERITY SYSTEM OF GEORGIA** on the following attorneys of record by email as follows:

 Courtney Poole (cpoole@law.ga.gov)
 Katherine Powers Stoff (kstoff@law.ga.gov)
 Christopher Paul Galanek (chris.galanek@bclplaw.com)
 Danielle Y. Conley (danielle.conley@wilmerhale.com)
 Tania Christine Faransso (tania.faransso@wilmerhale.com)
 Ronald C. Machen (ronald.machen@wilmerhale.com)

         BUCKLEY BEAL, LLP

      By: *s/ Edward D. Buckley*
         Edward D. Buckley
         Georgia Bar No. 092750
         *Counsel for Plaintiff*