# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MACHELLE JOSEPH, <br><br> Plaintiff, <br><br> v. <br><br> BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA; GEORGIA TECH ATHLETIC ASSOCIATION; GEORGE PETERSON, in his individual capacity; M. TODD STANSBURY, in his individual capacity; MARVIN LEWIS, in his individual capacity; and SHOSHANNA ENGEL, in her individual capacity. <br><br> Defendants. | Civil Action No.: <br> 1:20-cv-00502-TCB |

## NOTICE OF ISSUANCE OF AMENDED SUBPOENA TO TESTIFY AT DEPOSITION

Notice is hereby given that on May 13, 2020 the attached Amended Subpoena, to Francesca Pan, to testify at deposition in a civil action was issued by Plaintiff pursuant to Fed. R. Civ. P. 45.

Respectfully submitted this 13th day of May, 2020.

                    **BUCKLEY BEAL, LLP**

By:   */s/Edward D. Buckley*
       Edward D. Buckley
       Georgia Bar No. 092750
       edbuckley@buckleybeal.com

600 Peachtree Street NE
Suite 3900
Atlanta, GA  30308
Telephone: (404) 781-1100
Facsimile:  (404) 781-1101

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| MACHELLE JOSEPH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOARD OF REGENTS OF<br>THE UNIVERSITY SYSTEM<br>OF GEORGIA;<br>GEORGIA TECH ATHLETIC<br>ASSOCIATION;<br>GEORGE PETERSON, in his individual<br>capacity; M. TODD STANSBURY, in his<br>individual capacity; MARVIN LEWIS, in<br>his individual capacity; and<br>SHOSHANNA ENGEL, in her individual<br>capacity.<br><br>　　　　Defendants. | Civil Action No.:<br>1:20-cv-00502-TCB |

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2020, I electronically filed the above **NOTICE OF ISSUANCE OF AMENDED SUBPOENA TO TESTIFY AT DEPOSITION** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record and have served the **NOTICE OF ISSUANCE OF AMENDED**

3

**SUBPOENA TO TESTIFY AT DEPOSITION** on the following attorneys of record by email as follows:

    Courtney Poole (cpoole@law.ga.gov)
    Katherine Powers Stoff (kstoff@law.ga.gov)
    Christopher Paul Galanek (chris.galanek@bclplaw.com)
    Danielle Y. Conley (danielle.conley@wilmerhale.com)
    Tania Christine Faransso (tania.faransso@wilmerhale.com)
    Ronald C. Machen (ronald.machen@wilmerhale.com)

                                    BUCKLEY BEAL, LLP

By:    s/ Edward D. Buckley
          Edward D. Buckley
          Georgia Bar No. 092750
          *Counsel for Plaintiff*