# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| MACHELLE JOSEPH, <br><br> Plaintiff, <br><br> v. <br><br> BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA; GEORGIA TECH ATHLETIC ASSOCIATION; GEORGE PETERSON, in his individual capacity; M. TODD STANSBURY, in his individual capacity; MARVIN LEWIS, in his individual capacity; and SHOSHANNA ENGEL, in her individual capacity. <br><br> Defendants. | Civil Action No.: <br> 1:20-cv-00502-TCB |

## NOTICE OF ISSUANCE OF SUBPOENA DUCES TECUM

Notice is hereby given that on September 9, 2020 the attached subpoena, to the National Collegiate Athletic Association, for the production of documents was issued by Plaintiff pursuant to Fed. R. Civ. P. 45. The subpoena addressed to the National Collegiate Athletic Association c/o Laura Vecera, NCAA Coordinator of Litigation / Paralegal, PO BOX 622, Indianapolis, IN 46206, has been served via

Certified Mail, Return Receipt Requested, no. 70180680000019123613, by depositing in the U.S. Mail, with proper postage applied.

Respectfully submitted this 9th day of September, 2020.

                                         **BUCKLEY BEAL, LLP**

                    By:   */s/Edward D. Buckley*
                           Edward D. Buckley
                           Georgia Bar No. 092750
                           edbuckley@buckleybeal.com

600 Peachtree Street NE
Suite 3900
Atlanta, GA  30308
Telephone: (404) 781-1100
Facsimile:  (404) 781-1101

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MACHELLE JOSEPH, <br><br> Plaintiff, <br><br> v. <br><br> BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA; GEORGIA TECH ATHLETIC ASSOCIATION; GEORGE PETERSON, in his individual capacity; M. TODD STANSBURY, in his individual capacity; MARVIN LEWIS, in his individual capacity; and SHOSHANNA ENGEL, in her individual capacity. <br><br> Defendants. | Civil Action No.: <br> 1:20-cv-00502-TCB |

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2020, I electronically filed the above **NOTICE OF ISSUANCE OF SUBPOENA DUCES TECUM** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record and have served the **NOTICE**

3

**OF ISSUANCE OF SUBPOENA DUCES TECUM** on the following attorneys of record by email as follows:

    Courtney Poole (cpoole@law.ga.gov)
    Katherine Powers Stoff (kstoff@law.ga.gov)
    Christopher Paul Galanek (chris.galanek@bclplaw.com)
    Danielle Y. Conley (danielle.conley@wilmerhale.com)
    Tania Christine Faransso (tania.faransso@wilmerhale.com)
    Ronald C. Machen (ronald.machen@wilmerhale.com)

                            BUCKLEY BEAL, LLP

            By:    s/ Edward D. Buckley
                        Edward D. Buckley
                        Georgia Bar No. 092750
                        *Counsel for Plaintiff*