# Exhibit 1



**KATZ, MARSHALL & BANKS,** LLP

Lisa J. Banks, Partner
Phone: 202-299-1140
banks@kmblegal.com

**CONFIDENTIAL**

By Electronic and First-Class Mail
November 21, 2018

George P. Peterson
President
Georgia Institute of Technology
Office of the President
225 North Avenue, N.W.
Atlanta, Georgia 30332-0455
Email: president@gatech.edu

Re: MaChelle Joseph

Dear President Peterson:

MaChelle Joseph has retained the law firm of Katz, Marshall & Banks, LLP, to advise her with respect to her employment at Georgia Institute of Technology ("GT" or "the University"). For the past 15 years, Coach Joseph has worked as the head coach of the GT women's basketball team. During this time, she has consistently excelled in her role as head coach, and is the winningest coach in the history of GT women's basketball. Although Coach Joseph's employment contract with GT is in place until March 31, 2020, she has concerns that the University may consider not renewing that contract, or taking some other adverse action against her, based on the retaliatory motives of some in the GT Athletics Department. Coach Joseph does not want matters to escalate unnecessarily and has therefore asked us to step in and work alongside her current attorney, Matthew Johns, and her agent, Gary Rosenfield, to help keep negotiations on track. I have briefly summarized the basis for Coach Joseph's concerns below, and plan to send you a more detailed letter setting forth Coach Joseph's position in the near future. If you would like to discuss this matter prior to receiving my letter, however, please feel free to contact me.

During her tenure at GT, Coach Joseph has had a distinguished career. She is the winningest coach in the history of the GT women's basketball program. She reached 150 wins faster than any coach in GT history, and is presently three victories away from 300 career wins at GT. Her record includes 10 20-win seasons in 15 years and 11 postseason appearances in 12 years. She has broken numerous records, including leading her team to their first ever National Collegiate Athletic Association ("NCAA") Tournament win. In addition to her winning record, she has also consistently recruited high caliber athletes to GT year after year. Over the past 15 years, Coach Joseph has had 13 top 25 recruiting classes, and most recently, secured a top 15 class in 2017, top 10 class in 2018, and top 25 class in 2019.

181121 - Ltr to Peterson.pdf

PLAINTIFF007585



Mr. George P. Peterson
President
November 21, 2018
Page 2

Despite the fact that Coach Joseph's success as head coach continues to this day, certain members of the Athletic Department have subjected Coach Joseph to a series of unfounded reprimands that threaten to end her career at GT. While we are still in the process of investigating this matter, we have concerns that the University has undertaken these reprimands in retaliation for Coach Joseph consistently raising concerns about unequal treatment of the women's basketball program and/or sex discrimination in the Athletic Department in violation of Title IX of the Education Amendments of 1972, 20 U.S.C. §1681 et seq. and Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq. In particular, based on our preliminary investigation, it appears that University officials issued these reprimands after Coach Joseph raised repeated concerns with the University about its failure to provide the women's basketball program equal athletic opportunity and resources – such as equal provision of equipment and facilities, financial resources for coaching, staff, and travel, and marketing – as well as concerns about the differential treatment of her as a female coach.

We are aware that Coach Joseph's attorney Mr. Johns and agent Mr. Rosenfield are in discussions with GT Athletic Director Todd Stansbury and Women's Basketball Sports Administrator Mark Rountree about renewing Coach Joseph's employment contract. We also understand that those negotiations have stalled due to a pending NCAA investigation. However, we are confident that those allegations (which we believe are based on a retaliatory intent to disparage her) will be proven baseless and that productive negotiations can resume. Although the treatment of Coach Joseph in recent years by certain Athletic Department staff has caused her distress, she remains fully committed to the GT women's basketball program and desires to continue her successful career as the Head Coach. We therefore intend to work collaboratively with Mr. Johns, Mr. Rosenthal, and the University to reach an amicable resolution of this matter.

As noted above, I will be in touch soon with a more detailed accounting of Coach Joseph's concerns and a proposal to resolve them. In the interim, please do not hesitate to contact me.

Sincerely,

Lisa J. Banks
Attorney for MaChelle Joseph

cc:   MaChelle Joseph (by electronic mail only)
      Matthew Johns (by electronic mail only)
      Gary Rosenfield (by electronic mail only)
      Todd Stansbury (by electronic mail only)
      Mark Rountree (by electronic mail only)

181121 - Ltr to Peterson.pdf

PLAINTIFF007586