# Exhibit 8

**Message**

**From:** Engel, Shoshanna B [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=578097279D6B45799A236CE4295C85B2-ENGEL_SHOSH]
**Sent:** 3/28/2019 10:48:11 AM
**To:** Raskind, Mary Ruth [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7b9b9364a6a441bd9628b2706deb413c-Raskind_Mar]
**Subject:** RE: What to Expect

Mary-

That works -- I am working to shuffle a few things, so stay tuned on exact location for a calendar hold.

Thanks,

Sho



Shoshanna B. Engel
Associate Athletic Director for Compliance
Deputy Title IX Coordinator
Georgia Tech Athletic Association
150 Bobby Dodd Way NW |  Atlanta, Georgia |  30332
sengel@athletics.gatech.edu
C: 404.625.3981
W: 404.894.8792
Web |Facebook |Twitter

---

**From:** Raskind, Mary Ruth
**Sent:** Thursday, March 28, 2019 10:36 AM
**To:** Wasch, Kate <kate.wasch@legal.gatech.edu>; Lewis, Marvin A <mlewis@athletics.gatech.edu>; Engel, Shoshanna B <sengel@athletics.gatech.edu>; Akin, Joeleen <jakin@athletics.gatech.edu>; Rountree, Mark S <mrountree@athletics.gatech.edu>; Reeves, Tracey A <tracey.reeves@gatech.edu>
**Cc:** Wallace, Lance E <lance.wallace@comm.gatech.edu>; Flynn, Mike <mflynn@athletics.gatech.edu>; Gosden, Kathleen T <kathleen.gosden@legal.gatech.edu>; Harrington, Kim <kim.harrington@ohr.gatech.edu>; Bryan Webb <bwebb@law.ga.gov>
**Subject:** RE: What to Expect

Hi, All -  How about Friday morning at 10:00a?

Hey, Sho:  is there a conference room available over in your neck of the woods that can accommodate 10 people?  Our conference room isn't available.

---

**From:** Wasch, Kate <kate.wasch@legal.gatech.edu>
**Sent:** Wednesday, March 27, 2019 5:24 PM
**To:** Lewis, Marvin A <mlewis@athletics.gatech.edu>; Engel, Shoshanna B <sengel@athletics.gatech.edu>; Akin, Joeleen <jakin@athletics.gatech.edu>; Rountree, Mark S <mrountree@athletics.gatech.edu>
**Cc:** Wallace, Lance E <lance.wallace@comm.gatech.edu>; Flynn, Mike <mflynn@athletics.gatech.edu>; Gosden, Kathleen T <kathleen.gosden@legal.gatech.edu>; Harrington, Kim <kim.harrington@ohr.gatech.edu>; Bryan Webb <bwebb@law.ga.gov>; Raskind, Mary Ruth <raskind@gatech.edu>
**Subject:** What to Expect

[redacted]



Kate Wasch
Managing Attorney
Office of Legal Affairs
Georgia Institute of Technology
Atlanta, GA 30332-0495
Telephone: 404-894-4812

Please note that most communications to or from Georgia Tech employees are available to the public and the media upon request under Georgia's broad open records law.  Therefore, this e-mail communication and any response to it may be subject to public disclosure.

BOR-002559