EXHIBIT 1

| Date | Discovery Evidence | Missing Evidence |
|---|---|---|
| 1/25/19 | Tucker text to Oliver-Staley: "I have girls who will talk." | Tucker's phone records reflect text messages with women basketball players throughout January 2019. If any of those text messages were with "the girls" who were willing to talk, those text messages have been destroyed.[1] |
| 1/26/19 | Tucker drives four students in her car to an off-campus Starbucks to meet with Oliver-Staley. The students voice complaints about Plaintiffs. Student One testified that Oliver-Staley told them that the complaints were not "enough." Student One Dep. at 189:4-22. | Tucker's phone records reflect text messages with women basketball players throughout January 2019. If Tucker texted with the students before or after this meeting, those text messages have been destroyed. If Akin and Durham texted about this meeting, those text messages have been destroyed.[2] |
| 1/26/19 | Oliver-Staley text to Tucker: "I need them to also think about rules violations they can share…similar to practice going over time." | Tucker's phone records reflect text messages with women's basketball players after the January 26, meeting. If any of these texts related to questions about rules violations, those text |

---

[1] Plaintiff has Ms. Tucker's phone records, including text message records, for part of the relevant time period. Where Plaintiff can identify deleted text messages from Ms. Tucker's phone based on her phone records, she has. It is Plaintiff's understanding that Ms. Tucker also messaged with players on another messaging application, but those messages have been destroyed. Ms. Tucker's phone records do not reflect the messaging sent via these messaging applications.

[2] Text messages produced from Ms. Akin's phone after February 17, 2019, show that she and Ms. Durham communicated about Plaintiff and issues relating to this case by text message.

EXHIBIT 1

| Date | Discovery Evidence | Missing Evidence |
|---|---|---|
| | | messages have been destroyed. |
| 1/27/19 | Durham text to Oliver Staley: "on my way to the WBB game. Did the students come and see you yesterday?" | If Durham texted with Peterson or Akin about the WBB game, or about the students coming to see Oliver-Staley, those text messages have been destroyed. |
| 1/27/19 | Metadata from a recording of Plaintiff at a game shows that the recording was made on January 27, 2019, the date of the GT/NC State WBB game, to which Durham confirmed to Oliver-Staley she had attended. Plaintiff was unaware she was being recorded. Akin later played an excerpt of this recording from her phone for the investigator retained to investigate Plaintiff. E. Hoffman Dep. at 71:21-72:23. | If Akin texted Durham, Tucker, or any women's basketball players about this recording, those text messages have been destroyed. If Durham and Peterson texted about this recording those text messages have been destroyed. If Tucker texted any women basketball players about this recording, those text messages have been destroyed. |
| 1/27/19 | After the NC State game, Akin and Durham speak on the phone. | If Akin and Durham texted at this time, those text messages have been destroyed. |
| 1/28/19 | Oliver-Staley text to Tucker at 10:35-10:36 am: "I spoke with the folks at Carnegie[3]…if I can get letters from parents and any past players you trust…I may have a path forward…the sooner I can get them the better. President's chief of staff Lynn [Durham] also wants them to know that she is an ally and will work with me towards a solution. We just | If Akin and Durham texted about the direction from Carnegie, those text messages have been destroyed. If Akin or Tucker texted any players or parents of players whom they trusted at this time, those text messages have been destroyed. |

---

[3] Carnegie is a reference to the Office of the President where Dr. Peterson and Ms. Durham worked.

2

# EXHIBIT 1

| Date | Discovery Evidence | Missing Evidence |
|---|---|---|
| | need to make sure only people you guys absolutely trust are in the know." | |
| 1/28/19 | After Oliver-Staley gives her directive to get information from those Tucker "trusts", Akin's calendar shows a meeting with "KP" – initials of a disgruntled former women's basketball player – at 12:15 p.m. | Texts produced from Akin's phone show that she had a texting relationship with KP. If Akin texted KP on January 28 about this meeting, those text messages have been deleted.  If Akin texted Durham about this meeting, those text messages have been destroyed. |
| 1/28/19 | After Oliver-Staley gives her directive to get information from those Tucker "trusts", Tucker exchanged multiple phone calls and text messages with a disgruntled former women's basketball staff member, Malikah Willis, who filed a complaint against Plaintiff in 2017.  She also exchanges text messages with women basketball players. | These text messages have been destroyed. |
| 1/28/19 | Durham text to Oliver-Staley at 3:18 p.m.: "Julie [presumably Senior Human Resources Specialist Julie Joyce] are in my office.  Come on in." | If Durham texted Akin or Peterson about this meeting, those text messages have been destroyed. |

EXHIBIT 1

| Date | Discovery Evidence | Missing Evidence |
|---|---|---|
| 1/28/19 | Oliver-Staley text to Engel at 3:56 p.m. (~30 minutes after the HR meeting with Ms. Joyce): "Do you have a copy of the last report where Joe [sic] was investigation."[4]<br><br>Engel to Oliver-Staley at 3:57 p.m.: "I never received a copy of the HR report…I can ask over here…"<br><br>Oliver-Staley to Engel at 3:58 pm: "Don't.  Don't ask and do not mention that I asked." | |
| 1/28/19 | At 4:50 pm:  Tucker calls Akin.  Approximately 45 minutes later, Tucker calls KP, the former disgruntled WBB player whom Akin is believed to have met with earlier that day. | If Tucker texted anyone about this this call, those messages have been destroyed.  If Akin texted Durham about this call, those text messages have been destroyed. |
| 1/29/10 | Akin text to Oliver-Staley at 11:20 a.m.: "I have [sic] two people your number and they are calling you today to set up a time for fellowship." | If Akin texted these two people to instruct them to call Oliver-Staley, those text messages have been destroyed.  If Akin texted Durham about these persons, those text messages have been destroyed. |
| 1/29/19 | Tucker text to Oliver-Staley at 11:21 a.m.: "Should have them soon." Oliver-Staley to Tucker:  "Great!" | If Tucker messaged any of the women's basketball players on the other messaging app she used on this day about these letters, those messages have been destroyed. |

---

[4] The last time HR had investigated Plaintiff was in 2017, when Ms. Willis, who Ms. Tucker had spoken and texted to hours before, filed a complaint with HR about Plaintiff.  An investigation concluded that Plaintiff had not engaged in wrong doing.

4

EXHIBIT 1

| Date | Discovery Evidence | Missing Evidence |
|---|---|---|
| 1/29/19 | At 1:42 p.m. father of Student One e-mails a complaint about Plaintiff to Student One. | |
| 1/29/19 | Stansbury's calendar show he held a "HR brainstorming mtg" in his office at 3:30 p.m. | If Peterson, Akin, or Durham attended this meeting and exchanged text messages about it, those text messages have been destroyed. |
| 1/30/19 | Tucker and Student One, whose father had just submitted a complaint about Plaintiff the day before, exchanged 19 text messages. | These text messages have been destroyed. |
| 1/31/19 | The day after Tucker and Student One exchanged 19 text messages that have been destroyed, Oliver-Staley texted Tucker for an update on the letters from parents. Tucker replied that she planned to "try" to get the letters but she felt "like they are fading." When Oliver-Staley asked what Tucker meant, Tucker stated "Not sure if they want to do it." Oliver-Staley texted to ask if she could help get them "back on track." | If Akin and Durham texted about this, those text messages have been destroyed. If Durham and Peterson texted about this, those text messages have been destroyed. |
| 1/31/19 | Tucker text to Oliver-Staley at 10:50 p.m.: "I am bringing you a letter tomorrow. You will have to turn it in ASAP." | If Akin and Durham texted about this, those text messages have been destroyed. If Durham and Peterson texted about this, those text messages have been destroyed. |
| 2/1/19 | Tucker and Oliver-Staley text six times about meeting. Tucker eventually states that she cannot come with the letter, but will come on Monday. | If Akin and Durham texted about this, those text messages have been destroyed. If Durham texted Peterson about this, those text messages have been destroyed. |

5