# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| MACHELLE JOSEPH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOARD OF REGENTS OF ) <br> THE UNIVERSITY SYSTEM ) <br> OF GEORGIA and ) <br> GEORGIA TECH ATHLETIC ) <br> ASSOCIATION. ) <br> ) <br> Defendants. ) | Civil Action No.: <br> 1:20-CV-00502-TCB |

## NOTICE OF DEPOSITION BY ORAL EXAMINATION OF GEORGE "BUD" PETERSON

To: George "Bud" Peterson
c/o Katie Stoff
Assistant Attorney General
40 Capital Square, S.W.
Atlanta, Georgia 30334-1300

PLEASE TAKE NOTICE that plaintiff, MaChelle Joseph, pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, shall take a deposition of George "Bud" Peterson on the date, time, and place specified below:

DATE:      July 9, 2021
TIME:      10:00 a.m.
LOCATION:  Remotely via video conference

This deposition shall be taken by stenographic means before a notary public or some other official authorized to administer oaths in accordance with the Northern District of Georgia Rules for use as discovery, as evidence at trial, or for any other purpose allowed by those rules.

Respectfully submitted,

/s/ Colleen E. Coveney
Lisa J. Banks*
banks@kmblegal.com
Colleen E. Coveney
Georgia Bar No. 686460
coveney@kmblegal.com
Joseph Abboud*
abboud@kmblegal.com
Marilyn Robb*
robbb@kmblegal.com
**Katz, Marshall & Banks, LLP**
1718 Connecticut Avenue, NW, Sixth Floor
Washington, D.C. 20009
Phone: (202) 299-1140
Fax:    (202) 299-1148

*(admitted pro hac vice)*

Edward D. Buckley
Georgia Bar No. 092750
edbuckley@buckleybeal.com
J. Kyle Brooks
Georgia Bar No. 773561
kbrooks@buckleybeal.com
**Buckley Beal LLP**
600 Peachtree Street NE, Suite 3900

Atlanta, GA 30308
Telephone: (404) 781-1100
Facsimile: (404) 781-1101

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MACHELLE JOSEPH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOARD OF REGENTS OF )<br>THE UNIVERSITY SYSTEM )<br>OF GEORGIA and )<br>GEORGIA TECH ATHLETIC )<br>ASSOCIATION. )<br>)<br>)<br>Defendants. )<br>_____) | Civil Action No.:<br>1:20-cv-00502-TCB |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2021, I electronically filed the above **NOTICE OF DEPOSITION BY ORAL EXAMINATION OF GEORGE "BUD" PETERSON** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record and have served the **NOTICE OF DEPOSITION** on the following attorneys of record by email as follows:

Courtney Poole (cpoole@law.ga.gov)
Katherine Powers Stoff (kstoff@law.ga.gov)
Christopher Paul Galanek (chris.galanek@bclplaw.com)
Tania Christine Faransso (tania.faransso@wilmerhale.com)
Benjamin James Yood (jame.yood@wilmerhale.com)

Ronald C. Machen (ronald.machen@wilmerhale.com)

                                              By:  */s/ Colleen E. Coveney*
                                                      Colleen E. Coveney
                                                      Georgia Bar No. 686460

                                                   *Counsel for Plaintiff*