IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MACHELLE JOSEPH,<br><br>   Plaintiff,<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA; GEORGIA TECH ATHLETIC ASSOCIATION; GEORGE P. PETERSON; M. TODD STANSBURY; MARVIS LEWIS; and SHOSHANNA ENGEL,<br><br>   Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-502-TCB |

**O R D E R**

Plaintiff MaChelle Joseph, former head coach of the Georgia Tech women's basketball team, filed this action after her termination. She alleges that Defendants discriminated against her on the basis of her and her players' sex and retaliated against her following her complaints about differential treatment. Defendants deny Joseph's claims.

Former basketball player Chanin Scott objects to Joseph's request for her contact information. Joseph contends that she may depose Scott and has issued Defendant Board of Regents of the University System of Georgia a subpoena duces tecum for Scott's contact information for the purpose of issuing her a deposition subpoena if needed. Scott was a member of the Georgia Tech basketball team when Joseph was the head coach and participated in the investigation that led to Joseph's termination.

Because Scott is a relevant witness in this action, the information sought is clearly discoverable. Her objection is overruled.

IT IS SO ORDERED this 11th day of May, 2021.

_____
Timothy C. Batten, Sr.
United States District Judge