IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MACHELLE JOSEPH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOARD OF REGENTS OF ) <br> THE UNIVERSITY SYSTEM ) <br> OF GEORGIA and ) <br> GEORGIA TECH ATHLETIC ) <br> ASSOCIATION. ) <br> ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.: <br> 1:20-CV-00502-TCB |

## CERTIFICATE OF SERVICE

I hereby certify that I have, on June 9, 2021, served **PLAINTIFF'S FIRST REQUESTS FOR ADMISSION TO DEFENDANT GEORGIA TECH ATHLETIC ASSOCIATION** by electronic mail to the following attorneys of record:

Courtney Poole (cpoole@law.ga.gov)
Katherine Powers Stoff (kstoff@law.ga.gov)
Christopher Paul Galanek (chris.galanek@bclplaw.com)
Tania Christine Faransso (tania.faransso@wilmerhale.com)
Jamie Yood (Jamie.yood@wilmerhale.com)

June 9, 2021

By: <u>*/s/ Joseph E. Abboud*</u>
    Joseph E. Abboud
    Admitted *pro hac vice*

    *Counsel for Plaintiff*