IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MACHELLE JOSEPH,<br><br>    Plaintiff,<br><br>  v.<br><br>BOARD OF REGENTS OF<br>THE UNIVERSITY SYSTEM<br>OF GEORGIA and<br>GEORGIA TECH ATHLETIC<br>ASSOCIATION.<br><br>    Defendants. | Civil Action No.:<br>1:20-CV-00502-TCB |

**NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. PROC. 30(b)(6)**

To:   Board of Regents of the University System of Georgia
      c/o Katie Stoff
      Assistant Attorney General
      40 Capital Square, S.W.
      Atlanta, Georgia 30334-1300

PLEASE TAKE NOTICE that plaintiff, MaChelle Joseph, shall take the deposition of a witness designated by Defendant pursuant to Fed. R. Civ. Proc. 30(b)(6) on the date, time, and place specified below:

      DATE:       June 22, 2021
      TIME:       9:30 a.m.
      LOCATION:   Remotely via video conference

This deposition will be taken as a Zoom video by a certified court reporter, upon oral examination of deponent pursuant to Federal Rules of Civil Procedure 30 for the purpose of discovery, preservation of testimony, and for all purposes allowed by law.

The deposition will cover the following topics:

1. The function GTAA has served in administering GT's intercollegiate athletic programs from January 1, 2014 to March 26, 2019.

2. GTAA's duties and responsibilities to administer GT's intercollegiate athletic programs from January 1, 2014 to March 26, 2019.

3. GT's provision of financial support to GTAA, specifically the amount of financial support, the source of funds from which GT provides the funds, the restrictions (if any) placed on the use of funds, the obligations (if any) to repay the funds, and any document in which GT discloses the amount of financial support, for the time period January 1, 2014 to March 26, 2019.

4. The specific activities or purposes for which GTAA used the financial support provided to it by GT to carry out its responsibilities of administering the intercollegiate athletic programs of GT for the time period January 1, 2014 to March 26, 2019.

5. The funding that GTAA received from sources other than GT, specifically the amount of financial support and the source of funds, for the time period January 2014 to March 26, 2019.

6. The monetary support GTAA provided GT for GT's athletic activities, GT's athletic facilities and maintenance and enhancements, and for grants and scholarships for GT's student-athletes for the time period January 1, 2014 to March 26, 2019.

7. GT's financial obligations or commitments to GTAA for the time period January 1, 2014 to March 26, 2019.

8. GTAA's financial obligations or commitments to GT for the time period January 1, 2014 to March 26, 2019.

9. GTAA's obligations to pay monies and benefits to GT employees pursuant to contracts entered into between GTAA and GT employees.

10. GTAA's practice of reimbursing GT for the salaries or benefits of GT employees.

11. GTAA's role in the hiring, supervision, discipline, or termination of GT employees.

12. Todd Stansbury's responsibilities at GTAA.

13. Marvin Lewis's responsibilities at GTAA.

14. Employees in the GT Athletic Department who also served as agents of GTAA, including their position at GT and GTAA, the scope of their responsibilities, and their income from GT and GTAA, from January 1, 2014 to March 26, 2019.

Respectfully submitted,

/s/ Colleen E. Coveney
Lisa J. Banks*
banks@kmblegal.com
Colleen E. Coveney
Georgia Bar No. 686460
coveney@kmblegal.com
Joseph Abboud*
abboud@kmblegal.com
Marilyn Robb*
robb@kmblegal.com
**Katz, Marshall & Banks, LLP**
1718 Connecticut Avenue, NW, Sixth Floor
Washington, D.C. 20009
Phone: (202) 299-1140
Fax:   (202) 299-1148

*admitted pro hac vice*

Edward D. Buckley
Georgia Bar No. 092750
edbuckley@buckleybeal.com
**Buckley Beal LLP**
600 Peachtree Street NE, Suite 3900
Atlanta, GA 30308
Telephone: (404) 781-1100
Facsimile:  (404) 781-1101

*Counsel for Plaintiff*