# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MACHELLE JOSEPH, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | )<br>)<br>) |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA and GEORGIA TECH ATHLETIC ASSOCIATION. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.:<br>) 1:20-CV-00502-TCB<br>)<br>)<br>) |
| Defendants. | )<br>) |

## PLAINTIFF'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE

Plaintiff MaChelle Joseph ("Plaintiff"), through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 37(e) and the Court's August 11, 2021 Minute Order (Dkt. 167), hereby moves the Court to rule that Defendant Board of Regents of the University System of Georgia has spoliated evidence and to order such relief for Plaintiff to cure the prejudice resulting from the destruction of this evidence. The grounds for this motion are set forth in the attached Brief in Support of Plaintiff's Motion for Sanctions for Spoliation of Evidence.

Respectfully submitted,

/s/ *Colleen E. Coveney*
Lisa J. Banks*
banks@kmblegal.com
Colleen E. Coveney
Georgia Bar No. 686460
coveney@kmblegal.com
Joseph Abboud*
abboud@kmblegal.com
Marilyn Robb*
robb@kmblegal.com
**Katz, Marshall & Banks, LLP**
1718 Connecticut Avenue, NW, Seventh Fl.
Washington, D.C. 20009
Phone: (202) 299-1140
Fax: (202) 299-1148

*(admitted pro hac vice)*

Edward D. Buckley
Georgia Bar No. 092750
edbuckley@buckleybeal.com
J. Kyle Brooks
Georgia Bar No. 773561
kbrooks@buckleybeal.com
**Buckley Beal LLP**
600 Peachtree Street NE, Suite 3900
Atlanta, GA 30308
Telephone: (404) 781-1100
Facsimile:  (404) 781-1101

*Counsel for Plaintiff*

Dated:  August 31, 2021