# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MACHELLE JOSEPH, | |
| *Plaintiff*, | |
| v. | CIVIL ACTION FILE NO. 1:20-CV-00502-TCB |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA; GEORGIA TECH ATHLETIC ASSOCIATION; GEORGE P. PETERSON, in his individual capacity; M. TODD STANSBURY, in his individual capacity; MARVIN LEWIS, in his individual capacity; and SHOSHANNA ENGEL, in her individual capacity, | |
| *Defendants*. | |

**APPENDIX TO DEFENDANT'S MOTION FOR SANCTIONS[1]**

---

[1] When uploaded to CM/ECF, the Appendix and all electronically filed exhibits will appear as attachments to the motion for sanctions. Three exhibits will be filed separately with the court, as referenced in footnotes 2-4, *infra*. Depositions cited in support of Defendant's motion have been filed separately.

| Appendix Exhibit | Description |
| --- | --- |
| Exhibit 1: | Joseph-Wenzel iMessage chain[2]; |
| Exhibit 2: | Joseph-Wenzel WhatsApp chain[3]; |
| Exhibit 3: | Email Feb. 5, 2019 from Wenzel to Joseph cc: K. Betty, Subject: Re: WBB hr meeting (PLAINTIFF007272 – PLAINTIFF007274); |
| Exhibit 4: | Picture message Feb. 4, 2019 from Joseph to Wenzel, Joseph's Handwritten Notes of Staff Position and Salaries (PLAINTIFF014426); |
| Exhibit 5: | Plaintiff's Initial Disclosures, filed March 4, 2020; |
| Exhibit 6: | Email Dec. 10, 2018 from Wenzel to K. Betty, cc: Joseph, Subject: Re: Martine /WBB (PLAINTIFF007268 – PLAINTIFF007270); |
| Exhibit 7: | Email Aug. 10, 2018 from Joseph to Wenzel, Subject: Fwd: Support staff evaluation 2018 (PLAINTIFF014190 – PLAINTIFF014196); |
| Exhibit 8: | Email Feb. 2, 2019 from Wenzel to Joseph, Subject: Re: Following up (PLAINTIFF014231 – PLAINTIFF014232); |
| Exhibit 9: | Excerpt from Plaintiff's Privilege Log (PLAINTIFF014281 – PLAINTIFF014285); |
| Exhibit 10: | Email Feb. 7, 2019 from Wenzel to Joseph, Subject: Re: Summary... (PLAINTIFF014432); |

---

[2] Appendix Exhibit 1 will be manually filed separately with the court via UPS, August 31, 2021
[3] Appendix Exhibit 2 will be manually filed separately with the court via UPS, August 31, 2021

| Appendix Exhibit | Description |
| --- | --- |
| Exhibit 11: | Email Feb. 1, 2019 from Wenzel to Joseph, Subject: Fwd: Draft internal complaint -- for your review and edit (PLAINTIFF014439 – PLAINTIFF014440); |
| Exhibit 12: | Email Jul. 24, 2018 from Joseph to Wenzel, Subject: Timeline update (Wenzel 00115 – Wenzel 00120); |
| Exhibit 13: | Email Oct. 4, 2018 from Wenzel work email address to Wenzel personal email address, Subject: Fw: Summary (Wenzel 00126 – Wenzel 00131) |
| Exhibit 14: | Email Aug. 9, 2018 from Joseph to Wenzel, Subject: Re: Final version last one (PLAINTIFF014227 – PLAINTIFF014230); |
| Exhibit 15: | Email Feb. 3, 2019 from Wenzel to Joseph, cc: K. Betty, Subject: Re: Haven't sent ! Thoughts ? (PLAINTIFF014240 – PLAINTIFF014242); |
| Exhibit 16: | Email Feb. 18, 2019 from Wenzel to Joseph, Subject: Re: (PLAINTIFF014258); |
| Exhibit 17: | Affidavit of Michael Perelman, a Director of Investigations with HaystackID LLC; |
| Exhibit 18: | Coveney letter to Poole, June 30, 2021; |
| Exhibit 19: | Text Messages from Joseph to Wenzel, Feb. 27 & 28, 2019, Mar. 1, 2, 6, 9, 13, 15, 16, 19, 25 & 31, 2019 (PLAINTIFF014616 – PLAINTIFF014628); |

| **Appendix Exhibit** | **Description** |
| --- | --- |
| Exhibit 20: | Joseph's Text Messages Dec. 4, 10, 11, 12, 14, 16, 19 - 21, 2020 (PLAINTIFF014658 - PLAINTIFF014659); |
| Exhibit 21: | Joseph's Text Messages Dec. 3, 4, 10, 11, 2020 (PLAINTIFF014661 – PLAINTIFF014662); |
| Exhibit 22: | Joseph's Text Messages Dec. 2 & 3, 2020 (PLAINTIFF014657); |
| Exhibit 23: | Excerpts from Plaintiff's Privilege Log (PLAINTIFF014444 – PLAINTIFF014446); |
| Exhibit 24: | Defendant Board of Regents of the University System of Georgia's First Request for Production of Documents to Plaintiff, May 12, 2020; |
| Exhibit 25: | Texts with Sanford to contact Wenzel (PLAINTIFF007280) |
| Exhibit 26: | Email Jan. 31, 2019 from K. Betty to Joseph, cc: Wenzel, Subject: Re: Draft internal complaint -- for your review and edit (PLAINTIFF014665); |
| Exhibit 27: | Email Jan. 31, 2019 from Joseph to K. Betty, Subject: Fwd: Draft internal complaint -- for your review and edit (PLAINTIFF014629) |
| Exhibit 28: | Email Jan. 30, 2019 from Joseph to Carlson, Subject: Fwd: Draft internal complaint -- for your review and edit (PLAINTIFF014632) |
| Exhibit 29: | Email Jan. 31, 2019 from Joseph to D. Brown, Subject: Fwd: Draft internal complaint -- for your review and edit (PLAINTIFF014635); |

| **Appendix Exhibit** | **Description** |
|---|---|
| Exhibit 30: | Email Feb. 3, 2019 from Joseph to K. Betty and Wenzel, Subject: Final Version - 190203 - MaChelle Joseph - draft internal complaint (redline) (PLAINTIFF013780); and |
| Exhibit 31: | Audio File of Meeting Re MaChelle Joseph's Termination (PLAINTIFF014557)[4]; |

Respectfully submitted this 31st day of August, 2021.

CHRISTOPHER M. CARR             112505
Attorney General

BRYAN K. WEBB                   743580
Deputy Attorney General

KATHERINE POWERS STOFF          536807
Senior Assistant Attorney General

*s/Courtney C. Poole*
COURTNEY C. POOLE               560587
Assistant Attorney General

Please serve:

Courtney C. Poole
Assistant Attorney General
Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 458-3353
Email: cpoole@law.ga.gov

---

[4] Appendix Exhibit 31 will be manually filed separately with the court via UPS, August 31, 2021

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2021, I caused to be electronically filed the foregoing **APPENDIX TO DEFENDANT'S MOTION FOR SANCTIONS** with the clerk of court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Edward D. Buckley
edbuckley@buckleybeal.com
Colleen Coveney
Coveney@kmblegal.com
Lisa J. Banks
banks@kmblegal.com
Joseph E. Abboud
Abboud@kmblegal.com
Marilyn Robb
Robb@kmblegal.com
Kyle Brooks
kbrooks@buckleybeal.com
*Counsel for Plaintiff*

Christopher Paul Galanek
chris.galanek@bclplaw.com
Tania Faransso
tania.faransso@wilmerhale.com
Jamie Yood
Jamie.yood@wilmerhale.com
*Counsel for Defendant Georgia Tech Athletic Association*

This 31st day of August, 2021.

*s/Courtney C. Poole*
Courtney C. Poole     560587
Assistant Attorney General

Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 458-3353
Email: cpoole@law.ga.gov