**From:** Theresa Wenzel <twenzelcyc@gmail.com>
**Sent:** Friday, February 01, 2019 3:46 PM EST
**To:** MaChelle Joseph <22mjoseph@gmail.com>
**Subject:** Fwd: Draft internal complaint -- for your review and edit
**Attachment(s):** "190130-MaChelle Joseph - draft internal complaint - to client (1).docx"

Colleen-

Please see the attached which has the following changes highlighted in green...

- Throughout all documents University needs to be changed to Institute... I changed in this document but please make sure the others read Institute.
- 1st paragraph - Added more to highlight my loyalty and passion for GT... **I am very loyal and passionate about GT and though I have enjoyed many aspects** ...
- Changed 2002-2012 to 2007 when the Gender and Minority plans were approved and implemented
- Changed Marvin Lewis & Shoshanna Engel "apparently" disagreed
- By the numbers Marvin did not decrease your budget but it appears to have remained flat... have changed the wording to read remained flat.
- As a result of the ongoing harassment, over the past three years ... despite my continued success as a head coach.**It is highly disappointing I continue to be subjected to this apparent endless harassment as every minute I spend defending myself and my program, reduces the number of hours I can spend on my student-athletes and winning games.**

Please let me know if you have any questions.

MaChelle

> ---------- Forwarded message ----------
> **From: Colleen Coveney** <Coveney@kmblegal.com>
> Date: Wed, Jan 30, 2019 at 7:46 PM
> Subject: Draft internal complaint -- for your review and edit
> To: MaChelle Joseph <22mjoseph@gmail.com>
> CC: Lisa Banks <banks@kmblegal.com>, Matthew LaGarde <LaGarde@kmblegal.com>





Katz, Marshall & Banks, LLP

Colleen Coveney

1718 Connecticut Ave., N.W.
Sixth Floor
Washington, D.C. 20009
Tel: 202-299-1140
Fax: 202-299-1148
Email: Coveney@kmblegal.com

Website: www.kmblegal.com

PLAINTIFF014439

The information contained in this e-mail message is intended for the personal and confidential use of the designated recipient(s) named in the address box. Do NOT forward this message to any third party. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by telephone; delete this message from all your files, and return any printouts you may have made to us by regular mail.

PLAINTIFF014440