6/30/2021 2019-02-27

**To: Theresa (+14048957164 )**

Date: 2019-02-27 21:10:18

Sorry, I can't talk right now.

Date: 2019-02-27 21:12:00

Call me

PLAINTIFF014616

**To: Theresa (+14048957164 )**

Date: 2019-02-28 08:55:09

Pls call me

PLAINTIFF014617

**To: Theresa (+14048957164 )**

Date: 2019-03-01 08:48:08

Sorry, I can't talk right now.

Date: 2019-03-01 08:48:21

Gd am. I'm in a mtg. Will call when I'm done. Ty

Date: 2019-03-01 08:48:55

Sorry, I can't talk right now.

Date: 2019-03-01 08:49:00

I can't talk right now

Date: 2019-03-01 13:08:50

Pls call me

Date: 2019-03-01 13:24:03

Sitting in the corner up front.

Date: 2019-03-01 13:37:19

U want me to order u something?

Date: 2019-03-01 18:25:44

Call me

PLAINTIFF014618

**To: Theresa (+14048957164 )**

Date: 2019-03-02 18:52:55

Spoke to Kendra... she loves u and is willing to help. She will he sending an email and Kaela will be posting a text as well.

PLAINTIFF014619

**To: Theresa (+14048957164 )**

Date: 2019-03-06 15:39:58

> Right

Date: 2019-03-06 15:46:50

Correct!

Date: 2019-03-06 15:47:27

> I have to believe I can prove them wrong

Date: 2019-03-06 15:49:59

Yes!

Date: 2019-03-06 15:54:53

> Me you and kathy nwwe till meet on Sunday

Date: 2019-03-06 15:55:10

Okay what time

Date: 2019-03-06 15:55:33

> Ask kathy

Date: 2019-03-06 15:55:34

Pls tell Donna I'm working on the email address

Date: 2019-03-06 15:57:12

> Ok she needs it

PLAINTIFF014620

Date: 2019-03-06 16:12:29

Kathy is open Sunday. What works fo
r u.

Date: 2019-03-06 17:26:25

3

Date: 2019-03-06 17:26:46

Idk

PLAINTIFF014621

**To: Theresa (+14048957164 )**

Date: 2019-03-09 10:26:03

Today walk with your head up and your shoulders back in the confidence that only God can give you. YOU ARE AMAZING!

PLAINTIFF014622

6/30/2021 2019-03-13

**To: Theresa (+14048957164 )**

Date: 2019-03-13 19:19:25

Did u hear from AT?

PLAINTIFF014623

6/30/2021                                               2019-03-15

**To: Theresa (+14048957164 )**

Date: 2019-03-15 18:21:17

Hey

6/30/2021 2019-03-16

**To: Theresa (+14048957164 )**

Date: 2019-03-16 20:36:29

If you'll keep the right attitude, you'll not only come out, but God will use that difficulty to establish you, to give you more credibility, to take you to a new level.

Date: 2019-03-16 20:37:23

Yes

Date: 2019-03-16 20:37:26

Agreed

Date: 2019-03-16 20:37:40

The.best is yet to comw

Date: 2019-03-16 20:38:06

Yes it is. Relax and appreciate paradise.

PLAINTIFF014625

6/30/2021                                                                2019-03-19

## To: Theresa (+14048957164 )

Date: 2019-03-19 08:10:11

Tried u back. Pls call me

PLAINTIFF014626

6/30/2021            2019-03-25

### To: Theresa (+14048957164 )

Date: 2019-03-25 14:59:09

Let me know if u want to walk or go look at glasses for me. Ty

PLAINTIFF014627

**To: Theresa (+14048957164 )**

Date: 2019-03-31 19:57:26

Sorry, I can't talk right now.

PLAINTIFF014628