**MaChelle Joseph v. Board of Regents of the University System of Georgia, et al.**

| Document Type | Document Date | Author | Recipient | Privilege Asserted/Reason for Redaction | Basis for Privilege Assertion/Redaction | Bates-Number |
|---|---|---|---|---|---|---|
| Email | 12/3/2019 | Plaintiff | Colleen Coveney, Esq./Joseph Abboud, Esq. | Attorney-Client Privilege; Work Product | Communication from Plaintiff to counsel discussing facts relevant to legal claims | PLAINTIFF000097 |
| Email | 12/4/2019 | Plaintiff | Colleen Coveney, Esq./Joseph Abboud, Esq./Ed Buckley, Esq./Lisa Banks, Esq. | Attorney-Client Privilege; Work Product | Communication from Plaintiff to counsel discussing facts relevant to legal claims | PLAINTIFF000100 |
| Email | 12/10/2019 | Plaintiff | Colleen Coveney, Esq | Attorney-Client Privilege; Work Product | Communication from Plaintiff to counsel discussing facts relevant to legal claims | PLAINTIFF000101 |
| Email | 12/12/2019 | Plaintiff | Colleen Coveney, Esq./Joseph Abboud, Esq | Attorney-Client Privilege; Work Product | Communication from Plaintiff to counsel discussing facts relevant to legal claims | PLAINTIFF000103 |
| Email | 12/16/2016 | Plaintiff | Matthew Johns, Esq. | Attorney-Client Privilege | Communication from Plaintiff to counsel discussing facts relevant to legal claims | PLAINTIFF000351 |
| Email | 12/17/2016 | Matthew Johns, Esq. | Plaintiff | Attorney-Client Privilege | Communication from counsel to Plaintiff discussing facts relevant to legal claims | PLAINTIFF000351 |
| Email | 7/10/2019 | Plaintiff | Colleen Coveney, Esq | Attorney-Client Privilege | Communication from Plaintiff to counsel discussing facts relevant to legal claims | PLAINTIFF000351 |
| Note | December 2019 | Plaintiff | Katz, Marshall, & Banks, LLP | Attorney-Client Privilege; Work Product | Note written by Plaintiff to counsel describing the relevance of the notebook to legal claims | PLAINTIFF000358 |
| Note | December 2019 | Plaintiff | Katz, Marshall, & Banks, LLP | Attorney-Client Privilege; Work Product | Note written by Plaintiff to counsel describing the relevance of the notebook to legal claims | PLAINTIFF000365 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (check number) not relevant to this litigation | PLAINTIFF000367 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (check number) not relevant to this litigation | PLAINTIFF000368 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (bank account and check numbers) not relevant to this litigation | PLAINTIFF000369 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (bank account and check numbers) not relevant to this litigation | PLAINTIFF000370 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (bank account number) not relevant to this litigation | PLAINTIFF000371 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (check numbers) not relevant to this litigation | PLAINTIFF000373 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Matthew Johns discussing facts and legal advice | PLAINTIFF000380-382 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Matthew Johns discussing facts and legal advice | PLAINTIFF000401 |
| Note | 12/12/2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Lisa Banks/Colleen Coveney discussing facts and legal advice | PLAINTIFF000425-428 |
| Note | December 2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Lisa Banks discussing facts and legal advice | PLAINTIFF000434-436 |
| Note | December 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (bank account numbers) not relevant to this litigation | PLAINTIFF000440 (left side of page) |
| Note | December 2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Matthew LeGarde discussing facts and legal advice | PLAINTIFF000440 (right side of page) |
| Note | December 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (bank account and check numbers) not relevant to this litigation | PLAINTIFF000441 |
| Note | January 2019 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Lisa Banks discussing facts and legal advice | PLAINTIFF000445-447 |
| Note | January 2019 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Colleen Coveney discussing facts and legal advice | PLAINTIFF000448 |
| Note | 1/7/2019 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Matthew LeGarde discussing facts and legal advice | PLAINTIFF000449 |
| Note | January 2019 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege; Work Product | Plaintiff's notes on documents and facts prepared for counsel to review in forming legal advice and strategy | PLAINTIFF000451-455 |
| Note | 1/10/2019 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Matthew LeGarde discussing facts and legal advice | PLAINTIFF000456 |
| Note | 1/11/2019 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Matthew LeGarde discussing facts and legal advice | PLAINTIFF000460-465 |
| Note | May 2015 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (credit card number) not relevant to this litigation | PLAINTIFF000494 |
| Note | December 2019 | Plaintiff | Katz, Marshall, & Banks, LLP | Attorney-Client Privilege | Note written by Plaintiff to counsel describing the relevance of the notebook to legal claims | PLAINTIFF000585 |
| Note | November 2016 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Matthew Johns discussing facts and legal advice | PLAINTIFF000593-594 |
| Note | December 2016 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Matthew Johns discussing facts and legal advice | PLAINTIFF000628 |
| Note | December 2016 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Matthew Johns discussing facts and legal advice | PLAINTIFF000634 |
| Note | December 2019 | Plaintiff | Katz, Marshall, & Banks, LLP | Attorney-Client Privilege | Note written by Plaintiff to counsel describing the relevance of the notebook to legal claims | PLAINTIFF000782 |
| Note | November 2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege; Work Product | Plaintiff's notes on facts to share with Lisa Banks and Colleen Coveney relevant to legal claims | PLAINTIFF000788 |
| Note | 2/8/2019 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Lisa Banks/Colleen Coveney discussing facts and legal advice | PLAINTIFF000795-798 |
| Note | 3/14/2019 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Colleen Coveney discussing facts and legal advice | PLAINTIFF000833 |
| Note | December 2019 | Plaintiff | Katz, Marshall, & Banks, LLP | Attorney-Client Privilege | Note written by Plaintiff to counsel describing the relevance of the notebook to legal claims | PLAINTIFF000836 |
| Note | December 2019 | Plaintiff | Katz, Marshall, & Banks, LLP | Attorney-Client Privilege | Note written by Plaintiff to counsel describing the relevance of the notebook to legal claims | PLAINTIFF000946 |
| Note | November 2017 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive personal information (passwords and PINs) not relevant to this litigation | PLAINTIFF000948 |
| Note | 12/14/2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Colleen Coveney discussing facts and legal advice | PLAINTIFF001060-1062 |
| Note | March 2017 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive personal information (passwords) not relevant to this litigation | PLAINTIFF001072 |
| Note | May 2017 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Notes on call with financial planner concerning mother's finances not relevant to this litigation | PLAINTIFF001156 |
| Note | December 2019 | Plaintiff | Katz, Marshall, & Banks, LLP | Attorney-Client Privilege | Note written by Plaintiff to counsel describing the relevance of the notebook to legal claims | PLAINTIFF001236 |
| Note | April 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (credit card numbers) not relevant to this litigation | PLAINTIFF001311 |
| Note | December 2019 | Plaintiff | Katz, Marshall, & Banks, LLP | Attorney-Client Privilege | Note written by Plaintiff to counsel describing the relevance of the notebook to legal claims | PLAINTIFF001335 |
| Note | 5/1/2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Matthew Johns discussing facts and legal advice | PLAINTIFF001337 |
| Note | 5/1/2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Matthew Johns discussing facts and legal advice | PLAINTIFF001339-1340 |
| Note | 5/2/2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Matthew Johns discussing facts and legal advice | PLAINTIFF001346-1347 |
| Note | 5/2/2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Matthew Johns discussing facts and legal advice | PLAINTIFF001352-1353 |
| Note | December 2019 | Plaintiff | Katz, Marshall, & Banks, LLP | Attorney-Client Privilege | Note written by Plaintiff to counsel describing the relevance of the notebook to legal claims | PLAINTIFF001364 |
| Note | 9/7/2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Matthew Johns discussing facts and legal advice | PLAINTIFF001394 |
| Note | September 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (credit card number) not relevant to this litigation | PLAINTIFF001408 |
| Note | September 2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Garry Rosenfield discussing facts and legal advice | PLAINTIFF001411 |
| Letter | April 2018 | SunTrust Bank | Plaintiff | Sensitive personal information; relevance | Sensitive personal and financial information (credit card numbers and PINs) not relevant to this litigation | PLAINTIFF001503 |
| Note | December 2019 | Plaintiff | Katz, Marshall, & Banks, LLP | Attorney-Client Privilege | Note written by Plaintiff to counsel describing the relevance of the notebook to legal claims | PLAINTIFF001505 |
| Note | June 2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege; Work Product | Plaintiff's notes on facts to share with attorneys relevant to legal claims | PLAINTIFF001557 |
| Note | December 2019 | Plaintiff | Katz, Marshall, & Banks, LLP | Attorney-Client Privilege | Note written by Plaintiff to counsel describing the relevance of the notebook to legal claims | PLAINTIFF001559 |
| Note | February 2019 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Lisa Banks discussing facts and legal advice | PLAINTIFF001598-1599 |
| Note | February 2019 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege; Work Product | Plaintiff's notes on facts to share with attorneys relevant to legal claims | PLAINTIFF001612-1613 |
| Note | February 2019 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Lisa Banks discussing facts and legal advice | PLAINTIFF001614 |
| Note | February 2019 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Lisa Banks and Kendra Barkoff (communications agent retained by Katz, Marshall & Banks) discussing facts relevant to legal advice and strategy | PLAINTIFF001624-1626 |
| Note | February 2019 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege; Work Product | Plaintiff's notes on facts to share with attorneys relevant to legal claims | PLAINTIFF001629-1633 |
| Note | February 2019 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive personal and financial information (credit card numbers and passwords) not relevant to this litigation | PLAINTIFF001634 |
| Note | February 2019 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege; Work Product | Plaintiff's notes on facts to share with attorneys relevant to legal claims | PLAINTIFF001640-1642 |
| Note | March 2019 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege; Work Product | Plaintiff's notes on facts to share with attorneys relevant to legal claims | PLAINTIFF001647-1661 |

| Type | Date | Author | Recipient | Privilege | Description | Bates |
|---|---|---|---|---|---|---|
| Note | November 2017 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive personal information (PIN) not relevant to this litigation | PLAINTIFF001687 |
| Note | December 2019 | Plaintiff | Katz, Marshall, & Banks, LLP | Attorney-Client Privilege | Note written by Plaintiff to counsel describing the relevance of the notebook to legal claim | PLAINTIFF001721 |
| Note | December 2019 | Plaintiff | Katz, Marshall, & Banks, LLP | Attorney-Client Privilege | Note written by Plaintiff to counsel describing the relevance of the notebook to legal claim | PLAINTIFF001791 |
| Note | October 2015 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Notes on call with estate planner concerning private financial matters not relevant to this litigation | PLAINTIFF001824-1825 |
| Note | 6/14/2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (account numbers) not relevant to this litigation | PLAINTIFF001905 |
| Note | 6/14/2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (account number) not relevant to this litigation | PLAINTIFF001906 |
| Note | 6/14/2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (account numbers) not relevant to this litigation | PLAINTIFF001922 |
| Note | 6/14/2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (account numbers) not relevant to this litigation | PLAINTIFF001925 |
| Note | December 2019 | Plaintiff | Katz, Marshall, & Banks, LLP | Attorney-Client Privilege | Note written by Plaintiff to counsel describing the relevance of the notebook to legal claim | PLAINTIFF001927 |
| Note | 10/24/2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Matthew Johns and Garry Rosenfield discussing facts and legal advice | PLAINTIFF001940-1941 |
| Note | 11/1/2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege; Work Product | Plaintiff's notes on facts to share with Matthews Johns relevant to seeking legal advice | PLAINTIFF001962 |
| Note | 11/2/2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Lisa Banks discussing facts and legal advice | PLAINTIFF001968-1969 |
| Note | 11/2/2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive personal information (passwords) not relevant to this litigation | PLAINTIFF001969 |
| Note | November 2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege; Work Product | Plaintiff's notes on facts to share with attorneys relevant to seeking legal advice | PLAINTIFF001969-1977 |
| Note | 11/7/2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege; Work Product | Plaintiff's notes on facts to share with Colleen Coveney relevant to seeking legal advice | PLAINTIFF001982 |
| Note | 11/7/2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Colleen Coveney discussing facts and legal advice | PLAINTIFF001983 |
| Note | 11/16/2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Lisa Banks discussing facts and legal advice | PLAINTIFF001985-1989 |
| Note | December 2019 | Plaintiff | Katz, Marshall, & Banks, LLP | Attorney-Client Privilege | Note written by Plaintiff to counsel describing the relevance of the notebook to legal claim | PLAINTIFF001994 |
| Note | 6/20/2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Lisa Banks discussing facts and legal advice | PLAINTIFF001999-2001 |
| Note | June 2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege; Work Product | Plaintiff's notes on facts to share with attorneys relevant to seeking legal advice | PLAINTIFF002002-2006 |
| Note | June 2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Lisa Banks discussing facts and legal advice | PLAINTIFF002006-2008 |
| Note | June 2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege; Work Product | Plaintiff's notes on facts to share with attorneys relevant to seeking legal advice | PLAINTIFF002018-2024 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege; Work Product | Plaintiff's notes on facts to share with attorneys relevant to seeking legal advice | PLAINTIFF002035-2050 |
| Note | February 2017 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive personal information (passwords) not relevant to this litigation | PLAINTIFF002165 |
| Note | 9/10/2016 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Nick Meeker discussing facts and legal advice | PLAINTIFF002224 |
| Note | September 2016 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege; Work Product | Plaintiff's notes on facts to share with Nick Meeker relevant to seeking legal advice | PLAINTIFF002228 |
| Note | September 2016 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Nick Meeker discussing facts and legal advice | PLAINTIFF002243 |
| Note | September 2016 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Nick Meeker discussing facts and legal advice | PLAINTIFF002258 |
| Note | September 2016 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Nick Meeker and Matthew Johns discussing facts and legal advice | PLAINTIFF002262 |
| Note | September 2016 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege; Work Product | Plaintiff's notes on facts to share with attorneys relevant to seeking legal advice | PLAINTIFF002284 |
| Note | September 2016 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Nick Meeker and Matthew Johns discussing facts and legal advice | PLAINTIFF002291 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (check number) not relevant to this litigation | PLAINTIFF002298 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (check numbers) not relevant to this litigation | PLAINTIFF002299 |
| Form | 11/7/2018 | Plaintiff | Katz, Marshall, & Banks, LLP | Attorney-Client Privilege; Work Product | Form filled out by Plaintiff at direction of counsel detailing facts relevant to legal claims | PLAINTIFF002305 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (check numbers) not relevant to this litigation | PLAINTIFF002307 |
| Note | October 2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Lisa Banks discussing facts and legal advice | PLAINTIFF002317-2319 |
| Note | October 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (account numbers) not relevant to this litigation | PLAINTIFF002320 |
| Email | 11/21/2016 | Plaintiff | Matthew Johns, Esq. | Attorney-Client Privilege | Communication from Plaintiff to counsel providing facts relevant to legal advice | PLAINTIFF004508-4509 |
| Note | January 2020 | Plaintiff | Katz, Marshall, & Banks, LLP | Attorney-Client Privilege | Note written by Plaintiff to counsel describing the relevance of the notebook to legal claim | PLAINTIFF004589 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Matthews Johns discussing facts and legal advice | PLAINTIFF004595 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Matthews Johns discussing facts and legal advice | PLAINTIFF004609 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (check numbers) not relevant to this litigation | PLAINTIFF004610 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (check numbers) not relevant to this litigation | PLAINTIFF004612 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (account numbers) not relevant to this litigation | PLAINTIFF004613 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (account and check numbers) not relevant to this litigation | PLAINTIFF004614 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (account and check numbers) not relevant to this litigation | PLAINTIFF004615 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (account and check numbers) not relevant to this litigation | PLAINTIFF004616 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (account numbers) not relevant to this litigation | PLAINTIFF004617 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (account and check numbers) not relevant to this litigation | PLAINTIFF004634 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (account and check numbers) not relevant to this litigation | PLAINTIFF004635 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (account and check numbers) not relevant to this litigation | PLAINTIFF004636 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Matthews Johns discussing facts and legal advice | PLAINTIFF004643 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (account and check numbers) not relevant to this litigation | PLAINTIFF004646 |
| Note | 10/25/2018 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Matthews Johns discussing facts and legal advice | PLAINTIFF004651 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (account and check numbers) not relevant to this litigation | PLAINTIFF004652 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (check numbers) not relevant to this litigation | PLAINTIFF004655 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (account and check numbers) not relevant to this litigation | PLAINTIFF004656 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (account number) not relevant to this litigation | PLAINTIFF004657 |
| Note | July 2018 | Plaintiff | Plaintiff (notebook entry) | Sensitive personal information; relevance | Sensitive financial information (account number) not relevant to this litigation | PLAINTIFF004658 |
| Note | January 2020 | Plaintiff | Katz, Marshall, & Banks, LLP | Attorney-Client Privilege | Note written by Plaintiff to counsel describing the relevance of the notebook to legal claim | PLAINTIFF004661 |
| Note | March 2019 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Joseph Abboud discussing facts and legal advice | PLAINTIFF004676-4677 |
| Note | March 2019 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Matthew Johns discussing facts and legal advice | PLAINTIFF004678-4679 |
| Note | January 2020 | Plaintiff | Katz, Marshall, & Banks, LLP | Attorney-Client Privilege | Note written by Plaintiff to counsel describing the relevance of the notebook to legal claim | PLAINTIFF004685 |
| Note | February 2019 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Lisa Banks discussing facts and legal advice | PLAINTIFF004703-4704 |
| Note | February 2019 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege; Work Product | Plaintiff's notes on facts to share with attorneys relevant to seeking legal advice | PLAINTIFF004720 |
| Note | March 2019 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Lisa Banks discussing facts and legal advice | PLAINTIFF004728-4729 |
| Note | 3/7/2019 | Plaintiff | Plaintiff (notebook entry) | Accountant-client Privilege | Plaintiff's notes on telephone call with accountant Marta Shen concerning financial planning | PLAINTIFF004730-4731 |
| Note | 3/7/2019 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on questions to ask attorneys relevant to seeking legal advice | PLAINTIFF004732 |
| Note | March 2019 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege; Work Product | Plaintiff's notes on facts to share with attorneys relevant to seeking legal advice | PLAINTIFF004733-4734 |
| Note | March 2019 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Lisa Banks discussing facts and legal advice | PLAINTIFF004738 |
| Note | March 2019 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Lisa Banks discussing facts and legal advice | PLAINTIFF004740 |
| Note | March 2019 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Lisa Banks discussing facts and legal advice | PLAINTIFF004745-4747 |
| Note | March 2019 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Lisa Banks discussing facts and legal advice | PLAINTIFF004757-4758 |

| Type | Date | From | To | Privilege | Description | Bates |
|---|---|---|---|---|---|---|
| Note | March 2019 | Plaintiff | Plaintiff (notebook entry) | Attorney-Client Privilege | Plaintiff's notes on telephone call with Lisa Banks discussing facts and legal advice | PLAINTIFF004768 |
| Email | 3/1/2019 | Plaintiff | Colleen Coveney, Esq./Lisa Banks, Esq. | Attorney-Client Privilege | Communication from Plaintiff to counsel discussing facts relevant to legal claims | PLAINTIFF004769 |
| Email | 3/4/2019 | Plaintiff | Colleen Coveney, Esq./Lisa Banks, Esq. | Attorney-Client Privilege | Communication from Plaintiff to counsel discussing facts relevant to legal claims | PLAINTIFF004471 |
| Email | 2/4/2019 | Plaintiff | Colleen Coveney, Esq./Lisa Banks, Esq. | Attorney-Client Privilege | Communication from Plaintiff to counsel discussing facts relevant to legal claims | PLAINTIFF006906 |
| Email | 2/4/2019 | Plaintiff | Colleen Coveney, Esq./Lisa Banks, Esq. | Attorney-Client Privilege | Communication from Plaintiff to counsel discussing facts relevant to legal claims | PLAINTIFF006908 |
| Email | 3/5/2019 | Plaintiff | Colleen Coveney, Esq. | Attorney-Client Privilege | Communication from Plaintiff to counsel discussing facts relevant to legal claims | PLAINTIFF007140 |
| Email | 3/12/2019 | Plaintiff | Colleen Coveney, Esq./Lisa Banks, Esq. | Attorney-Client Privilege | Communication from Plaintiff to counsel discussing facts relevant to legal claims | PLAINTIFF007141 |
| Email | 1/29/2019 | Plaintiff | Colleen Coveney, Esq. | Attorney-Client Privilege | Communication from Plaintiff to counsel discussing facts relevant to legal claims | PLAINTIFF007169 |
| Email | 2/4/2019 | Plaintiff | Colleen Coveney, Esq./Lisa Banks, Esq. | Attorney-Client Privilege | Communication from Plaintiff to counsel discussing facts relevant to legal claims | PLAINTIFF007178 |
| Email | 1/29/2019 | Plaintiff | Colleen Coveney, Esq. | Attorney-Client Privilege | Communication from Plaintiff to counsel discussing facts relevant to legal claims | PLAINTIFF007183 |
| Email | 4/25/2017 | Plaintiff | Nick Meekers, Esq./Matthew Johns, Esq. | Attorney-Client Privilege | Communication from Plaintiff to counsel discussing facts relevant to legal claims | PLAINTIFF007341 |