**From:** MaChelle Joseph <22mjoseph@gmail.com>
**Sent:** Sunday, February 03, 2019 11:24 PM EST
**To:** kathy@kathybetty.com <kathy@kathybetty.com>; twenzelcyc@gmail.com <twenzelcyc@gmail.com>
**Attachment(s):** "190203 - MaChelle Joseph - draft internal complaint (redline).docx"

Final version

PLAINTIFF013780