**Theresa Wenzel**

From: MaChelle Joseph
Sent: Wednesday, September 16, 2015 8:28 AM
To: Shoshanna Engel
Cc: Theresa Wenzel; Marquita Armstead; MaChelle Joseph
Subject: Re: Follow-Up

Hello there--
I had a chance to review the attached document.
I have several questions.

1) During our meeting you stated that you no longer issued " letters of admonishment" when I asked for one to be put in the file of Mike Harkness ( video coordinator) .
This document stated that you are putting letters of admonishment in BOTH our files? I don't agree with this. I don't understand why I would get a letter in my file for something I knew nothing about and had no role in. Please explain to me why I would receive a letter and please provide the said letter.

2) This letter also states that both Mike Harkness and myself received "individual rules education session". This is not accurate. We didn't not receive any additional rules training as a result of this incident.

3) Other than the short conversation in my office there was no further training /rules education provided to me in regards to head coach responsibility or activities that must be performed by countable coaches.

I look forward to your response.
Have a great day!
Coach Jo
Sent from my iPhone

On Sep 14, 2015, at 5:25 PM, Shoshanna Engel <sengel@gtaa.gatech.edu> wrote:

> Hello there - I wanted to check back on this — did you both have a chance to review? I'd like to close up the issue soon. We'll also write up the additional uber text and put forward no additional sanctions for that issue. Please let me know if you have any questions.
>
> Thank you,
>
> Shoshanna
>
> Shoshanna Engel
> Associate Director of Athletics for Compliance
> sengel@athletics.gatech.edu
> (404) 894-8792 (office)
>
> From: Shoshanna Engel
> Sent: Wednesday, September 2, 2015 5:11 PM
> To: MaChelle Joseph; Theresa Wenzel
> Cc: Marquita Armstead
> Subject: Follow-Up
>
> MaChelle & Theresa,

1



PLAINTIFF004779

Please see attached for a preliminary copy of the violation we recently discussed. Please let me know if you have any questions. Once we've conferred, we will proceed.

Thank you,

Shoshanna

Shoshanna Engel
Associate Director of Athletics for Compliance
sengel@athletics.gatech.edu
(404) 894-8792 (office)

<Summary (841073).pdf>

## Theresa Wenzel

**From:** Shoshanna Engel
**Sent:** Wednesday, September 16, 2015 11:15 PM
**To:** MaChelle Joseph
**Cc:** Theresa Wenzel; Marquita Armstead
**Subject:** RE: Follow-Up
**Attachments:** Head Coaches Meeting Summary

MaChelle,

I appreciate the questions – see below for some information and if easier, you, Theresa, nad myself can get together to discuss.

1) During our meeting you stated that you no longer issued "letters of admonishment" when I asked for one to be put in the file of Mike Harkness ( video coordinator) .
This document stated that you are putting letters of admonishment in BOTH our files? I don't agree with this. I don't understand why I would get a letter in my file for something I knew nothing about and had no role in. Please explain to me why I would receive a letter and please provide the said letter.
At the time you requested a letter be put in Mike Harkness' file, we did not have complete information about the issue nor were we prepared to issue any letters because we had not spoken about the violation at large yet. In cases of impermissible text messages, letters of admonishment are a standard penalty, as is rules education and the two-for-one calling penalty that was levied. Theresa and I spoke and in this case, we will forego a letter, but please note that it is a standard penalty with most level III violations.

2) This letter also states that both Mike Harkness and myself received "individual rules education session". This is not accurate. We didn't not receive any additional rules training as a result of this incident.
I would consider our recent meeting an individual rules education session for you because we discussed the actual violation and who may and may not engage in recruiting activity as well as head coach responsibility for both your telephone account and the actions of individuals on the WBB staff. I am happy to provide additional education in this area if you feel it is needed. We have not yet conducted a session with Mike, but would like to In order to explain both the rules and parameters of recruiting. If you prefer, we can do this with the entire staff rather than one-on-one, but in that case we would not necessarily discuss this violation in detail. Either way, I would like to sit down with Mike to discuss what he can and cannot do with regard to recruiting. Normally, I would do this immediately, but following this self-report you asked that I not contact your staff until we touched base and that only happened recently specific to this incident. I will also follow-up on whether ACS-related training was provided and if not, make sure we schedule it soon with all of the noncoaching personnel as a group or individually.

3) Other than the short conversation in my office there was no further training /rules education provided to me in regards to head coach responsibility or activities that must be performed by countable coaches.
We cover permissible recruiters and head coach responsibility annually, typically in the August or September rules ed meetings. Last fall, we also covered head coach responsibility and recruiting information in a head coaches meeting (see attached). The principle behind the application of head coach responsibility remains that head coaches should not rely solely on compliance meetings for sufficient education and that all head coaches have a responsibility to create and promote an atmosphere of compliance. This was an isolated incident and we wanted to be sure to provide the reminder and reinforcement of responsibility. As mentioned previously, we are happy to provide additional education in this area if desired.

The self-report is much appreciated and the situation provides a great opportunity to learn and protect from similar incidents moving forward. We look forward to doing so with your program.

1

PLAINTIFF004781

Thank you,

Shoshanna

Shoshanna Engel
Associate Director of Athletics for Compliance
sengel@athletics.gatech.edu
(404) 894-8792 (office)

**From:** MaChelle Joseph
**Sent:** Wednesday, September 16, 2015 11:31 AM
**To:** Shoshanna Engel
**Cc:** Theresa Wenzel; Marquita Armstead; MaChelle Joseph
**Subject:** Re: Follow-Up

Hello again!
Sorry I left out one of my questions:

1) Is is now our philosophy to give a head coach a letter of admonishment anytime one of our coaches or support staff break a rule ?
Thanks so sorry I left that out.
Coach Jo

Sent from my iPhone

On Sep 14, 2015, at 5:25 PM, Shoshanna Engel <sengel@gtaa.gatech.edu> wrote:

> Hello there - I wanted to check back on this – did you both have a chance to review? I'd like to close up the issue soon. We'll also write up the additional uber text and put forward no additional sanctions for that issue. Please let me know if you have any questions.
>
> Thank you,
>
> Shoshanna
>
> Shoshanna Engel
> Associate Director of Athletics for Compliance
> sengel@athletics.gatech.edu
> (404) 894-8792 (office)
>
> **From:** Shoshanna Engel
> **Sent:** Wednesday, September 2, 2015 5:11 PM
> **To:** MaChelle Joseph; Theresa Wenzel
> **Cc:** Marquita Armstead
> **Subject:** Follow-Up
>
> MaChelle & Theresa,
>
> Please see attached for a preliminary copy of the violation we recently discussed. Please let me know if you have any questions. Once we've conferred, we will proceed.
>
> Thank you,

2

PLAINTIFF004782

Shoshanna

Shoshanna Engel
Associate Director of Athletics for Compliance
sengel@athletics.gatech.edu
(404) 894-8792 (office)

<Summary (841073).pdf>

3

PLAINTIFF004783

# Theresa Wenzel

**From:** MaChelle Joseph <MJoseph@gtaa.gatech.edu>
**Sent:** Wednesday, September 16, 2015 11:24 AM
**To:** Theresa Wenzel
**Subject:** Fwd: Follow-Up
**Attachments:** Re_ WBB July Recruiting Reminders &amp; Dead Period.pdf; ATT00001.htm

Sent from my iPhone

Begin forwarded message:

> **From:** Michael Harkness <MHarkness@gtaa.gatech.edu>
> **Date:** September 16, 2015 at 11:23:45 AM EDT
> **To:** MaChelle Joseph <MJoseph@gtaa.gatech.edu>
> **Subject: Re: Follow-Up**
>
> Coach,
>   I noticed one problem with the attached summary. In the Institutional action section, it states I received an individual rules education session. I never received any educational sessions outside of our monthly compliance meetings. In addition when I reported the violation via email, I never received a response from anybody in the compliance office. Attached is a copy of the original email.
>
> Thanks
>
> Michael Harkness
>
> **From:** MaChelle Joseph <MJoseph@gtaa.gatech.edu>
> **Date:** Wednesday, September 16, 2015 at 10:05 AM
> **To:** Mike Harkness <mharkness@athletics.gatech.edu>
> **Subject:** Fwd: Follow-Up
>
> Mike
> Pls take a look at this report and let me know if this is accurate.
> Thank you
> MaChelle
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Shoshanna Engel <sengel@gtaa.gatech.edu>
>> **Date:** September 2, 2015 at 5:10:56 PM EDT
>> **To:** MaChelle Joseph <MJoseph@gtaa.gatech.edu>, Theresa Wenzel <TWenzel@gtaa.gatech.edu>
>> **Cc:** Marquita Armstead <marmstead@gtaa.gatech.edu>
>> **Subject: Follow-Up**
>>
>> MaChelle & Theresa,

1

PLAINTIFF004784

Please see attached for a preliminary copy of the violation we recently discussed. Please let me know if you have any questions. Once we've conferred, we will proceed.

Thank you,

Shoshanna

Shoshanna Engel
Associate Director of Athletics for Compliance
sengel@athletics.gatech.edu
(404) 894-8792 (office)

2

PLAINTIFF004785

# Theresa Wenzel

**From:** MaChelle Joseph <MJoseph@gtaa.gatech.edu>
**Sent:** Tuesday, September 15, 2015 10:30 PM
**To:** Theresa Wenzel
**Subject:** Fwd: Follow-Up
**Attachments:** Summary (841073).pdf; ATT00001.htm

I was never told I was receiving a letter of admonishment ??? They never even agreed to give one to Mike !
This feels wrong . There is no mention that mike had received an email from compliance and admitted disregarding it!
This doesn't feel right
Also Mike NEVER received any additional rules training nor did I .
Sent from my iPhone

Begin forwarded message:

> **From:** Shoshanna Engel <sengel@gtaa.gatech.edu>
> **Date:** September 14, 2015 at 5:25:24 PM EDT
> **To:** MaChelle Joseph <MJoseph@gtaa.gatech.edu>, Theresa Wenzel <TWenzel@gtaa.gatech.edu>
> **Cc:** Marquita Armstead <marmstead@gtaa.gatech.edu>
> **Subject: RE: Follow-Up**
>
> Hello there - I wanted to check back on this – did you both have a chance to review? I'd like to close up the issue soon. We'll also write up the additional uber text and put forward no additional sanctions for that issue. Please let me know if you have any questions.
>
> Thank you,
>
> Shoshanna
>
> Shoshanna Engel
> Associate Director of Athletics for Compliance
> sengel@athletics.gatech.edu
> (404) 894-8792 (office)
>
> **From:** Shoshanna Engel
> **Sent:** Wednesday, September 2, 2015 5:11 PM
> **To:** MaChelle Joseph; Theresa Wenzel
> **Cc:** Marquita Armstead
> **Subject:** Follow-Up
>
> MaChelle & Theresa,
>
> Please see attached for a preliminary copy of the violation we recently discussed. Please let me know if you have any questions. Once we've conferred, we will proceed.
>
> Thank you,
>
> Shoshanna
>
> Shoshanna Engel

1

PLAINTIFF004786