

# Transcript of Joshua Pastner

**Date:** May 24, 2021
**Case:** Joseph -v- Board of Regents of the University System of Georgia, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

**Page 1**

```
 1            IN THE UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF GEORGIA

 3                    ATLANTA DIVISION

 4   MACHELLE JOSEPH,              )

 5                                 )

 6          Plaintiff,             )

 7                                 )

 8      vs.                        ) Civil Action o.:

 9                                 ) 1:20-cv-00502-TCB

10   BOARD OF REGENTS OF THE       )

11   UNIVERSITY SYSTEM OF          )

12   GEORGIA and GEORGIA TECH      )

13   ATHLETIC ASSOCIATION,         )

14                                 )

15          Defendants.            )

16

17

18          The virtual deposition of JOSHUA PASTNER,

19   called by Plaintiff, for examination, pursuant to the

20   Federal Rules of Civil Procedure of the United States

21   District Courts pertaining to the taking of

22   depositions taken before Stephanie A. Battaglia, CSR

23   and Notary Public in and for the County of DuPage and

24   State of Illinois, on May 24, 2021, 9:44 a.m., Eastern

25   Time.
```

**Page 2**

```
 1   PRESENT:  (ALL PARTIES APPEARED VIA ZOOM:)

 2          KATZ, MARSHALL & BANKS, LLP
 3            BY:  MS. LISA BANKS
              MR. JOSEPH ABBOUD
              MS. MARILYN ROBB
 4          1718 Connecticut Avenue, NW, Sixth Floor
            Washington, D.C.  20009
 5          (202) 299-1140

 6                  appeared on behalf of the Plaintiff;

 7
     ASSISTANT ATTORNEY GENERAL
 8   GEORGIA DEPARTMENT OF LAW
          BY:  MS. COURTNEY C. POOLE
 9          40 Capitol Square, S.W.
            Atlanta, Georgia  30334-1300
10          (404) 656-3384

11                  appeared on behalf of Defendant Board of
12          Regents of the University Systems of
            Georgia;
13
     WILMER HALE
14        BY:  MS. TANIA FARANSSO
          1875 Pennsylvania Avenue, NW
15        Washington, D.C.  20006
          (202) 663-6000
16                  appeared on behalf of Defendant Georgia
            Tech Athletic Association;
17
     TOMPSETT COLLEGIATE SPORTS LAW
18        BY:  MR. SCOTT TOMPSETT
          2600 Grand Boulevard
19        Kansas City, Missouri  64108
          (816) 216-7866
20
                    appeared on behalf of the deponent.
21
     ALSO PRESENT:
22
          Ms. MaChelle Joseph, Plaintiff
23
          Mr. Carmen Cilano, In-House Counsel for
24        Georgia Institute of Technology

25
```

**Page 3**

```
 1   (Cont'd.:)

 2              Mr. Caleb Welsh, Technician

 3                  Planet Depos

 4

 5          Ms. Stephanie A. Battaglia, CSR, RMR, CRR

 6                  Planet Depos

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Page 4**

```
 1                  I   N   D   E   X

 2   WITNESS:                                PAGE:

 3   Joshua Pastner

 4   EXAMINATION BY:

 5   Ms. Banks                                  7
     Ms. Poole                                177
 6   Ms. Faransso                             182

 7              E X H I B I T S

 8   Pastner Exhibits

 9   Exhibit 1    Offer Letter                  15
                  GTAA-000930
10
     Exhibit 2    Georgia Institute of Technology  16
11                Head Coach Agreement
                  BOR-011224 - BOR-011235
12
     Exhibit 3    Georgia Institute of Technology  22
13                Georgia Tech Athletic Association
                  BOR-010276
14
     Exhibit 4    First Amendment to the Georgia  29
15                Institute of Technology Head
                  Coach Agreement with Josh Pastner
16                BOR-010994 - BOR-010997

17   Exhibit 5    AJC Article                    91
                  PLAINTIFF009731 -
18                PLAINTIFF009735

19   Exhibit 6    Men's Basketball Budget Summary  118
                  2016-2019
20                BOR-012229 - BOR-012230

21   Exhibit 7    E-mail                         125
                  Subject:  Luck Building Master
22                PLAINTIFF006847

23   Exhibit 8    E-mail                         127
                  Subject:  Re:  Mens/Womens
24                Lockerroom
                  PLAINTIFF006867 -
25                PLAINTIFF006868
```

Transcript of Joshua Pastner
Conducted on May 24, 2021

| 5 | | |
|---|---|---|
| 1 | (Cont'd.): | |
| 2 | Exhibit 9    Memorandum | 152 |
|   |             BOR-009520 | |
| 3 | Exhibit 10   Memorandum | 153 |
| 4 |              BOR-004513 | |
| 5 | Exhibit 11   AJC Article | 159 |
|   |              PLAINTIFF009768 - | |
| 6 |              PLAINTIFF009769 | |
| 7 | Exhibit 12   Georgia Tech Statement | 161 |
|   |              PLAINTIFF10859 - | |
| 8 |              PLAINTIFF010865 | |
| 9 | Exhibit 13   Article | 162 |
|   |              PLAINTIFF010849 - | |
| 10 |             PLAINTIFF010851 | |
| 11 | Exhibit 14   E-mail | 167 |
| 12 |             Subject:  Head Coaches | |
|   |              Meeting Follow-Up HC | |
| 13 |             Responsibility and New NCAA | |
|   |              Requirements | |
| 14 |             PLAINTIFF009951 - | |
|   |              PLAINTIFF009953 | |
| 15 | | |
| 16 | Exhibit 15   Response to Notice of | 172 |
|   |              Allegations Case No. 00830 | |
| 17 |             BOR-012056 - BOR-012188 | |

**6**

1    THE TECHNICIAN:  Recording in progress.
2         Thank you to everyone for attending this
3    proceeding remotely which we anticipate will run
4    smoothly.
5         Please remember to speak slowly and do
6    your best not to talk over one another.
7         Please be aware that we are recording
8    this proceeding for backup purposes.
9         Any off-the-record discussions should be
10   had away from the computer.
11        Please remember to mute your microphone
12   for those conversations.
13        Please have your video enabled to help
14   the reporter identify who is speaking.
15        If you are unable to connect to via and
16   are connecting via phone please identify yourself each
17   time before speaking.
18        We will provide a complimentary, unedited
19   recording of this deposition with the purchase of a
20   transcript.
21        I apologize in advance for any
22   technical-related interruptions, thank you.
23        MS. REPORTER:  Will counsel please
24   stipulate that in lieu of formally swearing in the
25   witness the reporter will instead ask the witness to

**7**

1    acknowledge that their testimony will be true under
2    the penalties of perjury and that counsel will not
3    object to the admissibility of the transcript based on
4    proceeding in this way.
5         And we will start with Lisa, do you
6    agree?
7         MS. BANKS:  I do.
8         MS. REPORTER:  Defendant's attorney?
9         MS. FARANSSO:  Georgia Tech Athletic
10   Association, yes, I agree.
11        MS. REPORTER:  Ms. Poole?
12        MS. POOLE:  And I agree.
13        MS. REPORTER:  And to the witness?
14        THE WITNESS:  Yes.
15        MS. REPORTER:  We are going on the record
16   at 9:44 a.m. eastern.
17            JOSHUA PASTNER,
18   called as a witness herein, having been first duly
19   sworn was examined and testified virtually as follows:
20            EXAMINATION
21            BY MS. BANKS:
22   Q.    Good morning, everyone.  This has been an
23   exciting start to the morning, but glad to finally be
24   here.
25        So, Coach Pastner, we -- I had started a

**8**

1    moment ago and I wanted to be clear with you that we
2    are deposing you today because as the men's basketball
3    coach you have a unique perspective on some of the
4    various issues in this case.  You are not the alleged
5    wrongdoer here, these issues are not related to you
6    specifically.  So we are here to get some information,
7    we are going to try to do this as quickly and
8    painlessly as possible.
9         We will have to touch on some of the NCAA
10   issues, but my intention is not to get into any of the
11   details of those things and just ask them in a way
12   that is purely relevant to our case, okay?
13   A.    Yes, ma'am.
14   Q.    Have you ever been deposed before?
15   A.    I have.
16   Q.    How many times have you been deposed?
17   A.    Once.
18   Q.    And that is -- was that recently?
19   A.    It was in -- yes, about two years ago.
20   Q.    Okay.
21        Was that related to the Ron Bell
22   situation?
23   A.    That is correct.
24   Q.    So you understand you are under oath
25   under the penalties of perjury?

Transcript of Joshua Pastner
Conducted on May 24, 2021

9

1    A.   Yes, ma'am.
2    Q.   And I will be asking you questions, the
3  court reporter will be transcribing it, so your
4  answers will need to be audible, try not to nod your
5  head or shake your head in response to the questions.
6    A.   Understood.
7    Q.   If you don't understand a question that
8  I've asked, ask me to clarify, ask me to rephrase, I'm
9  happy to do that.  If you need a break let me know, we
10 can take a quick break.
11       From time to time counsel may object.
12 Let the objection come out and then answer the
13 question unless you are instructed not to.
14       Are you represented by counsel here
15 today?
16   A.   I am.
17   Q.   Who is that?
18   A.   Scott Tompsett.
19   Q.   And what did you do to prepare for
20 today's deposition?
21   A.   Just had -- met with Scott and Courtney
22 and Tania last week.
23   Q.   And are you represented by Courtney and
24 Tania?
25   A.   Yes.

10

1    Q.   And did you speak to anyone at Georgia
2  Tech about your deposition today?
3    A.   No.
4    Q.   Did you review documents?
5    A.   I did not.
6    Q.   This is a remote deposition, which is
7  sort of a new world for all of us, so I have to ask
8  questions which we normally don't ask, for example,
9  where are you?
10   A.   I am in the Georgia Tech Legal Center or
11 offices of the -- the legal offices.
12   Q.   And is there anyone else in the room with
13 you right now?
14   A.   Cameron is in the room.
15   Q.   Who is Cameron?
16   A.   He is with Georgia Tech.
17   Q.   Cameron who?
18   A.   Cilano.  He is on the call right here.
19   Q.   What is Cameron's position at Georgia
20 Tech?
21       MS. POOLE:  May I answer that, Lisa?
22       MS. BANKS:  Yes.
23       MS. POOLE:  Cameron is an attorney with
24 the Georgia Tech legal office.  He is in here today as
25 the Board of Regents' representative.

11

1        MS. BANKS:  Okay.
2  BY MS. BANKS:
3    Q.   Do you have -- Coach Pastner, do you have
4  any materials with you that you are going to use
5  during the deposition, any notes, anything like that?
6    A.   No, ma'am.
7    Q.   Do you have a smartphone or electronic
8  device with you?
9    A.   It is put to my right, it is not with me
10 like -- not where I can see it.
11   Q.   I just ask that you keep it off today --
12   A.   Yes.
13   Q.   -- and not refer to it.
14   A.   Okay.
15   Q.   All right, so let's get into it.
16       How long have you been a collegiate
17 basketball coach?
18   A.   I have been a head coach for -- I just
19 completed my 12th year.
20   Q.   What about other than as a head coach, do
21 you have any other experience coaching at any other
22 level?
23   A.   Yes.  I was an assistant, I was an
24 assistant coach for multiple years, I played as well,
25 and I was a graduate type of assistant or

12

1  undergraduate assistant, however you like to define
2  it, and then a video coordinator as well.
3    Q.   In terms of being an assistant coach or a
4  head coach how many total years of coaching?
5    A.   Full assistant and as a head coach 13,
6  somewhere probably in the -- anywhere between the 13-
7  to 20-year range or 13- to 18-year range, somewhere in
8  there.
9    Q.   That's a big range.
10   A.   Well, I know I have been -- I am just
11 trying to think back of my time at Arizona how long as
12 assistant coach. Let's see --
13   Q.   Let's do it this way.  You start -- where
14 was your first coaching job?
15   A.   My first coaching job was assistant coach
16 at the University of Arizona.
17   Q.   And when was that approximately?
18   A.   Let's see, probably around the '02/'03
19 season that was my first year, '02/'03.  I was there
20 until I went to the University of Memphis as an
21 assistant coach in '09 -- I am sorry, '08/'09.  And
22 then I became the head coach at Memphis, I was there
23 for seven years as the head coach, and then now here
24 in Georgia Tech.
25   Q.   And you said you played.  Did you play

13

1 basketball in high school and college?
2      **A.   Yes, ma'am.**
3      Q.   Where did you go to college?
4      **A.   I went to the University of Arizona in**
5 **Tucson.**
6      Q.   Is that Division 1?
7      **A.   That's Division 1.**
8      Q.   Did you play any other sports in high
9 school or college?
10     **A.   Not -- no.  Not competitively, not in a**
11 **real situation type.**
12     Q.   Yes, not like pickup baseball.
13     **A.   Exactly.**
14     Q.   Have you had any other jobs besides
15 coaching since graduating from college?
16     **A.   I have not.**
17     Q.   So you began coaching at Georgia Tech in
18 2016.  Were you recruited or did you apply for the
19 job?
20     **A.   I was recruited to interview, recruited**
21 **to interview.**
22     Q.   Recruited to interview?
23     **A.   Correct.**
24     Q.   By whom?
25     **A.   By the search firm DHR International,**

14

1 **which is Glen Sugiyama, and obviously he was working**
2 **on behalf of Georgia Tech and Mike Bobinski at the**
3 **time.**
4      Q.   Did you know anybody at Georgia Tech at
5 that time?
6      **A.   Not personally, no.**
7      MS. BANKS:  Let me take a moment here,
8 Courtney, I didn't talk about the stipulation before
9 we began.
10     We have entered into a number of factual
11 stipulations with the defendant to try to expedite
12 things today, for example, when you started coaching
13 at Georgia Tech and things like that basic
14 information.  So we haven't finalized those
15 stipulations but we are operating under the assumption
16 that those stipulations are in effect, hopefully we
17 can move quickly through some issues, okay?
18     MS. POOLE:  Thanks.
19 BY MS. BANKS:
20     Q.   So you interviewed for the position,
21 obviously you got it, and you have an offer letter and
22 you have a contract.  So I want to just bring those up
23 so we can look at those briefly.
24     MS. BANKS:  I would ask who is the -- I
25 am sorry because I started late?  Who is the Planet

15

1 Depos -- Caleb?
2      THE TECHNICIAN:  This is Caleb, yes.
3      MS. BANKS:  Caleb, could you bring up
4 GTAA930?
5      THE TECHNICIAN:  Yes, one moment.
6      MS. BANKS:  And mark that as Exhibit 1.
7      (Document marked Pastner Exhibit 1 for
8      identification.)
9      MS. BANKS:  Can you give Coach Pastner
10 control over that document, please?
11 BY MS. BANKS:
12     Q.   Coach Pastner, do you recognize this
13 document?
14     **A.   I don't remember it, but, yes, this is a**
15 **document.  It's been a long time since then but, yes,**
16 **it is --**
17     Q.   You can scroll through it, I just want
18 you to acknowledge that this is in fact your offer
19 letter from Georgia Tech.
20     **A.   Yes.**
21     **How do I take the screen?**
22     Q.   You should be able to -- you should have
23 control and you should be able to use your mouse.
24     THE TECHNICIAN:  If you click on the
25 screen it should let you control it.

16

1      THE WITNESS:  Okay, we are good now.
2      Yes.  This is a -- yes.
3 BY MS. BANKS:
4      Q.   And I think your signature is at the end
5 if you can just confirm that for me.
6      **A.   That is correct.**
7      Q.   Okay, great.
8      MS. BANKS:  Caleb, can you bring up
9 BOR11224?
10     Sorry, it takes a while for the documents
11 to come up.  In person we can just hand them back and
12 forth, it would be a lot easier.
13     And if you could give Coach Pastner
14 control of this document as well.
15     (Document marked Pastner Exhibit 2 for
16      identification.)
17 BY MS. BANKS:
18     Q.   So this is a longer document, this is
19 what I believe is your contract.  If you could just
20 scroll through and confirm that for me.  The
21 signatures appear on the last page.
22     **A.   Yes, ma'am.**
23     Q.   And this was your original contract
24 before it was amended and extended, correct?
25     **A.   That's correct.**

Transcript of Joshua Pastner
Conducted on May 24, 2021

17

1    Q.   This contract obviously covers a number
2  of terms and conditions of your employment, and what I
3  wanted to ask you is was that -- were these terms and
4  conditions things that you negotiated with Georgia
5  Tech or were those terms and conditions brought to you
6  by Georgia Tech as what they were prepared to offer
7  you from the outset?
8    A.   The terms and conditions, the financial
9  part was negotiated.
10    Q.   And did you have an agent helping you do
11  that?
12    A.   Yes.
13    Q.   So the financial terms were negotiated,
14  meaning your salary and bonuses, is that right?
15    A.   I think it was more salary and like
16  buyout, stuff like that, was negotiated.  I don't know
17  how much this bonus structure was negotiated, but that
18  might have already been set in stone.
19    Q.   What about things like country club
20  allowance, automobile allowance, things like that,
21  were those negotiated or were those part of the
22  original offer?
23    A.   Those were part of the original offer.
24    Q.   Go to radio and television appearances
25  and the payments for those, were those negotiated as

18

1  well, or were those part of the original offer?
2    A.   That was part of the financial part that
3  was negotiated however they paid the money, so
4  anything with the financial part of the buyout was the
5  part that was negotiated.
6    Q.   And who at Georgia Tech was doing the
7  negotiating, do you know?
8    A.   From what I recall I think it was Marvin
9  Lewis, obviously he is working in direction with Mike
10  Bobinski, but Marvin Lewis was the point of contact
11  and there is a lady there, I forget her name, we were
12  involved with her because she was involved with HR so
13  we dealt with her a lot.
14        She is no longer there, but I forget her
15  name, but she is -- she was kind of the point person
16  as well.
17    Q.   Is that Julie Joyce?
18    A.   No.  She worked in the GTAA HR, I forget
19  her name.
20    Q.   Did you yourself deal directly with
21  Marvin Lewis and Mike Bobinski or was it mostly your
22  agent?
23    A.   Once we started -- once I got -- after
24  that initial letter I got to Georgia Tech and working
25  through the contract it was mostly -- my agent was

19

1  dealing with it all, I was not.
2    Q.   You mentioned the HR lady from GTAA.
3  What do you understand to be the difference between
4  Georgia Tech and Georgia Tech Athletic Association in
5  terms of your employment?
6    A.   Well, I mean, from what I understand is
7  GTAA is, you know, they are responsible financially
8  for things, I guess, GTAA, but I think the previous
9  athletic director or one of the former athletic
10  directors before Mike Bobinski, wanted to get to --
11  Dan Radakovich -- wanted to get to GTAA be part of GIT
12  for -- which I was not here then regarding health
13  benefits.
14    Q.   Okay.
15        Who do you consider your employer, Board
16  of Regents or the athletic association or does it
17  matter to you?
18    A.   Well, I report directly to Todd
19  Stansbury, the athletic director, so he is at GTAA.
20    Q.   And do you know which entity actually
21  hired you, GTAA or Board of Regents?
22    A.   That I don't know.
23    Q.   Do you know who pays you?
24    A.   Both, Georgia Institute of Technology and
25  GTAA.

20

1    Q.   How does that work?
2    A.   Two separate checks, so I get part of my
3  check from the Georgia Institute of Technology and
4  then part of my check from GTAA.
5    Q.   And which are which?
6    A.   So the base salary is Georgia Institute
7  of Technology, and everything else, the appearances,
8  you know, the radio stuff as you mentioned, is all
9  through GTAA.
10    Q.   And was that negotiated also by your
11  agent or is that just how it works?
12    A.   That's how it works.
13    Q.   But you don't have different supervisors,
14  correct?
15    A.   My supervisor -- my sports supervisor
16  right now is Marvin Lewis.  When I got the job it was
17  J.D. Wicker who is now the athletic director of
18  San Diego State, but my ultimate boss who makes
19  decisions is Todd Stansbury right now.
20    Q.   So you report to Todd Stansbury, not to
21  Marvin Lewis, correct?
22    A.   For final decisions, but on everyday
23  basis things each sport has their own sport
24  supervisor, has a sports supervisor, so Marvin Lewis
25  currently right now is my sports supervisor.

Transcript of Joshua Pastner
Conducted on May 24, 2021

21

1    Q.   Do you have different e-mail addresses
2 for Georgia Tech and Georgia Tech Athletic
3 Association?
4    **A.   Right now I just have -- I use**
5 **jpastner@athletics.gatech.edu.**
6    Q.   One e-mail address?
7    **A.   Correct.**
8       MS. BANKS:  Caleb, you can take this
9 document down?
10 BY MS. BANKS:
11   Q.   Do you have a work-issued cellphone?
12   **A.   I do.**
13   Q.   One cellphone?
14   **A.   I have two.  I have one for personal and**
15 **then one that I use for business related for**
16 **recruiting -- trying to make all my recruiting calls**
17 **on that cellphone.**
18   Q.   But you have one work cellphone, right?
19   **A.   Correct, one.**
20   Q.   So you talked about who you report to at
21 Georgia Tech, and that's Todd Stansbury, even though
22 you have day-to-day oversight by Marvin Lewis, is that
23 right?
24   **A.   That's correct.**
25       MS. BANKS:  Caleb, can you bring up

22

1 BOR-010276?
2       Caleb, are you marking these as exhibits
3 as we go?  I see you are.
4       (Document marked Pastner Exhibit 3 for
5       identification.)
6 BY MS. BANKS:
7    Q.   Coach Pastner, take a look at this, maybe
8 Caleb, you can make it slightly bigger.  This is an
9 org chart produced by Board of Regents as of November,
10 2018.
11      Can you just take a moment, look at that,
12 and tell me whether that appears to accurately reflect
13 the state of play in terms of reporting in November,
14 2018?
15   **A.   Yes.**
16   Q.   And you will see your name is on the
17 far-left column along with head football coach Paul
18 Johnson, both of whom it appears both of you report
19 directly to Director of Athletics Todd Stansbury,
20 correct?
21   **A.   Yes.**
22   Q.   And Marvin Lewis is over to the right at
23 least on this org chart, you don't report to him, you
24 report directly to the athletic director, correct?
25   **A.   On this org chart, that's correct.**

23

1    Q.   Right.
2       And that remains true today, correct?
3    **A.   I go through everything through Marvin,**
4 **but any final big decision goes to Todd.**
5    Q.   Well, that would be true of anybody in
6 athletics, wouldn't it?
7    **A.   That's correct.**
8    Q.   So in terms of your actual formal
9 reporting structure it looks here like you along with
10 the head football coach report directly to
11 Todd Stansbury?
12   **A.   On this org chart, correct.**
13   Q.   Right.
14      And so you would agree that that is your
15 formal line of reporting?  And I understand you work
16 with Marvin Lewis on a day-to-day basis and he
17 oversees your program, but here you report directly to
18 Todd Stansbury?
19   **A.   On this org chart, yes.**
20   Q.   Is the org chart not accurate in terms of
21 what happens in real life?
22   **A.   No, I report to Todd, but I just -- if I**
23 **-- anything that I am referring to Todd I keep Marvin**
24 **in the loop.**
25   Q.   Okay.

24

1       But you have a direct line of
2 communication to Todd Stansbury as does it appears the
3 head football coach?
4    **A.   Yes.  But I really refer directly to**
5 **Marvin Lewis on pretty much -- even any decision**
6 **before I even go to Todd I will go to Marvin first.**
7    Q.   Okay.
8       Do you have any understanding at all why
9 you and the head football coach have a direct line of
10 reporting to Todd Stansbury but nobody else does?
11   **A.   This was never told me where I was told I**
12 **could only go to Todd and not go to Marvin, my**
13 **understanding is I go to Marvin, that's what I've**
14 **understood is to be -- to go everything through**
15 **Marvin, so that's how I have operated since I've been**
16 **here.**
17   Q.   Okay.
18      When you get a performance evaluation,
19 who does it?
20   **A.   Marvin and Todd.**
21   Q.   Well, for purposes of this you and the
22 football coach at least are treated differently in
23 terms of who you report to, and you said that you
24 don't understand why that is, nobody's ever talked to
25 you about a direct reporting line?

Transcript of Joshua Pastner
Conducted on May 24, 2021

---

25

1    MS. POOLE:  I will object to the form of
2 the question when there is a question, but I think
3 that misstates Coach Pastner's testimony.
4    MS. BANKS:  Okay.
5 BY MS. BANKS:
6    Q.   In your experience in coaching at various
7 schools is it your experience that men's basketball
8 and football tend to get better treatment or are more
9 valued by the school?
10   **A.   I have been 12 years as the head coach.**
11 **I've always gone to -- I communicate with the athletic**
12 **director as does everyone on -- all head coaches, but**
13 **we always report to a sports supervisor, even when I**
14 **was an assistant, that's how it operated at the time.**
15   Q.   I understand that's how it is in your
16 day-to-day work life, and that's fine, I guess my
17 question is something different, which is just in
18 general based on your experience as a coach and in
19 different institutions wouldn't you agree that
20 football and men's basketball tends to get more of the
21 attention and is generally more valued by a university
22 for whatever reasons?
23   **A.   I think football, I can't say for -- I**
24 **can't say for basketball, but I know football, that's**
25 **financially for sport -- for the athletic department**

---

26

1 to work the football team has to be very successful.
2    Q.   Is that also true of men's basketball in
3 the NCAA Division I, for example?
4    **A.   I think in the NCAA, their money is made**
5 **off the men's basketball tournament, the NCAA, but**
6 **it's hard for athletic departments to survive if**
7 **football is not successful.**
8    Q.   So at least as far as the tournament in
9 men's basketball is probably extremely valuable to a
10 university, is that right?
11   **A.   To the conference, especially the**
12 **conference, because the more teams that go to the NCAA**
13 **tournament they get more revenue share for the**
14 **athletic department per conference.**
15   Q.   And that's important to a school?
16   **A.   Absolutely.**
17      MS. BANKS:  Caleb, you can take this
18 down.
19 BY MS. BANKS:
20   Q.   We looked at your contract a little
21 earlier.
22      There came a time when your first
23 contract was amended and extended for a year, among
24 other things, is that right?
25   **A.   That's correct.**

---

27

1    Q.   And that was in June of 2017?
2    **A.   That's correct.**
3    Q.   How did it come to be that your contract
4 was amended after only a year, what were the
5 circumstances around that?
6    **A.   Well, three things:  One, I was the ACC**
7 **coach of the year; two, we went to the NIT**
8 **championship and we were picked second -- most people**
9 **had us picked last or second to last in the conference**
10 **so we had a lot of -- we overachieved in a sense; and**
11 **then, third, we had set a lot of records that first**
12 **year that hadn't been done at Georgia Tech with some**
13 **of the wins at home and things like that so they were**
14 **nice enough to give me an extra year on my contract.**
15   Q.   Well, first of all, congratulations on
16 Coach of the Year, that's pretty cool.
17   **A.   Thank you.**
18   Q.   In terms of the extension did you ask for
19 it or did Georgia Tech suggest it?
20   **A.   We went -- we asked for it, my lawyer,**
21 **agent, lawyer, however you want to say it,**
22 **representative.**
23   Q.   And was Georgia Tech perceptive to it?
24   **A.   Yes.  Even though I thought -- I asked**
25 **for more to be honest, I thought I was going to get**

---

28

1 **more at the time.**
2    Q.   More in terms of money or years or what?
3    **A.   Both, considering what we just**
4 **accomplished.**
5    Q.   You extended your term for a year.  Did
6 you ask for more than a year?
7    **A.   We asked for more, yes.**
8    Q.   What did you ask for?
9    **A.   I think we asked, you know, more years,**
10 **more money.**
11      **From what I recall, I can't -- you know,**
12 **I wasn't dealing with it, because I don't fly private,**
13 **you know, for personal recruiting, for recruiting, so**
14 **like we asked about flying, could I -- we were just**
15 **asking for things, but it got turned down, first**
16 **class, we got turned down all of it.  The only thing**
17 **they added was the year, the year with the longevity**
18 **bonus, the year with the longevity bonus.**
19   Q.   Okay.
20      And tell me about that, what was the
21 longevity bonus about and whose idea was that?
22   **A.   Just if you stayed through your contract**
23 **at the end you would have an opportunity to get the**
24 **longevity bonus.**
25   Q.   Okay.

Transcript of Joshua Pastner
Conducted on May 24, 2021

29

1       And was that your idea or was that
2  theirs?
3       **A.   I can't remember how that -- because that**
4  **was my representatives were dealing with Marvin and**
5  **him at the time.**
6       Q.   So your representatives were dealing with
7  Marvin Lewis and who else?
8       **A.   Marvin Lewis, and I think obviously Todd**
9  **Stansbury was the athletic director, but Marvin was**
10 **the day-to-day contact.**
11      Q.   On the contract negotiations?
12      **A.   That's correct.**
13      MS. BANKS:  Caleb, can you pull up
14 BOR-010994.
15      (Document marked Pastner Exhibit 4 for
16      identification.)
17 BY MS. BANKS:
18      Q.   This is going to be the amendment, I just
19 want you to confirm that it is.
20      **A.   I would like to go on record, Lisa, to**
21 **say I had no desire to fly first class, I was trying**
22 **to get anything I could on the contract.**
23      Q.   Understood.
24      **A.   I am fine flying basic.**
25      Q.   Really, that makes one of us, if I could

30

1  I would like to --
2       **A.   As long as you can take off --**
3       Q.   Most people can't.
4       **A.   As long as you can take off and land**
5  **safely that's all I care about.**
6       Q.   That's true.
7       MS. BANKS:  Can you give Coach Pastner
8  control of this, please?
9  BY MS. BANKS:
10      Q.   Does this look like the amendment?
11      **A.   Yes, ma'am.**
12      Q.   And it's your signature?
13      **A.   It's my signature.**
14      Q.   Do you recall during the negotiations
15 whether Marvin Lewis or Todd Stansbury or Bud Peterson
16 who signed this did anyone ever suggest to you that
17 you -- they wouldn't renegotiate or extend your
18 contract unless you made the NCAA tournament or had
19 some sort of success above and beyond what you had
20 already achieved?
21      **A.   Not that I'm aware of.  I mean, I wasn't**
22 **dealing with them, it was my representatives were.**
23      Q.   But your representative never informed
24 you of any such constraint?
25      **A.   Other than just that we asked for more**

31

1  **and we only got -- and we were fortunate to give me**
2  **the additional year plus the longevity bonus.**
3       Q.   Right.
4       And were there any NCAA allegations
5  related to you or your program at this time that this
6  was extended?
7       **A.   No, ma'am.**
8       Q.   And this extension -- Caleb, you can take
9  it down.
10      This extension was not announced publicly
11 at this time, correct?
12      **A.   I don't recall.**
13      Q.   Do you recall that it was announced
14 publicly at any time?
15      **A.   I don't remember or recall that.**
16      Q.   I want to talk to you a little bit about
17 coaching.
18      You've obviously been a coach for the
19 better part of 20 years after we did the math, and I
20 want you to tell me first what you think makes for a
21 good coach.
22      **A.   Well, I mean, that can be, you know, that**
23 **can be every coach and every person has their own**
24 **opinion on that, you probably -- a lot of times the**
25 **outside public is going to judge you based on your**

32

1  **record, you know, wins and losses obviously because**
2  **there is a scoreboard involved, but --**
3       Q.   Wins and losses is definitely part of it?
4       **A.   That's part of it, it is what it is.**
5       **Post season, you know, people go in post**
6  **season.  But in college I think a lot of it -- it is**
7  **different than the pros because you are dealing with**
8  **young people, student athletes, academics, everything**
9  **falls on your shoulders as the head coach in college,**
10 **obviously, so but -- so I think defining success for**
11 **what makes a good coach is trying to inspire,**
12 **motivate, get the most out of your young people that**
13 **you can get to have them perform at a level in all**
14 **areas of life, including life beyond -- life beyond**
15 **athletics.**
16      Q.   Okay.
17      In terms of being a successful coach of
18 course there is wins/losses, we talked about that,
19 tournament berths and wins in tournaments, that's part
20 of it, correct?
21      **A.   Yes.**
22      Q.   And recruiting, having successful
23 recruiting years, that's part of it?
24      **A.   If the student athletes turn out to be --**
25 **the fans look at recruiting rankings, but in the end**

Transcript of Joshua Pastner
Conducted on May 24, 2021

33

1 are they good enough to -- do they live up to the
2 expectations of a rank.
3    Q.   Sure.
4         But it's important to go out there and do
5 your recruiting and --
6    A.   I want to get the best.
7    Q.   The best student athletes you can?
8    A.   Absolutely, you want to get the best
9 student athletes you can.
10   Q.   Those are marks, I guess, of a successful
11 coach.
12        We just talked about coaching goes beyond
13 wins and losses, correct?  It's also about the
14 development of these players as people, right?
15   A.   In college, not the pros, but in
16 college --
17   Q.   Yes.
18   A.   -- that matters.
19        You know, we have all seen where many
20 coaches have been very successful in that area and had
21 great APR or GPA and everything else but they didn't
22 win enough and they get like --
23   Q.   Sure.  It's part of it, you've
24 established it.  And of course we are talking about
25 college coaching, I am not dealing with the pros

34

1 today.
2    A.   Correct.
3    Q.   So do you think it's important for a
4 college coach to support the players by helping them
5 become better people, better players and better
6 people?
7    A.   Absolutely.
8    Q.   And do you do this in your program, do
9 you aspire to help your, I won't say kids, but your
10 student athletes become better, more well-rounded
11 people?
12   A.   Absolutely.
13   Q.   And do you think it's important for
14 coaches to support their players academically and help
15 them stay on track and do well academically?
16   A.   Absolutely.
17   Q.   Do you do this?
18   A.   I do.
19   Q.   And how do you go about doing that?
20   A.   I am hands on with communication from our
21 academic team, like it matters to me that our young
22 men graduate, do their job academically, are
23 respectful, those things are important to me so I
24 don't give that to an assistant coach.  I'm heavily
25 involved in the academic process of dealing with

35

1 communication from academics to me e-mailing and
2 constantly keeping the parents and the young men of
3 what's going on in their lives daily.
4    Q.   And that's important to you to be a good
5 coach, correct?
6    A.   Yes.
7    Q.   Do you also think it's important for you
8 as a coach to help players when they have trouble
9 either physically or emotionally to get the treatment
10 that they need?
11   A.   Yes.
12   Q.   You do this also in your program?
13   A.   I do, with -- in conjunction with the
14 medical team.  I wouldn't go out on my own, but in
15 conjunction with the medical people, yes.
16   Q.   Right, to make sure physically they are
17 feeling good and they are not playing hurt, you know,
18 make sure they get to the training room and wherever
19 else they need to go to address any issues, correct?
20   A.   That's correct.
21   Q.   And what about emotionally or mentally,
22 have you had occasion where players struggle in that
23 regard and had to take any sort of action to help
24 them?
25   A.   Yes.  I mean, any time someone is

36

1 struggling I try to -- I highly recommend to them that
2 they get professional help
3 and I try to in conjunction with our medical team get
4 them to see somebody, a professional.
5    Q.   So you would agree then that it's
6 important to the success of your program and the
7 development of these student athletes to make sure
8 that they are as sound as possible both physically and
9 emotionally?
10   A.   Absolutely.
11   Q.   The same thing for family issues, if
12 these young players are having issues, family
13 concerns, you think it's important to help them deal
14 with that and address it?
15   A.   Absolutely.
16   Q.   And that's something you do in your
17 program as well?
18   A.   Absolutely.
19   Q.   Would you agree that there are
20 occasionally interpersonal issues on the team between
21 and among players that can sometimes negatively impact
22 the team?
23   A.   Can you give an example?
24   Q.   Two players who are angry at one another
25 or fighting for some reason or for whatever reason

Transcript of Joshua Pastner
Conducted on May 24, 2021

37

1  embattled, has that ever happened on your teams?
2      A.  Yes.  I mean, that's part of the team
3  dynamics.
4      Q.  Sure.
5          So as a coach you want to manage those
6  situations, correct, to make sure that this kind of
7  thing doesn't fester and blow up and negatively impact
8  the team, is that correct?
9      A.  That's correct.
10     Q.  And you would think any good coach would
11 want to monitor those situations, correct?
12     A.  That's the part -- that's the head
13 coach's responsibility.
14     Q.  And so overall based on all these things
15 we are talking about you would agree that a good coach
16 would need to address any sort of issue whether it's
17 physical/emotional/interpersonal that might negatively
18 impact on the team, is that fair to say?
19     A.  That's fair to say.
20     Q.  You also mentioned before that a coach
21 should inspire and motivate their players to do the
22 best they can do, is that right?
23     A.  That's correct.
24     Q.  So how do you try to motivate your
25 players to be the best they can be?

39

1  is one of the few jobs where everybody wants to be a
2  coach and believes they can be a coach and so, yes,
3  there is a lot of -- just, you know, not life and
4  death pressure, but a lot of internal pressure that
5  you put on yourself and from outside people as well.
6      Q.  Okay.
7          And so that pressure creates a sort of an
8  intense atmosphere, correct, in this context of trying
9  to win games in the Division I ACC?
10     A.  Yes.
11     Q.  And your players, I know you want to play
12 everybody and you want everybody to feel good about
13 their experience, but they understand that this is the
14 highest level of collegiate athletics and that it's an
15 intense environment, correct?
16     A.  Correct.
17     Q.  Would it be fair to say not every player
18 is happy all the time with the choices you make about
19 playing time or basketball-related decisions?
20     A.  Of course.
21     Q.  Have you ever had players complain about
22 your decisions, I don't play enough, he doesn't play
23 me enough, do players ever complain about your
24 decisions in that regard?
25     A.  I mean, I have had that happen before.

38

1      A.  I am a glass overflowing type of guy so
2  I'm extremely positive, I'm extremely upbeat, I have
3  high standards and I am very direct, very honest with
4  our young men, and I try to inspire them by --
5  motivate them through positivity.
6      Q.  So you are direct, you are honest.  You
7  don't mince words, you are not a shrinking violet, is
8  that fair?
9      A.  Well, I mean, I don't -- I have a real
10 caring for guys, I wish I could -- I feel bad when I
11 can't play everybody.  I have a soft spot in my heart
12 for young men, I want to see them do well.  But you
13 know as a coach that when the ball is tipped in the
14 game you are trying to do everything you can to put
15 the best on the floor and have the opportunity to win
16 the game.
17     Q.  Right.
18         And this is not -- I mean, this is not a
19 rec league, this is Division I in the ACC, this is the
20 best of the best, correct?
21     A.  Besides the NBA it is the highest level
22 of basketball.
23     Q.  So there is lots of pressure on you and
24 on the players to produce, perform, and win, correct?
25     A.  Especially the internal pressure, and it

40

1  Most complaints are why am I not on the NBA draft
2  boards, why do I not get the ball enough, or you are
3  not running enough plays for me.
4          I am very direct when a guy is not going
5  to be in the rotation.  I tell them ahead of time, you
6  know, so and so, you haven't -- you are not going to
7  make this rotation right now, so at least they know
8  going into the game they know where they stand so they
9  kind of have an idea.  Things can change obviously
10 during the course of stuff, but most complaints are
11 about a guy doesn't get the ball enough, you know, why
12 am I not getting drafted -- on the draft board, stuff
13 like that, at least for men's basketball.
14     Q.  Sure.  Okay.
15         So in terms of motivating them and
16 helping to shape them would you agree that
17 acknowledging their successes and achievements is also
18 part of that?
19     A.  Absolutely.
20     Q.  And that would be part of sort of your
21 positivity and sort of the positive atmosphere you
22 tried to bring?
23     A.  Yes, ma'am.
24     Q.  On the other side there also has to be
25 accountability, correct?

Transcript of Joshua Pastner
Conducted on May 24, 2021

41

1      A.   100%.
2      Q.   So you need to address it with them when
3  there are mistakes or problems?
4      A.   As part of having high standards and --
5  absolutely.
6      Q.   Okay.
7           And if a player acts out or otherwise
8  misbehaves there have to be consequences, correct?
9      A.   Yes, considering -- depending what the
10 behavior is, whatever the circumstance, but you know,
11 depending --
12     Q.   Proportional?
13     A.   Compared to what is going on, yes.
14     Q.   So on your teams do you -- I know you
15 have -- you have high expectations of all your
16 players, correct?
17     A.   Yes, we have real high standards for our
18 guys.
19     Q.   Real high standards, because this is an
20 intense environment, this is the best of the best in
21 collegiate athletics?
22     A.   Yes, and it's the way I believe and
23 operate.
24          You have to have high standards.
25     Q.   You are a college coach so you are going

42

1  to have freshmen and you are going to have seniors,
2  which is sort of a wide age range and maturity levels,
3  I would imagine, is that right?
4      A.   That's correct.
5      Q.   Do you have higher expectations of your
6  upper classmen in any way in terms of how they
7  approach their work or approach the team or mentor
8  younger players or anything?
9      A.   My favorite saying is get old and stay
10 old, you just -- people that are older in college in
11 athletics they are going to know more than the people
12 coming in that are freshmen.
13     Q.   Right.
14          So you think it is appropriate to have
15 higher expectations of your upperclassmen in terms of
16 their role on the team?
17     A.   I think the standards are the same, when
18 anyone comes in, whether you are older or younger, but
19 your accountability of knowing what's going on should
20 be the older student athletes should know because they
21 have been in your program for a while.
22     Q.   So your expectations of them would be a
23 little bit higher on certain issues?
24     A.   Of knowing what we do and how we operate
25 and how we -- what our culture is about.

43

1      Q.   And what about their performance on the
2  court, do you have higher expectations of the
3  upperclassmen who have been there a while, know your
4  system, know what you expect of them?
5      A.   Just by natural the older guys are going
6  to be more ready than the younger guys, it's just a
7  natural progression of college athletics.
8      Q.   And would you be more inclined to provide
9  tough love to the upperclassmen or to push them a
10 little harder than you might a freshman or even a
11 sophomore?
12     A.   No, I try to keep everyone equal, but I
13 also go, you know, would -- if a junior or senior was
14 acting the same as a freshman or sophomore I would be
15 disappointed in the junior or senior, they would know
16 better, more so than a sophomore, it would be the
17 freshmen because they really don't know, they are just
18 coming out of high school, that first year is all knew
19 to them.
20     Q.   So you talked about motivation that you
21 hold them to a very high standard, you are direct, you
22 are honest, you try to stay positive.
23          But would you agree that not every coach
24 motivates in the same way?
25     A.   That's correct.

44

1      Q.   And one coach's style may not be as loved
2  by everybody on the team as another coach's style?
3      A.   That's correct.
4      Q.   And some players respond to -- respond
5  better to one style rather than another?
6      A.   That's correct.
7      Q.   Have you ever had a player who was
8  unhappy or frustrated with you in terms of your
9  approach to the team and how you interacted with them?
10     A.   Not that I recall.
11     Q.   Have you ever had a player complain about
12 you either to you or to Marvin Lewis or the athletic
13 director or anybody else?
14     A.   Not that I recall.
15     Q.   And do you think if you -- if somebody
16 had complained about you you would probably remember
17 that?
18     A.   Yes.
19     Q.   So you don't think it happened?
20     A.   I don't think it happened.
21     Q.   Have you ever -- you talked about holding
22 them to a high standard, and obviously the competition
23 and the intensity is there.  Have you ever gotten
24 angry or emotional during practices or games?
25     A.   Yes.  I am an energy guy, but, yes, you

45

1  get -- not -- not angry, I would use the word intense.
2      Q.  Okay.
3      A.  Yes, intense.
4      Q.  What does that intensity look like?
5      A.  You know, I don't know, I don't use any
6  -- I don't curse so I don't use any bad foul language
7  so, I don't know, I mean, just like -- I don't know,
8  maybe let's go, let's -- have a better motor, you
9  know, I am kind of -- use my vibrations with my hands,
10  you know, when stuff like that, I don't know.
11      Q.  You may say a lot of things not cursing,
12  but do you raise your voice, you are shouting you are
13  at a game, you are at practice, you are trying to get
14  your point across, your volume escalates.
15      A.  Yes.  I mean, if someone is not playing
16  hard, but I keep it within -- I keep it within the
17  confines of the drill or what -- if they are not going
18  hard enough and keep it in that lane.
19      Q.  Right.
20      But it is all part of the accountability
21  we talked about, correct, that if somebody is not
22  going hard enough or isn't executing the play as it
23  was drawn up, you are going to have to get on them,
24  get on them about that, right?
25      A.  Yes.  And I always believe using the

46

1  bench as the best motivator, I don't scream and yell a
2  lot, I'm not good at that, half the time the guys
3  think I have a smile, half the time a smile it is not
4  always effective.
5      Q.  There are occasions where you do scream
6  and yell as any coach does, correct?
7      A.  Yeah, I don't really scream, I am more
8  intense, I don't -- I am not a screamer or yeller, but
9  I am intense, like, you know, just it is energy I am
10  more energized.
11      Q.  Okay.
12      But you would agree that all coaches have
13  different styles and it's certainly not uncommon to
14  have Division I coaches yelling on the sidelines of a
15  game or during practice?
16      A.  I've seen a lot of coaches, a lot of
17  coaches yell.  I worked with coaches that yelled.  But
18  I am not a big yeller.
19      Q.  Right.
20      A.  More of the energy.
21      Q.  Sure.
22      That's a matter of style, it's not
23  inherently bad to yell as a coach?
24      A.  Every coach has -- every coach he or she
25  has their own way of how they believe what's best for

47

1  success.
2      Q.  Right.
3      And you -- but you've been coached by
4  people who yell, you've witnessed other coaches yell,
5  you don't automatically believe that those are bad
6  coaches, correct?
7      A.  No.  It is just not my style.
8      Q.  Okay, that's fine.  Everybody has their
9  own style.
10      A.  Correct.
11      Q.  You said that you didn't curse.  Is that
12  -- you just don't curse, period, in your life, is that
13  a choice you make?
14      A.  Yes, I don't curse, I am not -- I try to
15  be the best I can to not have our student athletes use
16  foul language.  Of course sometimes it slips out and I
17  have to tell them to stop it or a couple times after a
18  while if they are not stopping I may have put them on
19  the line and do a quick up/back, but just as a
20  personal choice just to stay away from cussing, I
21  don't think it does any good.
22      Q.  But, again, like the sort of yelling,
23  there are going to be other coaches who do curse,
24  correct?
25      A.  Yes, most -- I would say 99% of coaches

48

1  use curse words.  I am probably the 1%, one of the one
2  percenters that don't.
3      Q.  I am sure your players are really happy
4  about that.  So, okay.
5      And, again, 99% of them probably curse,
6  that doesn't make 99% of the coaches bad coaches,
7  correct?
8      A.  That's correct.
9      Q.  What about your assistant coaches, do
10  they curse?
11      A.  They don't do it in front of me.  I'm
12  sure they have when they come in they are used to
13  cursing I tell them we don't do it here.  One of my
14  assistant coaches actually thanked me last summer, he
15  said by you not allowing me to curse this made me
16  better, helped me, you know, if I guide -- in the
17  intensity of the game you say things, hey, I don't
18  want to embarrass the coach in front of the team but I
19  will go up to them and say, hey, watch your mouth,
20  apologize.
21      People that curse, it is hard just to all
22  of a sudden not to curse and go from one day cursing
23  the next day not.  The norm in coaching is cursing,
24  it's just the norm.
25      Q.  Right.

Transcript of Joshua Pastner
Conducted on May 24, 2021

49

1    And, similarly, with the yelling, that is
2 also the norm among most coaches?
3    A.    Yes.
4    Q.    And what about your assistant coaches?  I
5 know you are not a yeller, it's not your personal
6 style, what about your assistant coaches, do they tend
7 to get more volume?
8    A.    Yes, there is volume.  It's part of,
9 again, coaching and energy, but the volume is directed
10 into within the confines of coaching within that drill
11 or whatever they be at that time.
12    Q.    Okay.
13    A.    Our coaches, they -- most coaches are
14 going to like I say get excited or be upset and get on
15 a young student athlete if they haven't executed
16 properly.
17    Q.    Okay.
18    Have you ever had games or practices that
19 didn't go the way you thought they should?
20    A.    Absolutely.
21    Q.    And it was upsetting to you and you were
22 -- whether you yelled or not you were sort of angry
23 about how your team executed?
24    A.    Absolutely.
25    Q.    Have you ever had team meetings or

50

1 gathered the team together to sort of chastise them or
2 talk to them about how you felt that they had not
3 executed the way you expected they would?
4    A.    I will go through the film with them and
5 make them watch the entire film session, we will go
6 through play by play and say this is not -- look at
7 your standard here, this is not acceptable standard
8 for what we -- so we will go through the entire film
9 of possession by possession and go through that and,
10 you know, when something is not operating the way that
11 we want it to be operating.
12    Q.    Have you ever -- during one of those film
13 sessions or -- other than film sessions do you also
14 have meetings at halftime obviously?
15    A.    Yes.
16    Q.    And at halftime do you have occasion to
17 call out a player or talk to the team in a way that
18 you need to light a fire under them that you are angry
19 and you are saying you've got to do better?
20    A.    Absolutely.
21    Q.    So those halftime discussions can get
22 pretty intense?
23    A.    Yes.  I mean, yes.  Again, I'm not -- you
24 got to kind of be who you are.
25    Heck, when I was at Memphis I felt that

51

1 the guys were getting too intense or maybe there is
2 about to be a fight I would stop practice, bring
3 everyone in and we say the serenity prayer, again,
4 guys look at me like I've got six eyes, what are you
5 doing, it diffused the situation.
6    I mean, I will get on guys at halftime,
7 but you have to be who you are, you know, they --
8 student athletes players can decipher through faking
9 in a sense, you can act like you are so mad and angry,
10 if it's not so real they can decipher it so you got to
11 kind of be who you are in that sense.
12    Q.    Right.
13    And that's --
14    A.    You have to be comfortable in your own
15 skin in a sense.
16    Q.    And that's just not who you are?
17    A.    Right.  So if I raise my voice and was
18 mad about how we were playing or we were just
19 lackadaisical and I was mad about our effort they knew
20 that it was real, like it wasn't just set up.
21    Q.    Sure.
22    Just in terms of I think the serenity
23 prayer and sort of your style you are more of an
24 anomaly, in that regard you are sort of the exception?
25    A.    Yes.  Like I said, the guys thought I had

52

1 ten eyes and I bring them in and make them recite the
2 serenity prayer, they thought I was crazy, it diffused
3 the entire situation.
4    Q.    When you get on guys as you say, you
5 know, have those conversations during halftime or
6 after a game did you ever have one of your guys upset
7 or angry that he felt like you called him out or
8 blamed him for something that happened in the game?
9    A.    I am really careful in the media about
10 what I say when we lose a game, I put it all on me
11 even though the student athlete maybe didn't perform
12 well, but any time we lose I really try to put it on
13 me, I am really careful in that.
14    Q.    Put the media aside, I am just talking
15 about --
16    A.    In the locker room.
17    Q.    -- in the locker room?
18    A.    Yes.
19    Q.    When you get on guys, do any of them
20 bristle like, hey, why are you putting this on me kind
21 of thing?
22    A.    Absolutely, and I don't like
23 disrespectfulness at all, but, yes, for sure.
24    Q.    And how do they express it when they feel
25 like you are calling them out personally?

53

1    A.   They will have bad body language, you
2  know, they could roll their eyes. And I will jump
3  them on that, when I jump them meaning that I will
4  stop them and tell them that's not acceptable to have
5  that body language, you got to accept -- if you didn't
6  play well you have got to accept it and you are held
7  to a high standard so we need you to be -- you shall
8  held to the standard.
9    Q.   Right.
10      And Georgia Tech expects you to hold your
11 players to a high standard, correct, they want you to
12 get the most out of your student athletes?
13    A.   Absolutely.
14    Q.   And so nobody at Georgia Tech ever told
15 you, hey, lighten up on these kids, you know, they are
16 a little upset that, you know, you are holding them to
17 these high standards, no one ever said that?
18    A.   No, because everything within our
19 standards are within the Georgia Tech missions and
20 values.
21    Q.   Okay.
22      The respect that you mentioned in the
23 locker room, that's important, correct, for a player
24 to show you respect?
25    A.   I think, you know, it is not about an ego

54

1  thing, it is more just having kind of chain of command
2  respect because otherwise if you have one person going
3  off, not doing things right, it can affect the team,
4  so you have got to kind of -- but that's where you
5  have a good culture, the other teammates, the peer
6  pressure can help eliminate that, stop that if there
7  was -- if that was the case.
8    Q.   Right.
9      And so other players can step in and say,
10 hey, you know, that's not okay.
11    A.   Yes, like listen to coach, coach is right
12 what he is saying, you know, come on, so and so, you
13 are better than that type of thing.
14    Q.   All right.
15    A.   My whole thing, Lisa, I am real -- it is
16 very important that I stay -- for me personally, I try
17 to stay away from personal attacks so I keep it
18 professional, like I focus on the professionality of
19 the situation, stay away from anything personal, that
20 way I can always go back to the student athlete and
21 say, hey, there is nothing personal that I said, this
22 is all based on standards within our program, you
23 know.
24    Q.   It is all about playing basketball,
25 correct?

55

1    A.   Correct.
2    Q.   So you are trying to get them to perform
3  on the court and to motivate them and to hold them to
4  a high standard.
5    A.   That's correct.
6    Q.   And in doing that you want to make sure
7  that they are behaving correctly and that they are
8  treating their teammates and you with appropriate
9  respect.
10    A.   You are representing Georgia Tech and you
11 are wearing the name on the front of the jersey of
12 Georgia Tech.
13    Q.   Okay.
14      So in terms of holding players
15 accountable, having an intense environment, and trying
16 to get the best out of your players, do you believe
17 that or do you have any experience in observing that
18 female coaches are held to a different standard than
19 male coaches?
20    A.   I don't have any experience in that.
21    Q.   Do you have any reason to believe based
22 on your 20 years in coaching that female coaches will
23 be held to a different standard when it comes to their
24 demonstrations of intensity?
25    A.   I couldn't answer that.

56

1    Q.   But you -- so you established that not
2  all players will love every coach's style, right?
3    A.   That's correct.
4    Q.   Have you ever had any players come
5  through your programs where they were not enamored of
6  your style?
7    A.   I tell the guys ahead of time if you need
8  me to be -- to curse at you to get you motivated don't
9  come here, if I need to tell you to F off, if you need
10 me to do that then don't come to Georgia Tech, I am
11 not that type, you won't be able to play for me. If
12 you are not self-motivated it will be hard. If you
13 need somebody to be in your face cursing at you, I
14 tell them ahead of time, I wouldn't come play for me
15 because I am not that guy.
16    Q.   But that does motivate some players, some
17 players need that to get them to play their best,
18 right?
19    A.   If they need that I would be a bad coach
20 for them.
21    Q.   Right, clearly, clearly.
22      But some players do need that, that is
23 what lights some player's fire, right?
24    A.   It could be, yes.
25    Q.   Are you familiar with the former football

Transcript of Joshua Pastner
Conducted on May 24, 2021

57

1  coach Paul Johnson?
2      **A.   Yes.**
3      Q.   Are you familiar with his coaching style
4  or what his coaching style was?
5      **A.   I never really went to his practice other**
6  **than his office, it was a wishbone offense/triple**
7  **option, his style was more -- I don't know how he**
8  **coached the players.**
9      Q.   I don't know what that means.
10     **A.   I don't know how he dealt with the**
11 **players on an everyday basis.**
12     Q.   Okay.
13         Do you have any knowledge of his
14 reputation as a coach based on your time overlapping
15 with him?
16     **A.   His reputation as a coach was that he was**
17 **really good offensively.**
18     Q.   Okay.
19     **A.   Offensive coach.**
20     Q.   But did you ever hear anything positive
21 or negative about his interactions with players or how
22 he developed his team?
23     **A.   No, I didn't.**
24     Q.   Never heard anything negative about him,
25 nobody ever complained and said, wow, he is a real

58

1  jerk or anything like that?
2      **A.   Not that I am aware of.  Nothing was told**
3  **to me.**
4      Q.   Okay.
5          MS. BANKS:  Why don't we take a quick
6  five-minute break right now, does that work for you?
7          MS. POOLE:  Works for me.
8          MS. BANKS:  And then we will come back,
9  why don't we say, a little before 11:00.
10         MS. REPORTER:  We are off the record at
11 10:49 Eastern.
12         (Recess taken.)
13         MS. REPORTER:  We are back on at 10:57
14 Eastern.
15 BY MS. BANKS:
16     Q.   Coach Pastner, I want to talk a little
17 bit about resources and the resources that it takes to
18 run a successful Division I basketball program, which
19 are considerable, correct?
20     **A.   That's correct.**
21     Q.   So let's run through some of those
22 things.
23         Obviously you have physical facilities
24 associated with your program, locker rooms, office
25 space, things like that, correct?

59

1      **A.   That's correct.**
2      Q.   In your mind what are the facilities that
3  the basketball program requires, we have a locker
4  room, office space, we talked about that, what else is
5  there that encompasses your facilities?
6      **A.   Weight room, film room, practice court,**
7  **game court, training room.**
8      Q.   So what purpose do these facilities
9  serve?
10     **A.   Well, twofold:  One is for the current**
11 **student athletes; and then the second part would be**
12 **for recruiting for when future prospective student**
13 **athletes come in to view the facilities.**
14     Q.   So for the current students this is a
15 place to practice, to play, to rest, recuperate,
16 things like that?
17     **A.   Yes, ma'am.**
18     Q.   And then the recruiting you want to show
19 Georgia Tech off to its advantage and entice people to
20 come to Georgia Tech?
21     **A.   That's correct.**
22     Q.   And that's important for you because if
23 you are able to recruit better players you have a
24 better team in theory anyway?
25     **A.   Correct.**

60

1      Q.   And if you have a better team you are
2  going to do better as a coach, in other words, you are
3  going to have more extensions to your contract and
4  earn more money, et cetera, right?
5      **A.   Correct.**
6      Q.   So when was the last time the men's
7  basketball locker room and other facilities were
8  upgraded?
9      **A.   Well, I can't remember the exact**
10 **timeline, but I think when I got the first got the job**
11 **here we did some -- the locker room was outdated, we**
12 **had some change with some painting and pictures and**
13 **you put your own wording stuff that is important to**
14 **the program, stuff like that, but --**
15     Q.   Okay.
16     **A.   Yes.**
17     Q.   So in terms of a major renovation when
18 was the last time that happened?
19     **A.   A major renovation would have been before**
20 **I was here.**
21     Q.   Okay.
22         There was a discussion shortly after you
23 arrived about updating the locker rooms for both men's
24 basketball and women's basketball, correct?
25     **A.   That's correct.**

Transcript of Joshua Pastner
Conducted on May 24, 2021

61

1    Q.   We will talk about that a little bit
2  later, but that didn't happen at least as to men's
3  basketball?
4    A.   That's correct.
5    Q.   So when you arrived in sort of during
6  that 2016 to the present, I guess, you said that the
7  locker room was outdated.  Did you have like -- did
8  you have a gaming room?
9    A.   Connected to our locker room was like a
10 nutrition room-type thing that we had like a pool
11 table in there and eventually --
12   Q.   TVs?
13   A.   Eventually we put a TV like with one of
14 those Play Station type things in there for the guys
15 to play.
16   Q.   A TV, you had a gaming system?
17   A.   A gaming system, correct.
18        Again, we had a pool table, no one played
19 pool, that was just a wasted -- eventually moved that
20 out and put a Ping-Pong table, no one used that.
21   Q.   Pool table, Ping-Pong table.
22        Did you have like arm chairs, leather arm
23 chairs in there?
24   A.   We had two.  I think we had two chairs,
25 it was two chairs.

62

1    Q.   Okay, okay.
2    A.   I don't know if they even worked for the
3  recliner part.
4    Q.   Okay.
5        You said you had a nutrition space, what
6  was that?
7    A.   That was like we had --
8    Q.   You still have these things, right?
9    A.   Yes, this is what we still have.  So it's
10 like a bar, you know, and a fruit -- a refrigerator
11 that we put some things in there.
12   Q.   Food, drinks?
13   A.   Mostly just drinks and stuff.  And then
14 we have like snacks, just little like snack things
15 like bars and stuff like that.
16   Q.   Is this sort of like the kitchen area?
17   A.   Like a kitchen area, yes, correct.
18   Q.   Was there -- other than this gaming room
19 was there any sort of lounge area where the players
20 could relax?
21   A.   The lounge area was --
22   Q.   Is?
23   A.   Is, yes.  And I mean, I don't -- if you
24 got outside of our locker room there is like an area
25 there that none of our players use it, you know, they

63

1  don't use it, it is just again a wasted space, it is
2  really more for after games people go there, sort of
3  like we have a bunch of jerseys of former pro players
4  or people in the NBA or been in the NBA, there is a
5  big TV there.
6        It really was more used before COVID we
7  put food along there, guys would come eat to get the
8  food, that's what it was really used for.
9    Q.   Okay.
10        Do you have a recovery space with
11 recovery chairs where players go to?
12   A.   We put that in and it was never -- we
13 never used it.  There was a space that we had that was
14 just, again, a wasted space that was just hanging
15 there and I -- we said, hey, can we put this in there
16 as a recovery room.  Unfortunately we don't even
17 really use that, that is even outdated.
18   Q.   Okay.
19        You have laundry facilities, I assume you
20 use those?
21   A.   I think our laundry room is awful.  And
22 we -- I don't even know -- I think -- I am almost
23 positive everyday they wash and dry the clothes or for
24 the practice stuff at the facility at the Edge
25 building or the AA, we have somebody -- we put

64

1  everything in this bin and they bring it, a truck
2  comes and gets it, goes to the AA and they bring it
3  back the next day.
4        There have been many times we haven't --
5  guys don't even have the jerseys ready because they
6  don't -- hasn't been washed yet.
7    Q.   Do you -- I mean, you have a number of
8  washing machines and dryers in your laundry
9  facilities, don't you?
10   A.   Not that I recall.  I don't know if there
11 is a number.  I don't know if there is one, there
12 might be one, I don't know if there is even.  We don't
13 do our laundry for our practice stuff, they come --
14 like I said, we put it in a bin and we send it over
15 back to the Edge building.
16   Q.   So you don't know one way or the other
17 whether you have washers and dryers in your locker
18 room facilities?
19   A.   I don't.
20   Q.   Do you know whether the players have
21 individual laundry lockers in there?
22   A.   Yes.  They put their stuff, they are
23 supposed to put it through there but it is so outdated
24 we don't even do that, we use a bin in the middle of
25 the locker room, they call it the loot, the loots,

Transcript of Joshua Pastner
Conducted on May 24, 2021

65

1    they put it in their loots and they stick it in the
2    bin.
3        Q.   What about the --
4        A.   It is an awful setup concerning the level
5    we are in the ACC, it is way behind the times.
6        Q.   What about the lockers themselves, do
7    they have one locker apiece, do they have more than
8    one locker how does that work?
9        A.   Well, they have their own locker, and I
10   don't know -- I don't even know, but like they have
11   their own personal locker, each player.
12       Q.   Do you have a dedicated family/recruiting
13   space?
14       A.   That was the lounge area that I was
15   talking about where you put food and stuff like that.
16       Q.   Those are the same space?
17       A.   Yes.
18       Q.   So you mentioned that this was all
19   outdated in your view.
20            Did you ever have occasion to be in the
21   women's locker room?
22       A.   Not that I recall.
23       Q.   So you've never seen the women's locker
24   room to compare it to your own?
25       A.   No, other than -- not the new one or the

66

1    old one.  I know --
2        Q.   I know there is now, but prior to any
3    upgrades.
4        A.   I don't remember their old one.  I might
5    have been in there, but I just don't remember it, like
6    just not aware of it.
7        Q.   So did you ever advocate to have your
8    locker room upgraded?
9        A.   We were -- Coach Jones and I were going
10   to have our locker rooms together updated to get the
11   money but -- I had told Jim Hall, just focus on --
12   have Coach Joseph get theirs done first because I know
13   that has been a long project for Coach Joseph wanted
14   it done, I wanted to make sure -- I don't want ours to
15   hold up, meaning more money or ours, whatever was --
16   because I think they already had the money to do the
17   women's, so I think we were waiting on us, I didn't
18   want us to hold Coach Joseph's program up at all.
19       Q.   And you understood that that had been an
20   issue for a while, that the women's program really
21   wanted and needed their locker room to be upgraded?
22            MS. POOLE:  I am going to object to the
23   form of the question.
24            Coach Pastner, you can answer if you can.
25            THE WITNESS:  Yeah, it wasn't on my

67

1    radar, but I know that Coach Joseph wanted a new
2    locker room.
3    BY MS. BANKS:
4        Q.   Did you have any sense or knowledge about
5    whether the women's locker room and facilities were
6    inferior or superior to yours?
7        A.   I had no -- like I said, I have no -- it
8    wasn't on my radar at all.
9        Q.   So when you said to Georgia Tech
10   officials, hey, deal with women's first, if we can't
11   get them both done do women's first, was that because
12   the women had raised the money or was that because you
13   knew that they needed an upgrade more?
14       A.   I think two parts, one is they had raised
15   the money; and, two, I never -- I didn't care for a
16   new locker room, I didn't even want one, it didn't
17   bother me at all, I just felt this is what it is, this
18   is what we have got to deal with.
19       Q.   Okay.  Well, was there something -- I
20   mean, you said it was dated, like there was a lot of
21   areas of that facility that you didn't actually even
22   use.
23            Was there something that you would have
24   wanted that you didn't have as part of your
25   facilities?

68

1        A.   Of the locker room part?
2        Q.   Yes.
3        A.   Yes, our training room was not good at
4    all.
5        Q.   But you had a training room?
6        A.   We had a training room.
7        Q.   Okay.
8            And was that separate from the women?
9        A.   Yes, the women --
10       Q.   Did they have their own training room?
11       A.   I don't know if they did, but the women
12   did not use our training room.  That was just for
13   men's basketball.
14       Q.   I understand you wanted things to be
15   upgraded that they hadn't been upgraded, but in terms
16   of what you had available to you was there anything
17   you were missing?
18       A.   I mean, it was just that it is just an
19   old locker room, it is not updated, it is, you know,
20   the space for -- the space probably doesn't do itself
21   justice, you know, there was a lot of walls, cut
22   things off, a lot of wasted space there personally.
23       Q.   Do you feel like that negatively impacted
24   your recruiting?
25       A.   I avoided bringing recruits to our locker

69

1  room, but I still do.
2      Q.   Right, because it is not a selling point,
3  correct?
4      A.   It is not a selling point of Georgia
5  Tech.
6      Q.   Right.
7           And so that could negatively impact your
8  ability to recruit the best players?
9      A.   I just know a kid -- I tell them -- if
10 the kid is going -- who they are recruiting against
11 the school they are going to is going to have a better
12 bells and whistles in the locker room than men's
13 basketball.
14     Q.   Right.
15          So that is a deficit for you and a
16 problem in your recruiting efforts, correct?
17     A.   Not a problem or deficit, we just don't
18 -- this is what it is, and let's avoid this area.
19     Q.   So recruits don't care about the locker
20 room?
21     A.   Well, I kind of believe in how you
22 recruit them is how you are going to coach them, if
23 the kid is all in the locker room then he probably is
24 not a good fit at least for me, but I also am aware
25 that we are not going to beat the competition based on

70

1  our bells and whistles of our locker room, that I
2  know.
3      Q.   So it's possible that you could lose
4  certain recruits who feel like they would rather go
5  somewhere with a topnotch -- topnotch facilities?
6      A.   If they want to go to somewhere because
7  of a better locker room I wouldn't be a good fit for
8  them anyway.
9      Q.   So in that way it does impact your
10 recruiting?
11     A.   I mean, I prefer the guys that don't want
12 -- not all the bells and whistles, but I understand
13 they are 18-year old young men who you are dealing
14 with young people that those things can be cool. I
15 don't think it's that big of a deal, but I understand
16 that's part of the process of the young person.
17     Q.   So the people that think those are cool,
18 those bells and whistles, you may lose that person to
19 a school with fancier facilities?
20     A.   Correct. We are not winning the bells
21 and whistles contest.
22          Our best bell and whistle is our home
23 court, McCamish, that is the best bells and whistles
24 for our facility.
25     Q.   You agree some recruits look to the

71

1  locker room as something that is important to them?
2      A.   Absolutely.
3      Q.   Did you understand when Coach Joseph was
4  there the same time as you she was advocating for
5  better resources for her team including the locker
6  room?
7      A.   I don't know all that, I just knew that
8  we were in talks together about a locker room project.
9      Q.   Okay.
10          Did you have any knowledge about whether
11 she was raising those issues to Todd Stansbury or any
12 other administration officials?
13     A.   I don't know. I didn't get involved in
14 that.
15     Q.   But were you aware that she was doing it,
16 that's all?
17     A.   Was I aware? Not that I recall.
18          I mean, we talked about the locker room,
19 her and I talked a lot, Coach Joseph and I talked a
20 lot about the locker room situation to try to go in
21 together to try to make that work.
22     Q.   Did you ever speak to Todd Stansbury or
23 Bud Peterson or any other Georgia Tech official about
24 Coach Joseph's desire or need to upgrade the locker
25 room or to have other resources?

72

1      A.   Not that I recall.
2      Q.   Did you ever have occasion to talk with
3  any of those individuals about Coach Joseph and her
4  advocating for her team for better resources across
5  the board, not just the locker room?
6      A.   No, not that I -- no.
7      Q.   Nobody ever talked to you about Coach
8  Joseph and her requests?
9      A.   Other than the locker room was the
10 majority of the discussion about having the locker
11 room project if there was any discussion about
12 facilities.
13     Q.   So no one came to you and said anything
14 like, Coach Joseph's a pain in my behind, you know,
15 she's really pushing for this or indicated any sort of
16 negative feelings about her efforts in that regard?
17     A.   Not that I recall.
18          MS. POOLE: I am going to object to that
19 question as vague, but you can answer it, Josh.
20          THE WITNESS: Not that I recall.
21 BY MS. BANKS:
22     Q.   So where do the funds come from to
23 upgrade the locker rooms and any other facilities, do
24 you know?
25     A.   Well, from my understanding you have got

Transcript of Joshua Pastner
Conducted on May 24, 2021

73

1  to go out and raise them, it is not coming from the GF
2  athletic budget, a lot of it is coming from the
3  fundraising account, and so, yes, that's why we
4  haven't really had any upgrades.
5          Any of men's basketball upgrades have
6  been more painting or a graphic, you know, changing
7  out pictures, stuff like that, it's just more of an
8  appearance thing, not a real, real makeover.
9      Q.  Those are just cosmetic changes?
10     A.  Cosmetic, and we have got to pay for it
11 out of fundraising for the most part.
12     Q.  So even those cosmetic changes are paid
13 for through fundraising?
14     A.  For the majority unless there was
15 something of a facility that would benefit both
16 programs then we can maybe do it out of facility
17 budget, but usually if it is just our sport only and
18 didn't benefit anyone else we usually have to take it
19 out of our fundraising.
20     Q.  What is your role for fundraising with
21 the men's basketball program?
22     A.  Whatever they ask me to do.
23     Q.  So you say that part of the reason things
24 haven't been upgraded is because the fundraising
25 hasn't happened.  Is that on you or is there somebody

74

1  else involved that is supposed to spearhead that?
2      A.  Well, no, I just don't -- not that it
3  hasn't happened, I mean, I haven't requested any
4  things other than I've asked for thinking that this is
5  what I need year in year out and this is what our
6  target goal is for the cosmetics stuff, for the little
7  things that I feel is important more so than a big
8  project.
9          I haven't been a big deal in a big
10 project, I would prefer not to have anything of a big
11 project, to be honest with you, it just adds more
12 pressure and more things and more money, I always tell
13 people put the money somewhere else.
14     Q.  Well, you and Coach Joseph were
15 advocating in 2016 or working together in 2016 to
16 upgrade both men's and women's, correct?
17     A.  I think we had talked about it not only
18 in '16, but '17, and maybe -- and beyond because we
19 wanted to deal with Coach Joseph with that, I know it
20 was important to her, and if that helped the project
21 get done I was all for it, but it wasn't something
22 that I was, you know yearning night in and day out
23 for.
24         But I thought they could have gotten a
25 better deal if they did everything at once, do both

75

1  projects at once.
2      Q.  Better deal from who?
3      A.  Financially, I think they could have had
4  -- if they did both projects they could have done a
5  better deal financially.
6      Q.  Were you asked to fundraise to support
7  those potential upgrades?
8      A.  I didn't raise a dollar or it, we didn't
9  have any money for it, that is why Coach Joseph had
10 the money, I was like just do the locker room for her,
11 don't wait -- don't hold her locker room renovation up
12 for men's basketball.  I knew me, I wasn't going to go
13 raise that type of money, I was going to be fair to
14 Coach Joseph on that.
15     Q.  As of 2016 she had raised that money,
16 correct?
17     A.  I don't know, that I don't know.
18     Q.  Okay.
19     A.  But I know at some point she had -- I
20 think she had raised the amount that was needed, I
21 don't know if it was '16, '17, or '18, I don't know
22 when it was.
23     Q.  And you had indicated, you know, I don't
24 have the money, I am probably not going to get the
25 money, go ahead with the women's.  Do you have any

76

1  knowledge as to why that didn't happen until just this
2  past year?
3      A.  I don't know.
4      Q.  There were no follow-up conversations
5  about, well, we are not going to move forward with
6  women's basketball for whatever reason?
7      A.  Nothing was told to me about women's
8  basketball in the locker room.
9      Q.  Did it strike you as odd that nothing
10 happened for years even though in 2016 they had
11 started looking at it and hired an architect?
12     A.  I didn't even -- I wasn't paying any
13 attention to it in the sense it would strike me odd or
14 not odd.
15     Q.  The men's basketball program also has
16 office space for its coaches, correct?
17     A.  In the Edge building or the AA building,
18 correct.
19     Q.  Right.
20         And the Edge building, what building is
21 that?
22     A.  That's where we house all the coaches and
23 the athletic administration at.
24     Q.  Approximately how big is the men's
25 basketball coach's office space?

Transcript of Joshua Pastner
Conducted on May 24, 2021

77

1    A.   Well, ours is you come out of the
2  elevator, the left side to go to the third floor, that
3  is where ours is at.  I don't know the exact
4  measurements.
5    Q.   Is it approximately one wing of that Edge
6  building?
7    A.   On the -- yes, there is academics on the
8  third floor, there is men's basketball offices on the
9  third floor.
10   Q.   And do you have a conference room there?
11   A.   We do.
12   Q.   And it has conference room technology?
13   A.   I mean, if you consider we are Georgia
14 Institute of Technology we have a cord that goes
15 through the TV into the conference room table, if you
16 can consider that technology, it drove me nuts, too,
17 but we don't even have Wi-Fi in there half the time.
18   Q.   And each coach has his own office?
19   A.   The head coach, three assistants, yes,
20 each coach has their own office.
21   Q.   And have any upgrades happened to that
22 space since you have arrived?
23   A.   Cosmetic things of painting and changing
24 up wordings and pictures, you know, all those type of
25 things, we have got some new chairs, things like that.

78

1    Q.   And how were those upgrades paid for?
2    A.   I think some probably fundraising and
3  some was within GTA budget, but I wouldn't -- that
4  would be more of a Marvin Lewis call on that one.
5    Q.   Were you asked to fundraise in order to
6  make those cosmetic changes?
7    A.   No, because we haven't -- we have a --
8  right now have a budget within our fundraising so I
9  can take it out of that budget.
10   Q.   Do you anybody on your staff that's
11 dedicated to fundraising?
12   A.   Me, I am -- I am the direct point of
13 contact on that.
14   Q.   But there is nobody else that is involved
15 in fundraising or in charge of fundraising?
16   A.   That's correct.
17   Q.   We talked about the Edge building.
18 Zelnak is your practice facility, am I saying that
19 right?
20   A.   Yes, ma'am.
21   Q.   Who practices there.
22   A.   Both the men's and women's team.
23   Q.   And the men's team accesses the practice
24 facility Zelnak through its locker room, is that
25 right?

79

1    A.   Yeah, or you can go into the front doors,
2  you can go through the front doors of Zelnak to get
3  there as well, but you had to go through the front
4  doors to get to the locker room and/or practice
5  facility.
6    Q.   Your players can access it through their
7  locker room?
8    A.   They got to walk towards the -- to the
9  gym.
10   Q.   And the women have to go outside, right,
11 to access the Zelnak practice facility?
12   A.   From their old locker room, on the old
13 locker room I think they had to go outside or they had
14 to walk through our like little walkway.
15   Q.   Right.
16        that was before it got renovated,
17 correct?
18   A.   That's correct.
19   Q.   So that was sort of an odd setup.  What
20 did you think of that when you first arrived that the
21 women had to either go through part of your locker
22 room or go outside to access the practice facility?
23   A.   I had no issue with it, but I did thought
24 it was strange that the women's basketball team had to
25 go through our locker room area to go to the -- when I

80

1  first got there a lot of times they were going in and
2  out through our stuff of our area to go to their
3  locker room; more so when it was raining, weather
4  wasn't good, that way they didn't have to go outside.
5    Q.   Right.
6        It is not obviously ideal for the women
7  to have to do that to access the practice facility?
8    A.   Right.
9        That was prior to me getting here, that
10 was prior.  The engineering part of the whole design,
11 they didn't do a great job in many areas of designing
12 the whole structure of it.
13   Q.   Right.  And what is the Callaway Club?
14   A.   That's a place for McCamish where we play
15 our games, sort of like a booster club function people
16 can go in there to watch games food and drinks and
17 stuff like that.
18   Q.   Is it a suite or --
19   A.   No.  It would be considered like a large
20 suite, but just lots of tables, lots of room, you can
21 house a gathering there.
22   Q.   Was it kind of like a lounge?
23   A.   A big lounge, a large lounge, very, very
24 large lounge-type.
25        And that's like for VIPs or you buy a

Transcript of Joshua Pastner
Conducted on May 24, 2021

81

1  ticket and you can access that and there is food and
2  drink?
3      **A.    Letter winners, boosters, you could do,**
4  **you know, men's and women's if you wanted to have a**
5  **function you could do it there at the Callaway Club,**
6  **stuff like that.**
7      Q.    So that's just an amenity to attract fans
8  and other folks?
9      **A.    Yes.**
10     Q.    And did that generate revenue, having
11 that available?
12     **A.    I wouldn't know on that, I would assume**
13 **it would. That would be more of a Marvin Lewis**
14 **question.**
15     Q.    Sure.
16         But you understood it to be sort of an
17 amenity you could offer to your fans that was nice, it
18 was nice?
19     **A.    Correct, it was -- yes, an extra -- it**
20 **was a benefit of being a certain level ticket holder**
21 **whatever it may be.**
22     Q.    Okay.
23         I know you were -- you feel like your
24 facilities needed upgrade, certainly the women's did
25 at that time, and you actually advocated for the women

82

1  by saying do them first.
2         In your opinion is there any reason that
3  women's basketball should not have similar facilities
4  to the men's in terms of quality?
5         MS. POOLE:  I object to the question to
6  the extent it misstates Coach Pastner's testimony and
7  earlier evidence.
8         Coach Pastner, you can answer if you can.
9         THE WITNESS:  Yeah, I don't know how to
10 answer that because we share pretty much all the
11 facility, weight room, film room, practice and game
12 court. The only thing that would be different would
13 be where we have our locker rooms.
14 BY MS. BANKS:
15     Q.    The locker rooms and the other rooms
16 associated with the locker room that we talked about,
17 the gaming room, the kitchen, the lounge.
18     **A.    I consider that all part of our locker**
19 **room.**
20     Q.    My question is in your opinion is there
21 any reason that women's basketball should not have the
22 same level of quality and amenities that the men do?
23     **A.    I mean, really, that's more up to Todd**
24 **Stansbury and the bosses to determine that.**
25     Q.    I am asking about your opinion, do you

83

1  think the women should have the same level of
2  resources that the men do in terms of their locker
3  room facilities?
4         MS. POOLE:  I am going to object to the
5  question because -- it sounds like you are trying to
6  ask the same question, but you changed the wording.
7         THE WITNESS:  I would leave that up to --
8  I want Coach Joseph when she was here and Coach
9  Fortner now I want them to be successful and do well
10 now, I root for them to win, when Coach Joseph was
11 here and won I was happy for them and wanted them to
12 win.
13         Regarding facilities and all that I
14 stayed out of that, I just kept focusing on --
15 BY MS. BANKS:
16     Q.    I am not asking you specifically about
17 anything, I'm just asking you about your opinion on
18 the equities and whether men and women should have
19 similar resources in terms of locker rooms in your
20 opinion.
21     **A.    Well, I don't know their locker room,**
22 **what it was.**
23     Q.    I am just asking your opinion.
24         Should men and women have similar
25 resources in terms of locker rooms?

84

1      **A.    I think for all sports, men or women, you**
2  **want the necessary opportunities to be successful, but**
3  **I also understand there is funding involved in that,**
4  **too, you know, it is -- there is moneys involved.**
5      Q.    And if the money is equivalent or the
6  money is available people should get similar
7  resources, similar facilities?
8      **A.    That's really more of a budget question,**
9  **you know --**
10     Q.    So you are not willing to say that there
11 should be equity between men and women in these
12 resources?
13     **A.    No, no, I am -- I've got three daughters,**
14 **I want my daughters to have opportunities as much as**
15 **anybody, I just -- regarding facilities I want to make**
16 **sure that whatever facilities are -- for anyone to**
17 **look at the facilities and say you don't have this,**
18 **you don't have that, I bet if someone from the random**
19 **just came from the outside and went into both of our**
20 **facilities that I know our facility is outdated they**
21 **would probably say, man, you got everything, this is**
22 **so cool, and they might do the same thing in women's,**
23 **before their new locker room.**
24         I think that -- I don't know what is best
25 with budget-wise, but I want equity for everybody, I

Transcript of Joshua Pastner
Conducted on May 24, 2021

85

1  think that's important, men, women, it doesn't matter,
2  anything, I think equity is important.
3       Q.   So you would agree then that as a matter
4  of equity men's and women should have similar locker
5  room facilities as long as the resources are
6  available?
7       A.   I can't -- we do have the same facilities
8  in everything, but the locker rooms, I don't know
9  their locker room, their layout.
10      Q.   Again, I mean, you are trying not to
11 answer this question, I see that, but it's not a hard
12 one, it's just your opinion, should men and women have
13 the same in terms of a locker room in terms of what
14 they have available to them, game rooms and laundry
15 facilities and things like that, it's really just your
16 opinion, it has nothing to do with funding or
17 specifics of what exists or doesn't exist now.
18      A.   Yes, I just think that women's -- there
19 might be different things where a need for a female
20 student athlete might be different than a male student
21 athlete in terms of just, you know, things, that's
22 why.
23      Q.   Well, generally speaking, yes.
24      A.   Yes.
25      Q.   How many assistant coaches do you have?

86

1       A.   Three.
2       Q.   And what other staff do you have that's
3  associated with the men's basketball program?
4       A.   Currently?
5       Q.   Yes.
6       A.   I have got a director of operations and a
7  player development-type coach you could call it and a
8  GA and a video coordinator.
9       Q.   And has that always been the case in
10 terms of your staff, have you ever had more or less
11 since you arrived at Georgia Tech?
12      A.   Somewhere in that range, but I've been
13 given a budget and it's on me to meet the budget.
14      Q.   We will talk about the budget in a little
15 bit.
16           So from that budget you decide who you
17 need and who you want to hire?
18      A.   That's correct.
19      Q.   So you determine what staff assistant
20 coaches you need to best serve your program to make it
21 as successful as possible?
22      A.   Yes.
23      Q.   And assistant coaches, would you say
24 assistant coaches are important to the success of your
25 program?

87

1       A.   Yes.
2       Q.   So it's important for you to find the
3  best assistant coaches you can within your budget?
4       A.   Yes.
5       Q.   Having skilled assistant coaches, does
6  that help you at all with recruiting?
7       A.   Yes.
8       Q.   How does it help with recruiting?
9       A.   Well, it could be they might know -- they
10 just -- it could have different contacts in the game,
11 things like that, coaches throughout the course of the
12 -- the grass roots world in a sense.
13      Q.   So are assistant coaches known through
14 the community like, you know, if a recruit comes to
15 Georgia Tech and they know you have these three
16 assistant coaches would those people be known to a
17 recruit or how would they know that they had good
18 assistant coaches?
19      A.   You know, a lot of times the recruiting
20 is all about relationships.
21      Q.   And so how does that apply to the
22 assistant coaches?
23      A.   Well, based on their relationships with
24 different people that might have influence over
25 prospective student athletes.

88

1       Q.   So assistant coaches would have better
2  relationships in the basketball world would help
3  establish those relationships?
4       A.   Possibly, depending on what you are
5  trying -- depending on what your goal is in hiring.
6       Q.   Those salaries for your assistant coaches
7  will come out of your budget, correct?
8       A.   That's correct.
9       Q.   And you are allocated money each year
10 specifically for assistant coach and staff salaries,
11 is that right?
12      A.   That's correct.
13      Q.   And does that amount change year to year?
14      A.   Could be, you know, depending on, you
15 know, if there is movement, sometimes somebody gets
16 offered a job elsewhere and they want to try to keep
17 them, try to give them a little extra money, but those
18 moneys come from somewhere.
19      Q.   Right.
20           But each year you are allocated a certain
21 amount for the coaching staff salaries, right, in your
22 budget, is it earmarked for salaries?
23      A.   Marvin Lewis deals with that, but I am
24 told here is the number, I have got to keep it within
25 that number.

Transcript of Joshua Pastner
Conducted on May 24, 2021

89

1    Q.   Okay.
2         And does that number that you are told to
3  keep it in does that change year to year, does it
4  increase a little or lot each year?
5    **A.   It just depends.  I mean, it just kind of**
6  **depends on the situation, like just really depends.**
7  **If you do have a little increase you are probably**
8  **taking that money from elsewhere, from somewhere else**
9  **within your budget.**
10   Q.   Have you ever had the amount allocated to
11 your hiring decrease from one year to a next?
12   **A.   Probably during COVID, prior to COVID --**
13 **or going into COVID.**
14   Q.   So in 2020 or 2019?
15   **A.   When we had the COVID year, we had to cut**
16 **our budgets.**
17   Q.   So was that 2020?
18   **A.   Yes, '19/'20 -- yes, '20/'21-year.**
19   Q.   In terms of that amount that you are
20 given and said, you know, here, use this, who decides
21 how much that is, is that Marvin?
22   **A.   Yes, I deal with Marvin Lewis on that.**
23   Q.   And do you know how it is decided how
24 Marvin decides that?
25   **A.   I do not.**

90

1    Q.   Do you work with Marvin on coming up with
2  that number?
3    **A.   He gives me the number.**
4    Q.   Do you ever have any back and forth
5  conversation with him about why this number and not
6  another number?
7    **A.   I really try to stay way underneath**
8  **budget.  I always get an A on my evaluations on the**
9  **way I handle our budget.**
10   Q.   In your view what you get has been
11 sufficient for your needs?
12   **A.   Absolutely.**
13   Q.   And if you have -- have you had occasion
14 where you've had additional needs or have had to make
15 an additional ask of Marvin or Todd Stansbury related
16 to funding for anything?
17   **A.   I really -- if I do I am usually paying**
18 **out of fundraising, out of my own fundraising account,**
19 **but I don't like asking.**
20   Q.   You never had occasion to go to Todd or
21 Marvin to say I need more for this, that, or the other
22 thing?
23   **A.   Very rarely, very rarely, I try to be**
24 **zero to low maintenance with asking for things.**
25        MS. BANKS:  Caleb, can we pull up

91

1  PLAINTIFF009731 to 9735?
2        (Document marked Pastner Exhibit 5 for
3        identification.)
4  BY MS. BANKS:
5    Q.   Okay, Coach Pastner, if you could just
6  take a moment and scroll through this, Caleb, if you
7  can give him control.  This is an article from the
8  Atlanta Journal Constitution.
9    **A.   May 17, 2016, right?**
10   Q.   Yes.
11   **A.   Okay.**
12   Q.   Do you recall this article?
13   **A.   I don't recall the article, but it**
14 **obviously was written.**
15   Q.   So this was about a bump in salaries for
16 your assistant coaches, correct?
17   **A.   That's correct.**
18   Q.   And do you recall whether or not you
19 advocated for this pay bump at this time which would
20 have been shortly after you began your job?
21   **A.   This was what was given to me when I got**
22 **hired.**
23   Q.   So this was a decision that was made on
24 behalf of your program?
25   **A.   The salary pool was given to me when I**

92

1  **said -- said this is what you have the pool to work**
2  **with the staff, which when you get hired any time**
3  **there is a firing or new coach being hired there is**
4  **always going to be additional resources for the new**
5  **coach coming in.**
6    Q.   If you look, it's kind of hard, towards
7  the beginning, maybe -- right there, there is a quote
8  by you, do you see that there?
9    **A.   Yes.**
10   Q.   Do you recall that quote, is that
11 accurate?
12   **A.   I mean, I don't recall this article, but**
13 **if I said it then that's what he's quoted me as.**
14   Q.   So you agree with this, we talked about
15 this earlier, do you agree with this, if you are going
16 to hire good assistant coaches you are going to have
17 to have a good staff pool, salary pool?
18   **A.   Yes.  I mean, any case you are going to**
19 **have to have a good pool of resources.**
20   Q.   Right.
21        And that's going to be important to make
22 your program successful?
23   **A.   Yes, ma'am.**
24        MS. BANKS:  Caleb, you can take that
25 down.

93

1  BY MS. BANKS:
2      Q.   We talked earlier about fundraising in
3  terms of salaries and your salary pool. Did you ever
4  have to do any fundraising to augment your salary
5  pool?
6      **A.   We've had like these one-time signing**
7  **bonuses or these signing bonuses and stuff like that**
8  **I've had to use through fundraising.**
9      Q.   But just for the actual salaries
10 themselves, have you ever had to do any fundraising to
11 afford one of your coaches or staff members?
12     **A.   No.**
13     Q.   In terms of your quote that we looked at
14 before, I don't know if you recall, you credited Mike
15 Bobinski, the former athletic director, for doing the
16 right thing, is that correct?
17     **A.   I mean, I think that's normal.**
18         **When I went from Memphis to Georgia Tech**
19 **the new coach came in, made way more money than I did**
20 **and their assistants paid more money, and he never**
21 **went to an NCAA tournament, his time in Memphis. That**
22 **is just the business, when a coach leaves, new coach**
23 **comes in, you are going to get additional resources,**
24 **that is just the normality of it all.**
25     Q.   And Georgia Tech wasn't resistant to

94

1  that, they were committed, like you were, to bringing
2  in the best assistant coaches you could and to having
3  the best staff to give you the best opportunity to be
4  successful, is that right?
5      **A.   There is no better time to ask for**
6  **something than when you get a new job.**
7      Q.   The honeymoon period, right?
8      **A.   Yep. Any time after that you don't have**
9  **as much opportunity to ask.**
10     Q.   But you would agree that Georgia Tech was
11 as committed to you -- as committed as you were to
12 bringing in the best to make the program successful?
13     **A.   They wanted to get back to the NCAA**
14 **tournament, that was a directive by them.**
15     Q.   Have you managed to do that?
16     **A.   Yes.**
17     Q.   How recently was that?
18     **A.   They told me when I got hired I need to**
19 **do it within five years and we did it in five years.**
20     Q.   Okay.
21         Do you feel like Georgia Tech has
22 continued to remain committed to you and to your
23 program to allow you to do the best you can do to get
24 to the tournaments and to have winning records?
25     **A.   Yes. I don't ask for too much.**

95

1      Q.   But -- and they provide you with what you
2  need?
3      **A.   Yes. Yes, ma'am.**
4      Q.   Earlier we talked a little bit about
5  travel and first class and things like that.
6         Does your team travel to games and
7  tournaments?
8      **A.   We do. We fly charter.**
9      Q.   Do you travel for any other reason other
10 than for games or tournaments?
11     **A.   No.**
12     Q.   And so you take planes. Do you ever take
13 trains?
14     **A.   Just buses and planes.**
15     Q.   Buses and planes, okay.
16         And you always have chartered planes?
17     **A.   For the most part, yes. I don't know --**
18 **we might have had a trip or two we did commercial or**
19 **we bused.**
20     Q.   Okay.
21         And the cost of the chartered plane, does
22 that come out of your budget as well?
23     **A.   That comes out of our travel budget.**
24     Q.   When you fly commercial does the team
25 travel in coach or first class or business class?

96

1      **A.   When we fly commercial?**
2      Q.   Yes. You said a couple times we've flown
3  commercial.
4      **A.   Yes, like when we went to China, we**
5  **played in China, and the tournament in China actually**
6  **flew us over and they bought -- they paid for it all**
7  **in first class, so if we were going to fly first class**
8  **the tournament would have to pay for that. So if we**
9  **flew to Diamond Head for Hawaii we flew down and back,**
10 **we tried to get the tickets way in advance in a group**
11 **ticket for the taller guys to try to get them up if**
12 **there was a first class opportunity for the tall guys,**
13 **but the majority of us were in the back.**
14     Q.   And the buses are the typical charter
15 buses?
16     **A.   Typical charter buses, yes.**
17     Q.   And on the chartered planes, I've never
18 actually taken one, is that basically like a private
19 plane?
20     **A.   It is like a 35- to 50-seater and just**
21 **all the seats are the same.**
22     Q.   But that your team is the only group on
23 the plane, correct?
24     **A.   The travel party.**
25     Q.   The charter planes, you know, you travel

Transcript of Joshua Pastner
Conducted on May 24, 2021

97

1  by charter because it's obviously a more comfortable
2  situation for yourself and the players in terms of
3  flying as opposed to a commercial flight with other
4  folks?
5      **A.  Well, the way the schedule is set for the**
6  **ACC, you know, to be able to get back and forth due to**
7  **academics in the way that the games are set because of**
8  **TV, so to be able to get back in times because most**
9  **games are in the evening.**
10     Q.  It's better for you to fly charter
11 because it gives you more flexibility to be where you
12 need to be when you need to be there?
13     **A.  More about the returns, the return is**
14 **what is the benefit of chartering more than the**
15 **outbound.**
16     Q.  Right.
17         Is it more comfortable to be on a charter
18 flight than a commercial coach seat?
19     **A.  Not really.  I think it's the same.  I**
20 **mean, it might even be worse being a charter, you are**
21 **just --**
22     Q.  Why?
23     **A.  Just because there is no service, I mean,**
24 **you just sit and that's about it, you are just trying**
25 **to take off and get to where you are trying to get to.**

98

1      Q.  Are the seats bigger than you find on a
2  coach commercial plane?
3      **A.  I think it would be the same or -- I**
4  **think it's actually less.**
5      Q.  You think the seats were smaller?  I
6  didn't think it was physically possible that seats
7  could be smaller than coach.
8      **A.  We are scrunched up, especially with the**
9  **guys the size of our guys.**
10     Q.  Okay.
11         So it's truly about scheduling and not
12 about comfort?
13     **A.  Strictly about schedule.**
14     Q.  Okay.
15         What about you when you travel for
16 recruiting trips, how do you travel?
17     **A.  Commercial.**
18     Q.  Commercial planes?
19     **A.  Commercial planes.**
20     Q.  And coach?
21     **A.  Coach, try to get the cheapest ticket**
22 **that I get.**
23     Q.  What about helicopter, did you ever have
24 occasion to use a helicopter?
25     **A.  Never.**

99

1          And I don't fly private plane either, I'd
2  rather just fly commercial, you know.
3      Q.  Have you ever had occasion to fly in a
4  helicopter while you were working at Georgia Tech?
5      **A.  They couldn't pay me enough to fly in a**
6  **helicopter.**
7      Q.  And the money for this travel, it all
8  comes from your travel budget, right?
9      **A.  Strictly recruiting budget.**
10     Q.  Recruiting budget, oh, I see.
11     **A.  The only travel that I'm doing is -- so I**
12 **am flying with the team or I'm recruiting and are**
13 **flying for recruiting trip.**
14     Q.  When you are with the team it's the
15 travel budget, when you are recruiting it's the
16 recruiting budget?
17     **A.  That's correct.**
18     Q.  Do you have to fundraise to pay for
19 travel or is that just part of your budget and you
20 know it's there?
21     **A.  No.  We have a budget that we have to**
22 **meet within the recruiting, but if we were to go over**
23 **or if I needed something extra for recruiting I have**
24 **to go to my fundraising account.**
25     Q.  So when you need something extra you have

100

1  to dip into the fundraising account to get extra funds
2  when you need it, whatever?
3      **A.  That's correct.**
4      Q.  How often would you say you have to dip
5  into your fundraising accounts?
6      **A.  A lot.**
7      Q.  A lot?  For anything in particular more
8  than others?
9      **A.  Yes, there could just be stuff, I think**
10 **that's based on my budget, I don't think we have a**
11 **large budget here at Georgia Tech so you got -- just**
12 **little things, you have got to go into the fundraising**
13 **account.**
14     Q.  The fundraising account, how does that --
15 how is that developed, maintained, added to as you are
16 depleting it, it's you doing the fundraising you said?
17     **A.  I work alongside with Jim Hall and the**
18 **A-T group.**
19     Q.  I am sorry, you broke up, Jim Hall and --
20     **A.  I work alongside Jim Hall, he is with**
21 **A-T, which is Alexander Tharpe Fundraising Group, when**
22 **I say work alongside, we target people to be part of**
23 **the coaches circle member, that's kind of like a**
24 **booster club.  I think Coach Joseph had her core group**
25 **of people and we had our core group.  Sometimes they**

101

1  would do both.
2      Q.   So Jim Hall helped with that recruiting,
3  those recruiting efforts, right, to add money to the
4  recruiting coffers?
5      A.   I would -- he is the head of it, but I
6  was dealing with like Nick Parsons and some other
7  people in there, but I would have to do it, you know,
8  I would follow-up keeping it such with the coaches
9  circle Group.
10     Q.   Nick Parsons also works for A-T?
11     A.   Correct.
12     Q.   What did Jim or Nick do or what did you
13 do in terms of the fundraising?
14     A.   I mean, we would have, you know, come to
15 -- like if you were part of a coaches circle member
16 you got to come on a trip, you have to give money to
17 be part of the group, you get to come on the trip, you
18 would have a pre-season get-together at my house --
19     Q.   I guess my question is more about like
20 what activities did you do around fundraising and what
21 did Jim or Nick do, like did you go out and make phone
22 calls, go to houses, what did you do to fundraisers?
23     A.   I would do whatever -- I would follow
24 their lead because I wouldn't want to step over
25 Mr. Stansbury, he was trying to raise money for the AA

102

1  project, the Edge building, I didn't want to take some
2  money away asking for somebody and he or she was
3  giving money to that project.  So I followed
4  Jim Hall's lead, whatever I needed to do I would do.
5          A lot of these coaches circle members
6  were already in place prior to me becoming the head
7  coach here, it was already a group, and I then came in
8  and tried to grow on it and build on it.
9      Q.   How did you try to grow it and build on
10 it, what duties did you perform for fundraising, if
11 any?
12     A.   I would do whatever is asked for me,
13 obviously winning helps, you know, reaching out, you
14 develop relationships and you tell someone, hey, you
15 want to join a coaches -- join this coaches circle
16 committee and things like that.  A lot of these
17 individuals are -- they are huge fans and they had the
18 resources to do it.
19     Q.   And so the coaches circle, is that the
20 primary source of your fundraising dollars?
21     A.   It is all of your source.
22     Q.   All of your source.
23          Most of that was there when you arrived?
24     A.   We built on it, but there was some
25 already built there.  Just like if I am not the head

103

1  coach of Georgia Tech the next coach that comes in --
2  that's just accrued over time.
3      Q.   Right.
4          So do Jim and Nick sort of lead the
5  charge on getting more people into the coaches circle
6  and then you do anything that they might need you to
7  do along the way, that --
8      A.   Jim is the point person, he is the boss
9  of that group, I don't do anything without making sure
10 he is in the loop.  And I also keep Marvin Lewis in
11 the loop as well, too.
12     Q.   How much of your time, your sort of
13 working time as a coach, is dedicated to these
14 fundraising activities as opposed to, say, coaching?
15     A.   I mean, whatever is required I will do.
16 I mean, you know, I don't like going -- when my day is
17 done I like going home to be with my wife and kids, I
18 like being home with my family, but if I have to go
19 somewhere or to a dinner I will do it and I will be
20 positive about it, but I'd rather be home with my wife
21 and kids.
22     Q.   So you don't spend a lot of time doing
23 the fundraising activities?
24     A.   No, I mean, like I do -- like all during
25 the year, like this year I did Zoom calls on day of

104

1  games with all the coaches circle members, the day of
2  the game you are spending an hour with them going
3  through the scouting reports.  I would do -- guys were
4  calling me all the time, I mean, hey, fill me in on
5  what's going on, you are spending time.  It is not
6  just a one-time ask, it's the relationship building
7  that you can't just go ask someone for something and
8  never talk to them again, it's the over the time of
9  the relationship build.
10     Q.   All right.  I am just trying to get a
11 sense of what it looks like.  I hear, you know, the
12 hour on game days you get a Zoom call or whatever with
13 the Circle members, but --
14     A.   I said -- I mean, I spent a lot of time
15 staying in touch with those individuals to make them
16 feel like we are not just one time calling to ask them
17 for, hey, can you send in your annual dues.
18     Q.   Let's talk about a little bit about the
19 marketing of your team.
20          You obviously need funds for marketing,
21 and that would come from your budget as well?
22     A.   A lot came from our fundraising.  We
23 didn't spend a lot from fundraising for that.
24     Q.   For marketing specifically?
25     A.   Yes.

105

1    Q.   Did you have an amount allocated in your
2  budget for marketing?
3    A.   It wasn't good enough to generate
4  interest.
5    Q.   But there was some amount, right?
6    A.   Small amount.
7    Q.   And then you dipped into your fundraising
8  to augment that?
9    A.   That's correct.
10   Q.   And marketing is important for your
11 program because it increases attendance, is that
12 right?
13   A.   I really didn't -- just to get the
14 program, you know, people know about the program, but
15 I really tried to use it for student engagement, that
16 was the biggest thing when I got the job, hearing from
17 the fans, they wanted the students to be more
18 involved, student giveaways, how to get more students
19 to come, we came up with ideas of student giveaways,
20 different gifts, to do that I had to go into our
21 fundraising account to pay for it.
22   Q.   For the giveaways?
23   A.   That's correct.
24   Q.   Things like T-shirts and that kind of
25 thing?

106

1    A.   Yes.
2    Q.   You said there wasn't enough in your
3  budget. Did you ever ask for more?
4    A.   No.
5    Q.   And it raises the team profile, increases
6  student engagement.
7         Does it also attract people from outside
8  the Georgia Tech community, like people in the
9  environment or in the neighborhoods around or in the
10 area that want to come to games?
11   A.   Yes.
12   Q.   Do you have staff that's dedicated to
13 marketing --
14   A.   No.
15   Q.   -- on your staff?
16   A.   Not on our staff, no.
17   Q.   Does Georgia Tech have a staff dedicated
18 to marketing?
19   A.   They have a marketing department.
20   Q.   Do they work with you and your staff to
21 come up with ideas and develop marketing plans?
22   A.   That is correct.
23   Q.   In your experience is the marketing for
24 men's basketball and women's basketball separate or
25 are there joint marketing endeavors?

107

1    A.   I mean, we did things together, Coach
2  Joseph's team and our team did some things together,
3  but, you know, probably more for season tickets and
4  that type of marketing it was separate because our
5  schedules were different.
6    Q.   Okay. So is your answer you did it
7  occasionally together and sometimes separately?
8    A.   We did some things together just like
9  team functions together, you know, but I think for the
10 marketing of like season tickets and stuff was
11 probably a separate entity.
12   Q.   Were there occasions when you did like a
13 new uniform reveal or things like that, are there
14 events like that happening?
15   A.   We had that, I forget what it was called,
16 like the October madness, we did it together, men's
17 and women's did it together.
18   Q.   And did you and Coach Joseph coordinate
19 that, work together to come up with the date and the
20 -- how you are going to run the program, what was
21 going to happen?
22   A.   Her and I were in the conference room
23 with the marketing people and we went back and forth
24 on some things.
25         Again, I wanted Coach Joseph and her

108

1  program just like when I was at Memphis or Arizona or
2  here, you know, Coach Fortner, I want the women's team
3  to be successful, anything I can do to help for them
4  to be successful I am all in.
5    Q.   Do you feel like Georgia Tech has
6  supported you in your effort to market and engage the
7  students and do what you need to do for your program?
8    A.   I mean, I've done a lot of things, some
9  things of my own ideas, I think that's part of the
10 responsibility of the head coach, kind of get out and
11 go do it and try to -- it's your program in a sense
12 even though it's not your program you are sitting in
13 that chair, so some responsibility falls on the head
14 coach on that.
15         I mean, if you are winning at a high
16 level that's -- if you are not winning going to the
17 Final Four every year then you have got to kind of --
18 especially in Atlanta where there is a lot of things
19 to do, you have a lot of options to choose from.
20   Q.   So that would make marketing important to
21 get yourself out there as an option for somebody to
22 spend their time on?
23   A.   That's correct.
24   Q.   We have talked a lot about the budget and
25 how all of this is allocated in your budget. Can you

Transcript of Joshua Pastner
Conducted on May 24, 2021

109

1 tell me how that budget is created for the men's
2 basketball program?
3    A.   We just get a budget.
4    Q.   Just handed to you?
5    A.   We give our -- every sport gives their
6 projected what they need and then Marvin Lewis comes
7 back and tells you, usually it is less than what you
8 are asking for, you ask, he comes back and gives you a
9 budget.
10   Q.   Do you talk with Marvin about your asks
11 and why you have chosen the numbers that you have?
12   A.   We have meetings and then he comes back
13 with a final budget and it's usually obviously less.
14   Q.   Is that pretty consistent it is less than
15 what you ask for?
16   A.   Usually, yes.  And he is a bottom line
17 guy when it comes to the budget, you can overspend in
18 one area but then another area you are not going to
19 spend as much.
20   Q.   Does anybody else other than Marvin Lewis
21 have an input into how much you or any other team
22 receives to your knowledge, like the athletic
23 director, the president, anybody other than Marvin to
24 your knowledge?
25   A.   I deal with Marvin on the budget.

110

1    Q.   Okay.
2        And tell me a little about your
3 relationship with Marvin, how was your relationship
4 with him, working with him?
5    A.   Good.  I get along with Marvin and we --
6 I run everything through him, every decision in the
7 program pretty much goes through him.
8    Q.   Okay.  And what is his title?
9    A.   Senior athletic -- social athletic
10 director, but he is sports supervisor for men's
11 basketball, he is finance -- CFO, chief financial
12 officer, something like that.
13   Q.   And he also serves as the sports
14 supervisor for men's basketball?
15   A.   Correct.
16   Q.   And what does it mean to be the sports
17 supervisor for a particular sport?
18   A.   Well, it would be, you know, maybe, Lisa,
19 maybe not everyone coming to you for every single
20 minor decision, you know, maybe someone that's right
21 underneath you and they can make some decisions so not
22 everything comes to your desk, that is kind of what it
23 is.  Little things I'm always -- he and I are talking
24 about and can we do this, can we do that, how does
25 this work, what do you think about this, playing

111

1 scheduling, you know, stuff where that's maybe
2 Mr. Stansbury, hey, you decide who you want to
3 schedule, what's best, all those type of decisions I
4 run through Marvin.
5    Q.   So just helping to run the program and
6 doing what's necessary to support the program?
7    A.   That's correct.
8    Q.   Do you know if the budget back and forth
9 that you just described, do you know whether that
10 applies for all teams that the sports supervisor -- I
11 am sorry, Marvin would sit down as the associate AD
12 for finance and allocate the budget for each team, do
13 you know whether that's applicable to every team?
14   A.   Yes, that's to every team.
15   Q.   And of course having a sufficient budget
16 is important for any team to be successful, is that
17 right?
18   A.   That's correct.
19   Q.   Do you feel like Georgia Tech has
20 provided you with sufficient resources to run your
21 program successfully?
22   A.   Yes.
23   Q.   Did you ever have to raise concerns with
24 Marvin that you weren't getting enough for any
25 particular aspect of your budget?

112

1    A.   No.
2        Like I said, I got an A in budget, every
3 evaluation, I do a good job considering budget.
4    Q.   But if you felt like there was some sort
5 of deficit that was negatively impacting your team or
6 your ability to do your job you wouldn't hesitate to
7 raise it, right?
8    A.   I wouldn't raise it because I just -- I
9 am not a complainer, I would probably say, hey, we
10 have got to find a way to get it done.
11   Q.   Even if it was negatively impacting your
12 team you wouldn't say, hey, I need a little more for
13 this, that, or the other thing?
14   A.   If it was negatively impacting it I
15 probably would have to take it out of fundraising if I
16 felt like we needed something it would have to come
17 out of fundraising if this is the budget he gave me,
18 we wouldn't be able to get more money.
19   Q.   Right.
20       Even if he decreased your budget to a
21 level that you felt would negatively impact your team
22 or your ability to be successful you still wouldn't
23 raise it because of your fear of being a complainer?
24   A.   I would have to take it -- I would have
25 to ask can I take this out of fundraising to make this

Transcript of Joshua Pastner
Conducted on May 24, 2021

113

1  work, but, yes, it is not a fear of being a
2  complainer, like I said, I just look at things, hey,
3  this is what you gave us, I want to make sure our
4  student athletes are taken care of, that's very
5  important to me, so if there's an area that we are not
6  able to do that how can I do that through fundraising.
7      Q.   So there would never be -- you don't want
8  to complain so regardless of how much or little they
9  allocated to you you would never ask for more?
10     A.   If I --
11          MS. FARANSSO:  I object to that question,
12  it is speculative and it's basically been asked and
13  answered, but go ahead, Coach Pastner.
14          THE WITNESS:  I mean, if there is
15  something that they shortened the budget on I would
16  have to ask can I make it up through fundraising.
17  BY MS. BANKS:
18     Q.   Do you have to seek permission to make it
19  up through fundraising?
20     A.   Yes.
21     Q.   Have they ever denied you the ability to
22  make it up through fundraising?
23     A.   Yes.
24     Q.   When was that?
25     A.   Well, just most recently this past year

114

1  on some things.
2      Q.   What things?
3      A.   Just, you know, food issues and some
4  other things that I wanted to be able to do for our
5  guys but was denied.
6      Q.   And Marvin Lewis denied them?
7      A.   Yes.
8      Q.   What things did you want to get for your
9  team that were denied?
10     A.   I wanted to be able to get meals -- some
11  more meals for our guys which were allowable per the
12  rules and not come out of their check, their
13  scholarship check, and we'd pay for it out of
14  fundraising, but I was denied that.
15     Q.   And did Marvin Lewis give you a reason
16  for that?
17     A.   Yes.  One, because we are in COVID, but,
18  two, just -- because maybe not every other sport could
19  have been able to take it at that time out of
20  fundraising.
21     Q.   Was he trying to preserve the fundraising
22  resources for perhaps something different down the
23  road, was that his thinking?
24     A.   Possibly.
25     Q.   Do you know?

115

1          MS. POOLE:  I object.
2  BY MS. BANKS:
3      Q.   He didn't share it with you?
4          MS. POOLE:  Hold on one second, I will
5  object to the question because it calls for
6  speculation.  Coach Pastner can't testify about what
7  Marvin knew or --
8          MS. BANKS:  I will rephrase the question.
9  BY MS. BANKS:
10     Q.   Coach Pastner, do you have any
11  understanding as to why Marvin Lewis denied you use of
12  those funds?
13     A.   No.  I think part of it was the -- my
14  assumption is COVID and everything else, you don't
15  know where everything was going down moving forward
16  with the budget.
17     Q.   But he didn't tell you specifically one
18  way or the other?
19     A.   No, I think -- not that I can fully
20  recall.  We might have had discussion, but I just was
21  denied it and had -- you know, I wanted to have it but
22  he's the boss, he and Todd are the boss and if they
23  say no you have to move to the next thing.
24     Q.   But you felt that would be important to
25  your team so you did raise it?

116

1      A.   Yes.
2      Q.   And by and large when you go to Marvin
3  and ask about dipping into fund raise, which you
4  indicated you do fairly often, Marvin does he
5  typically say yes?
6      A.   I mean, as long as it is within stuff
7  that is for the student athlete or -- for example, we
8  won the ACC championship this year so I wanted to get
9  some pictures for the different staff members in the
10  department who indirectly helped us so can I pay for
11  that out of fundraising, you know, that type of stuff,
12  and obviously there is no issue of paying out of
13  fundraising, little things.
14     Q.   So generally speaking he will say yes to
15  your requests?
16     A.   Just depending.  I mean, as long as there
17  is -- you know, whatever is allowable.
18     Q.   I am going to ask you again because I
19  just am trying to get a different answer.  You said
20  that you dip into fundraising quite a lot and you have
21  told me that you need to get approval to do that.  And
22  my question is do you typically get approval or do you
23  have a situation where he denies you that more often
24  than not, he denies you approval?
25     A.   He has denied approval on some things,

117

1  but, you know, but I probably get there is more yeses
2  than more nos of being able to dip into fundraising.
3      Q.   Okay.
4           And so you feel that -- do you feel like
5  Mr. Lewis as a sports supervisor does a good job and
6  supports the interest of the men's basketball team?
7      A.   Yes.
8      Q.   Do you know whether Marvin Lewis needs to
9  go to anybody else above him to get approval for your
10 budget or anybody else's budget, do you know?
11     A.   I don't know.
12     Q.   Did Mr. Lewis ever talk to you about his
13 feelings or attitude towards Coach Joseph?
14     A.   Not that I recall.
15     Q.   Did he ever describe any tensions between
16 them or between Coach Joseph and Shoshanna Engel?
17     A.   Not that I recall.
18     Q.   Are you aware of or were you aware when
19 Coach Joseph was there that Marvin Lewis and Shoshanna
20 Engel were in a romantic relationship?
21     A.   Yes.
22     Q.   And did that raise any concerns for you
23 with respect to the jobs that they held at Georgia
24 Tech?
25     A.   If Todd Stansbury was okay with it I was

118

1  okay with it.
2      Q.   Did Marvin Lewis ever talk to you about
3  the women's basketball program or his views about the
4  women's basketball program?
5      A.   Not that I recall.
6      Q.   Did he ever talk to you about his views
7  about women's sports in general?
8      A.   Not that I recall, no.
9           MS. BANKS:  Caleb, can you bring up
10 BOR-012229?
11          THE TECHNICIAN:  Yes, one moment.
12          (Document marked Pastner Exhibit 6 for
13           identification.)
14          MS. BANKS:  If you could make it a little
15 bit bigger, just a little bit.
16 BY MS. BANKS:
17     Q.   Coach Pastner, do you recognize this
18 budget summary document or have you seen something
19 like it before?
20     A.   No, but I don't -- I can see it right
21 here.
22     Q.   Okay.
23          That's not something, this kind of
24 document, you've never reviewed before?
25     A.   That's correct.

119

1      Q.   Well, I can represent to you that it was
2  provided to us by Georgia Tech, it is their document,
3  and as you can see it has the men's basketball summary
4  from 2016 to 2019, both what is budgeted and the
5  actuals for each fiscal year.
6           Do you understand what the difference is
7  between the budget and the actuals?
8      A.   Budget is what is budgeted and actuals is
9  what is actually spent.
10     Q.   And if the actuals exceed the budget in
11 your experience how does that happen if you are only
12 budgeted a certain amount and more was spent, did you
13 ask for it?
14     A.   Well, I think everything here that looks
15 like that's budgeted in actuals, the two things that
16 are over is -- a lot of it goes down to post-season,
17 so, you know, for example, in fiscal years 2016 we
18 had, you know, our -- we had multiple games
19 post-season and then you include the conference
20 tournament, so like in '17 and '18, and then the same
21 thing in '19.
22     Q.   So if we look at, for example, event and
23 game operations there is in fiscal 2016 the budgeted
24 and the actual are very different, is that because
25 there were more games because you made the

120

1  post-season?
2      A.   There is more games, and I don't know all
3  what, you know, what -- if you can -- if you go to No.
4  3 there in the notes, I don't see it underneath there,
5  there you go, actuals include -- yes, so I don't know
6  what all that is, that would be Marvin.  I just know
7  we are given a budget and we have got to fall
8  underneath the budget and that's what we've done.
9      Q.   And were you hired in 2016.  So is fiscal
10 2017 the first year that would apply to your program?
11     A.   I think so, yes.
12     Q.   Do you know what Georgia Tech's fiscal
13 year is?
14     A.   July 1 to June 30.
15     Q.   So the budget for fiscal year 2017
16 increased the overall budget line if you look at the
17 bottom line the increased almost 2 million, do you
18 know, do you have any knowledge as to why that is?
19     A.   Scholarships, you know, you have got to
20 remember we got scholarships when the kid is out of
21 state, you have 13 scholarships if the kid is out of
22 state that costs more money than in state.
23     Q.   Well, scholarships are noted up there,
24 went from 705 budgeted to 826, it is a long way --
25     A.   Yes, and also the salaries and budgets,

121

1  so I got hired and there was an increase in salaries.
2      Q.   So you think that is possibly related to
3  your bump in salary?
4      A.   Well, there is a million -- there is
5  about a 1.5 difference between actuals and budget
6  compared to fiscal year '16 and '17, so that's the
7  crux of it.
8      Q.   Okay.
9           So probably your salary and the salaries
10 of your assistants.
11     A.   The bump between that.  Plus you have got
12 to remember you are still paying Brian Gregory that
13 year as well, too, the coach they fired, they were
14 paying him, so that goes into that, too.
15     Q.   Okay.
16          And Coach Gregory was fired?
17     A.   He was fired, yes, in March of 2016.
18     Q.   Do you know the reason for his
19 termination?
20     A.   He didn't get to the NCAA tournament.
21 Well, that is what I assume, I don't know.  I
22 shouldn't say that, I am assuming that, that's what --
23 I am assuming that's what it is.
24     Q.   Nobody told you the reason?
25     A.   They just told me that when I got the job

122

1  they needed to be in the NCAA tournament in five
2  years, you have five years to get it done.
3      Q.   By the way, when you left Memphis did you
4  leave voluntarily or were you asked to leave?
5      A.   Voluntarily.
6      Q.   So then the budget tends to go up each
7  year but goes down in fiscal year 2019.  Any
8  understanding of that, do you know why?
9      A.   I don't know why that is.
10     Q.   Your compensation didn't go down in
11 fiscal year 2019, did it?
12          MS. POOLE:  Lisa, your sound cut out on
13 us.
14          MS. BANKS:  Can you hear me now?
15          MS. REPORTER:  I didn't miss her.
16          MS. POOLE:  It must be a problem on my
17 end, sorry; but I can hear you now.
18 BY MS. BANKS:
19     Q.   We were talking about the fact that the
20 numbers went down in fiscal year 2019 and I was asking
21 whether you had any knowledge about why that was.  I
22 think you answered no, is that right?
23     A.   That's correct.
24          I don't know why the salaries and
25 benefits -- if you look at it it was budgeted one way

123

1  and the actuals were a different way.
2      Q.   Your compensation did not go down, is
3  that correct?
4      A.   That's correct.
5      Q.   Now, when the budget is increased year to
6  year for any particular item or overall do you know
7  where that money comes from?
8      A.   I do not.
9          MS. BANKS:  I want to take a five-minute
10 break.
11         MS. FARANSSO:  Actually, let's talk about
12 the timing of the breaks a little bit because I need a
13 little bit of a longer break in this hour, if it works
14 for you --
15         MS. BANKS:  We can do it now if you want
16 to.
17         MS. POOLE:  Yes, would it be okay for
18 everyone if we break until maybe 1:00 o'clock and we
19 can do lunch and everything and come back and finish
20 up?
21         MS. BANKS:  Yes, okay.
22         Let's break and we will say we will come
23 back at 1:00 o'clock and we will see you then.
24         MR. TOMPSETT:  This is Josh's attorney, I
25 am not rushing you or anything, can you for my

124

1  scheduling purposes for the rest of the day can you
2  give us an idea of about how long you think you will
3  go this afternoon?
4          MS. BANKS:  I think it should be another
5  hour or so, but we will have to see how it goes.  I
6  think it should move pretty quickly.
7          MR. TOMPSETT:  Understood, thank you.
8          MS. REPORTER:  We are off the record at
9  12:22 p.m. eastern time.
10         (Recess taken.)
11         MS. REPORTER:  We are back on at
12 1:00 o'clock p.m.
13 BY MS. BANKS:
14     Q.   Welcome back, Coach Pastner.
15         Quick question before we get into
16 something else.  Did you get an evaluation each year
17 you have been at Georgia Tech?
18     A.   Pretty -- almost positive, yes.
19     Q.   Okay.
20         And that's a written evaluation?
21     A.   Yes.
22     Q.   And when you get that evaluation do you
23 sit down with anyone to discuss it?
24     A.   Todd and Marvin.
25     Q.   And that happens each time?

125

1      A.  Yes.
2          MS. BANKS:  Caleb, if you can pull up
3   PLAINTIFF06847, please.
4          (Document marked Pastner Exhibit 7 for
5          identification.)
6   BY MS. BANKS:
7      Q.  Coach Pastner, take a look at what's been
8   marked as Exhibit 7.  Do you recognize this e-mail?
9      A.  I don't remember, but reading through it
10  I mean, obviously it was sent.
11     Q.  Who is Derek Grice?
12     A.  He used to be the head of the facilities
13  here at Georgia Tech.  He is now -- he went with John
14  David Wicker to San Diego State.
15     Q.  So he's writing here about an architect
16  that they have hired to assess and create a master
17  plan for the Luck building.  Is the Luck building
18  where the locker rooms are?
19     A.  That's correct.
20     Q.  To your knowledge had you been notified
21  of this project before you received this particular
22  e-mail?
23     A.  I don't recall.
24     Q.  So do you ever recall discussing with
25  Marvin or Todd or anybody the idea that an architect

126

1   was going to come in and draw up plans?
2      A.  I think that people had brought to me
3   about the locker room, you know, about the locker room
4   project for both the men's and women's, again, I went
5   along with it.  I mean, if they were going to give me
6   one I was not going to say no to it, but I wasn't
7   pushing anyone to get anything done, I was just going
8   along with it.
9      Q.  Okay, all right.
10         Do you know whether the master plan that
11  they are talking about in here was ever completed or
12  not?
13     A.  I don't know.
14     Q.  Do you recall ever seeing an
15  architectural plan for the locker room renovation?
16     A.  I don't recall, not -- I don't recall
17  from Derek.
18     Q.  You don't recall from Derek what?
19     A.  That if he gave us anything to review.
20     Q.  Do you recall if anyone showed you an
21  architectural rendering of new locker rooms?
22     A.  Most recently in the last couple of
23  months, yes.
24     Q.  But not back in the '16 to '19 timeframe?
25     A.  I don't remember that.

127

1          MS. BANKS:  Caleb, you can take that one
2   down.
3          If you can put up PLAINTIFF006867 to
4   6868.
5          (Document marked Pastner Exhibit 8 for
6          identification.)
7          MS. BANKS:  Would you give Coach Pastner
8   control over that document, please?
9   BY MS. BANKS:
10     Q.  And, Coach Pastner, if you can just
11  scroll through and let me know if you refresh this
12  e-mail exchange at all.
13     A.  Yes, I remember that.
14     Q.  And this basically is your communication
15  -- I am sorry.  I am in somebody else's office and
16  their phone is ringing.
17         This is your communication saying if we
18  don't have the money you should go ahead with the
19  women's project first since they have the money?
20     A.  I mean, I said that before, I've told
21  people that verbally, yes --
22     Q.  This is one instance of you sharing that
23  view?
24     A.  That's correct.
25     Q.  The second to last paragraph of your

128

1   e-mail you talk about raising money for the coaches
2   circle.  You write, "However, nothing was more
3   important to me for immediate success than the
4   guarantee that $250,000 was going to be raised every
5   year for coaches circle."
6          Who promised you or who guaranteed you
7   that $250,000 was going to be raised each year for the
8   coaches circle?
9      A.  Jim Hall.  When I got the job we talked
10  about what was the needs and I just said if we can get
11  250 -- me and him together can raise 250 every year,
12  you know, that's enough to what we need, you know, for
13  little things within the program.  Before I got here I
14  think it was like 150 or 160,000 was --
15     Q.  So the idea here was that Jim Hall was
16  going to raise $250,000?
17     A.  Correct.
18         Jim Hall was the point person in this,
19  the point person with the coaches circle, this is his
20  area.
21     Q.  Great.
22         MS. BANKS:  That's all on that one,
23  Caleb, you can take that one down.
24  BY MS. BANKS:
25     Q.  I will note to you that that was to Mark

129

1  Rountree, you saw that?
2      A.  Because I think he was sports supervisor
3  for women's basketball.
4      Q.  So that's why they were talking with him
5  about the locker room upgrades?
6      A.  That's correct.
7      Q.  And was Marvin Lewis involved on the
8  men's side in those discussions about the upgrades?
9      A.  I would imagine he was, absolutely,
10 whatever -- he would have to be involved.
11     Q.  Do you recall ever speaking with Marvin
12 Lewis about those locker room upgrades?
13     A.  I don't recall exact conversations, but I
14 mean, if there was any conversations about it that
15 Marvin was in the loop.
16     Q.  Okay.
17         At some point in 2018 did you plan to
18 make changes to the Zelnak practice facility?
19     A.  I think if we made any changes it was for
20 the rims, I thought both the men's and women's it was
21 dangerous for the courts, and the baskets, and so I
22 took the baskets off and out of our own fundraising
23 for both the men's and women's for the safety, you
24 know, they put goals with nothing underneath, I
25 thought that was an issue for god forbid for a men's

130

1  or women's player to hurt themself with their knee or
2  leg, I thought that was a danger, so I just paid for
3  it.
4         And we did some -- I thought within the
5  Zelnak we did some graphic stuff or within the gym we
6  wanted to do some graphic changes, but with obviously
7  men's and women's together.
8      Q.  Okay.
9         And you took the money to do those, make
10 those changes from your fundraising?
11     A.  For sure the basket -- the goals, the
12 goal part, that was 100% of fundraising, the graphics.
13 I don't know if that was through fundraising or a
14 little through facilities or how that all worked, I am
15 not sure on that.
16     Q.  Okay.
17         Did you need to get permission to make
18 all these changes to Zelnak?
19     A.  Yes.
20     Q.  And you got that permission from Marvin
21 Lewis?
22     A.  And the facilities, but everything went
23 through Marvin, I didn't do anything without Marvin's
24 approval.
25     Q.  Did you discuss these plans with

131

1  Coach Joseph at the time, do you recall?
2      A.  I don't recall.  I think we discussed
3  about the goals, but I don't know about the -- I don't
4  know everything about the -- I don't recall exactly
5  anything within the gym.
6      Q.  And these upgrades did in fact happen?
7      A.  The goals happened and then the -- in the
8  practice gym the graphic designs changed prior to the
9  Final Four was supposed to come here, I don't know if
10 Coach Joseph was still here or not, that I don't know.
11     Q.  Okay.  In terms of Zelnak or -- is it
12 McCamish?
13     A.  McCamish is the home arena, Zelnak is the
14 practice arena.
15     Q.  Did you ever have occasion to have like
16 high school players or members of summer clubs come in
17 and use the facilities to shoot around or practice or
18 experience those courts?
19     A.  Our team camp we did, via our team camp.
20     Q.  Okay.
21         Anybody else allowed, guests, to come in
22 and shoot around on occasion?
23     A.  The facility was a real issue prior to me
24 getting here with access, people would just come in,
25 so we tried to do the best we can to curtail that, but

132

1  it is not an easy -- it's still an ongoing issue, you
2  know, is people being able to access that facility
3  because it is not just men's and women's basketball
4  teams in there, there is a lot of different sports
5  teams that go in and out of that facility.
6      Q.  Okay.
7         So occasionally other groups, other
8  outside individuals, may have an opportunity to use
9  those facilities?
10     A.  People have gotten in there without, you
11 know, without -- which is getting in there without an
12 approval, doors could be propped, buzz cards still
13 could be accessed, you know, cheer, dance,
14 cheerleading, men's and women's tennis, volleyball
15 used the facility, I mean, there is a lot of -- track
16 and field go in and out of there, a lot of people that
17 use the facility.
18     Q.  Just with respect to you and your program
19 though do you recall ever having a group of high
20 school kids or a club team or anyone to shoot around
21 and be able to experience either Zelnak or McCamish?
22     A.  Not without going through a camp or
23 authority through clearance through compliance and
24 facilities.
25     Q.  So just informally never happened?

Transcript of Joshua Pastner
Conducted on May 24, 2021

133

1    A.    Not with us allowing it.
2    Q.    Do you have a strength coach?
3    A.    I do.
4    Q.    Just one?
5    A.    Just one.
6    Q.    And is he dedicated to men's basketball?
7    A.    He did men's basketball and men's and
8 women's tennis, and then just recently they -- he no
9 longer had to do tennis.
10    Q.    So now he is dedicated entirely to men's
11 basketball?
12    A.    That's correct.
13    Q.    Does he have his own office?
14    A.    He did, and then the new women's strength
15 coach came in and he got moved out.
16    Q.    Does he currently have his own office or
17 did he get moved out to the hallway?
18    A.    No.  He is out -- he shares it with the
19 video guy, the video, both men's and women's, he has a
20 space, a chair.
21    Q.    And when did the women's strength coach
22 come in?
23    A.    This new one came in when Coach Fortner
24 was hired.
25    Q.    Did Coach Fortner bring in this strength

134

1 coach with her?
2    A.    She hired her, that's correct.
3    Q.    And you talked about the video room.  Do
4 you have a dedicated video room?
5    A.    We have a video room that we share with
6 the women's in hallway, hallway of the Zelnak.
7    Q.    Have you always shared it with the
8 women's?
9    A.    Yes.
10        But I think sometimes the women also
11 maybe do more of their film down in their locker room.
12    Q.    Do you have any other space where you
13 watch video or film?
14    A.    That was the only place, otherwise we did
15 it now with COVID we did it on the court.
16    Q.    Okay.
17        Do any of your players live in off-campus
18 housing?
19    A.    Yes.
20    Q.    Do you know what the policy is related to
21 off-campus housing and who is able to do it and who is
22 not?
23    A.    Well, originally -- I don't know the
24 policy, originally it was just, you know, it was
25 graduates, everyone else had to stay in the dorms, but

135

1 just --
2    Q.    What do you mean by graduates?
3    A.    People who already graduated and still
4 had eligibility and everyone else was staying in the
5 dorms, but just recently I changed -- me personally
6 for our program we changed to just freshman only,
7 everyone else after that you are on your own, if you
8 want to stay in the dorms or go off campus feel free
9 to go ahead.
10    Q.    You said just recently you changed that,
11 how recently?
12    A.    Probably within the last year.
13    Q.    So prior to that you didn't have others,
14 freshmen, sophomore, juniors, and seniors were not
15 allowed to live off campus?
16    A.    We had everyone living on campus pretty
17 much through my first -- pretty sure for sure three
18 years, unless they were a graduate, already graduated,
19 and maybe was going into the fourth year as well, too.
20    Q.    Do you recall having a conversation in
21 early 2019 with Coach Joseph about whether sophomores
22 were allowed to live off campus?
23    A.    Yes.
24    Q.    And during that conversation did you tell
25 her that you knew of no such policy that would

136

1 preclude sophomores from living off campus?
2    A.    I don't recall what I said during that
3 conversation, but I know she was -- I remember the
4 conversation, she was upset.
5    Q.    Right.
6        She had been -- because she had been told
7 that her sophomores couldn't live off campus, correct?
8    A.    Yes.  I don't recall the exact what was
9 said, but I know she was -- about the housing issue,
10 she was frustrated, upset, angry about the housing
11 issue.
12    Q.    And did you have sophomores or anybody
13 else for that matter living off campus at that time?
14    A.    I don't think at that time we were all on
15 campus and I don't know if there was a Georgia Tech
16 policy, I just think it was more kind of just as to
17 kind of how -- that is how it was when I came and got
18 the job here, kind of I continue that, that's how it
19 was.
20    Q.    So as of February -- in February, 2019
21 when you had that conversation you didn't have any of
22 your players living off campus?
23    A.    I don't know if I did.  I know the first
24 three years we had the rule where this is what we are
25 doing, and we changed since then so I don't know if I

**137**

1 changed since that point, but I can't remember that,
2 I'd have to look back at our roster.
3     Q.   This is not what I understood it to be,
4 so I just want to be clear I understand your testimony
5 today. It's that until about a year ago all of your
6 players lived in dorms on campus or in on-campus
7 housing?
8     A.   Unless they are graduated. What we kind
9 of said, that's how it was before I got here, so when
10 I got here, you know, all like when I got the job all
11 the guys asked about living off campus I said, no, we
12 kind of had this thing you have got to stay on campus
13 unless you graduated.
14     And then as time evolved I wanted to get
15 out of that, I thought it was too much of a hassle, so
16 my only requirement now is freshmen year and after
17 that if you want to live off campus that's up to you.
18     Q.   Okay.
19     And you advocated for that to happen more
20 recently?
21     A.   Yes, but I don't -- I mean, I don't
22 recall a policy that Georgia Tech told me this is what
23 -- I can't -- it was not a policy that I recall, but I
24 know Coach Joseph had called me at that time and was
25 frustrated about it.

**138**

1     Q.   Sure.
2     So did the change you made recently did
3 that need to be approved by somebody or was that a
4 call you could make?
5     A.   I told that to Marvin. I don't know why
6 they could tell me no, but I did let Marvin know what
7 I was doing.
8     Q.   You made the change, you informed Marvin
9 about it, and that sort of changed the policy for your
10 team from your perspective?
11     A.   Yes.
12     MS. POOLE: Object to the form of the
13 question, Coach Pastner's already testified he didn't
14 think it was a policy.
15     MS. BANKS: Okay, noted.
16 BY MS. BANKS:
17     Q.   Coach Pastner, it is something that you
18 raised yourself and implemented for your team?
19     A.   The guys were tired of living in the
20 dorms.
21     Q.   And you felt like this would be a better
22 situation for your players?
23     A.   With everyone involved.
24     If Marvin Lewis and Todd Stansbury told
25 me you are not allowed to do it obviously I wouldn't

**139**

1 do it.
2     Q.   So I want to turn now to some of the NCAA
3 issues, I told you we would get to, some of it by
4 stipulation, so I will just jump in with a level of
5 assumption and knowledge on both of our parts, okay?
6     October -- October 2, 2017 you
7 self-reported a potential NCAA violation involving
8 Ron Bell to Shoshanna Engel and Marvin Lewis, correct?
9     A.   That is correct.
10     Q.   How did Ms. Engel and Mr. Lewis respond
11 to your report about these allegations?
12     A.   I mean, I don't recall their exact tone
13 or anything, but obviously they were alerted by it or
14 -- because I had e-mailed them the whole kind of thing
15 of what happened when I was -- what I was told.
16     Q.   Did you report this to them in writing or
17 did you report it by telephone or both?
18     A.   Both.
19     Q.   To your knowledge had they been aware of
20 it prior to your reporting it to them?
21     A.   Nobody was aware, I wasn't aware, nobody
22 was.
23     Q.   And as I promised you I am not going to
24 get into the details of all of this more than I need
25 to, but I do need to ask you this one question.

**140**

1     It was reported that Mr. Bell spent a
2 considerable time around your team early in your
3 tenure at Georgia Tech. Is that true, was he at
4 practices, games, on the buses, at meals, that kind of
5 thing?
6     A.   He came through -- I don't know if it is
7 considerable time, but there is a short time period
8 that he traveled through Atlanta on his way to see his
9 mother, his family, and he stopped over here to see us
10 when we were playing our first games in the season and
11 as we were moving forward up to play Tennessee and
12 Penn State.
13     Q.   And was he at practices and games?
14     A.   Yes.
15     Q.   And was he on the buses or at meals?
16     A.   He came to -- I invited him on the bus in
17 Knoxville to go to our shoot-around and at the meals
18 he was at a meal that I was aware of that I invited
19 him when the team was done eating at Tennessee when we
20 were done eating.
21     Q.   Okay.
22     A.   Both him and Ms. Pendley could come to
23 eat.
24     Q.   After you reported this to Engel and
25 Lewis did Georgia Tech conduct an internal

141
1  investigation at that time, do you know?
2      A.  I think so, yes.  I mean, yes, they did.
3      Q.  And do you know who led the
4  investigation?
5      A.  Shoshanna.
6      Q.  Do you recall how long it lasted?
7      A.  I don't recall.
8      Q.  Were you interviewed as part of that
9  investigation?
10     A.  Yes.
11     Q.  And were you involved in any other way as
12 part of that internal investigation?
13     A.  Other than when I found that information
14 I reported it right away.
15     Q.  And you were interviewed.
16         Were you kept apprised of how things were
17 going, the timeline, how the investigation was
18 unfolding, anything like that, did they keep you in
19 the loop?
20     A.  Not that I recall.
21     Q.  Do you know whether there was a written
22 report that came out of this investigation?
23     A.  Was there a written report?  Yes.
24     Q.  Okay.
25         And did you have occasion to see that

142
1  report?
2      A.  I did not see the report.
3      Q.  So you have never seen that --
4      A.  I have seen it since because -- I
5  shouldn't, you know, I don't even like to use their
6  two names, I usually refer to them as terrorists and I
7  can use other names for the two, but I will refrain
8  from that because -- but how I feel about those two
9  other individuals, but -- anyway, that being said,
10 yes, she had sent the report.  So during our lawsuit
11 with these two terrorists and sick human beings I got
12 to see the report.
13     Q.  But that was the first time you saw the
14 internal Georgia Tech report?
15     A.  That's correct.
16     Q.  And what was the conclusion of the
17 interim investigation by Tech?
18     A.  That there was -- that Ron Bell -- again,
19 the terrorists, the sick human being, provided extra
20 benefits to these two individuals on our team.
21     Q.  Georgia Tech informed the NCAA of these
22 allegations on October 10, do you recall that?
23     A.  I don't recall the exact date.  I know
24 everything that I was aware of I turned it right into
25 compliance immediately.

143
1      Q.  Do you know that when -- whether when GT
2  -- Georgia Tech informed the NCAA was that after the
3  conclusion of their internal investigation, do you
4  know?
5      A.  Repeat the question?
6      Q.  So on October 10, which is when they
7  informed the NCAA of Bell's allegations, my question
8  is do you know whether that was after the internal
9  investigation had been completed?
10     A.  Oh, I don't think the internal
11 investigation was completed by then, no.
12     Q.  So do you have any knowledge as to why it
13 took Tech like eight days to report this to the NCAA
14 after you had reported it to them immediately?
15     A.  I just think they were probably trying to
16 get all the facts because you are dealing with two
17 sick human beings.
18     Q.  Right.
19         But their investigation hadn't concluded
20 by October 10, so that wasn't the triggering.
21     A.  Right.
22         I don't know what the -- I don't know
23 what the holdup was.  That would be a question for
24 Shoshanna.
25     Q.  So on October 4, which is two days after

144
1  you reported this to Georgia Tech, they announced --
2  they publicly announced the extension of your contract
3  even though that had been negotiated and signed months
4  prior.  Do you have any knowledge as to why that
5  announcement was made on October 4th?
6      A.  Zero knowledge.
7      Q.  Do you recall it happening?
8      A.  I don't recall it happening, no, ma'am.
9      Q.  Did Georgia Tech discipline you in any
10 way related to the allegations?  I think there were
11 impermissible benefits, something like that,
12 allegations related to Ron Bell and what he did?
13     A.  I got a letter of reprimand.
14     Q.  And did anyone ever discuss with you,
15 Todd Stansbury, Bud Peterson, anyone else at Georgia
16 Tech, did they ever discuss with you what that
17 discipline might be before giving you that letter of
18 reprimand?
19     A.  I don't recall.
20     Q.  You don't recall if you sat down with
21 Marvin or Todd to discuss or what the ramifications
22 would be of Bell's allegations?
23     A.  Well, during that time it was, you know,
24 it was all happening fast and so during Bell's
25 allegations -- during the sick human being's

Transcript of Joshua Pastner
Conducted on May 24, 2021

145

1    allegations, you know, anything that I was aware of I
2    reported it right to Shoshanna, to Marvin, to Todd,
3    and then, you know, that was that. But I know at the
4    end I got a letter of reprimand.
5         I was in constant communication because
6    any information I got I would turn it immediately over
7    to them, I was as transparent as could be.
8       Q.  Got it.
9         But at any point did you have any concern
10   about job safety related to these allegations?
11      A.  Well, I was -- these two sick people were
12   saying things that I didn't do anything, I didn't know
13   -- rules matter to me, doing things the right way
14   matters to me, and so, yes, I mean, how wouldn't you
15   be concerned? I was -- you are darn right I was, I
16   mean, that's -- these people were saying things even
17   though I didn't have nothing to do with it, I wasn't
18   involved in any of it.
19        That is what happens when you deal with
20   sick human beings, which I can go into another thing
21   for.
22      Q.  We don't need to do that today. I
23   clearly understand your perspective on that.
24        So on October 16, 2017 the NCAA reported
25   to Georgia Tech unrelated allegations of violations by

146

1    one of your assistant coaches, Darryl LaBarrie, is
2    that right?
3       A.  That's correct.
4       Q.  And were you aware of these allegations
5    about Mr. LaBarrie prior to the 16th of October?
6       A.  I knew nothing about it at all.
7       Q.  So until the NCAA reported it to Georgia
8    Tech, you didn't --
9       A.  I didn't know anything about it until
10   after we got back from China about what was being --
11   that's when the NCAA met with Darryl LaBarrie.
12      Q.  And who at Georgia Tech informed you
13   about the allegations about LaBarrie?
14      A.  Marvin Lewis, Marvin Lewis. I can't
15   remember if it was Marvin, Todd, Marvin, Todd, and
16   Shoshanna, how that worked. It was out of those
17   three.
18      Q.  Do you know at all how the NCAA learned
19   about these actions by LaBarrie?
20      A.  I do not.
21      Q.  Did you talk to Georgia Tech officials
22   about the allegations related to LaBarrie?
23      A.  Yes.
24      Q.  And who did you speak with at Georgia
25   Tech about it?

147

1       A.  Todd, Marvin and Shoshanna.
2       Q.  Okay. Anyone else?
3       A.  No, not on the administration side.
4       Q.  Bud Peterson?
5       A.  Not that I recall. I might have, but I
6    don't remember that.
7         I know it was the three that I mentioned.
8       Q.  And do you recall what they said to you,
9    what Todd, Shoshanna, or Marvin said to you about the
10   LaBarrie allegations?
11      A.  I don't recall exactly because I remember
12   when Darryl LaBarrie came back from being interviewed
13   from the NCAA he was in our gym and I says, you know,
14   is everything -- he says, coach, what they are
15   saying -- he just profusely told me over and over and
16   over again that he didn't do what they are saying they
17   did. He didn't get into full details, he just said I
18   would never do what they said he did.
19        I didn't know until later that day when I
20   went and met with them, they told me that, and I told
21   them, hey, Darryl told me that this is not true at
22   all. And later on -- Darryl LaBarrie a few days later
23   -- Darryl LaBarrie, I don't know exact timeframe,
24   called me to tell me that, you know, what happened,
25   was extremely apologetic, he was very, very sorry, you

148

1    know, he was just -- he was sick to his stomach, he
2    made an error in judgment, and I reported that
3    directly to Todd, Marvin, and Shoshanna that Darryl
4    called me to come clean on what happened.
5       Q.  You don't recall when that was, did you
6    say?
7       A.  That was later November or whenever that
8    was, remember, I got -- you know, they had called,
9    yes, so it was later November, I am trying to think, I
10   don't know if it was after Thanksgiving or right
11   around that timeframe that Darryl called me.
12      Q.  Okay.
13        And did Georgia Tech to your knowledge
14   conduct an internal -- their own internal
15   investigation of these allegations about LaBarrie?
16      A.  I don't know that.
17        I mean, once Darryl LaBarrie told me what
18   he did and I reported that right away there wasn't a
19   lot of investigation to be done.
20        I think there was some things between --
21   Darryl was very clear that he never gave anyone any --
22   there was no money exchanged or anything, but the
23   other things happened, he came clean to that.
24      Q.  You are not aware of any internal
25   investigation conducted by Georgia Tech?

Transcript of Joshua Pastner
Conducted on May 24, 2021

149

1      A.   Not that I know of offhand.
2      Q.   Is this -- as this sort of unfolded prior
3  to his resignation did Georgia Tech officials, Todd,
4  Shoshana, Marvin, did they keep you in the loop about
5  what was happening so you understood the course of
6  events?
7      A.   I can't recall fully on that because I
8  was -- I mean, we communicated, I was just, because I
9  was only the head coach and -- you know, two human
10  beings, and then Darryl LaBarrie do things that were
11  not -- was not within our what we how we want to do
12  business in our program, and they all knew that.
13      Q.   So fair to say you were dealing with
14  quite a lot at this time?
15      A.   A lot.
16      Q.   Did you feel like you were supported
17  through this time by Georgia Tech, did they do right
18  by you?
19      A.   Yes.
20           But I also like to say, Ms. Lisa, that I
21  didn't do anything -- I mean, other than allowing
22  these two sick human beings one I thought was dying of
23  cancer and just trying to be a good human being and
24  allowing them to be around and, you know, trying to be
25  a good person I didn't do anything wrong.

150

1           He knew -- those two sick human beings
2  knew what they did was wrong with the NCAA stuff, and
3  it showed by the NCAA report that I was cleared of
4  everything, my name wasn't mentioned so, yes.
5      Q.   Right.
6           But, you know, they were serious
7  allegations, even though obviously they were false,
8  but they were serious allegations and you were lucky
9  to have the support of Georgia Tech and the
10  individuals there.
11      A.   It is great documentation, I had great
12  documentation that showed that how I operated and ran
13  our program.
14      Q.   On December 8, 2017 Georgia Tech asked
15  for Mr. LaBarrie's resignation, correct?
16      A.   I assume that's the date.
17      Q.   It is.
18           Do you know who made the decision to ask
19  for his resignation?
20      A.   I do not.
21      Q.   Did anyone discuss that decision with you
22  prior to asking Mr. LaBarrie for his resignation?
23      A.   No.  I mean, that was above me.
24      Q.   So nobody alerted it -- alerted you to
25  that, that they were going to do that before they did

151

1  it?
2      A.   I am sure they alerted me, I don't
3  remember the conversation, but I am sure they told me
4  that what was going to happen because he was on our
5  staff.
6      Q.   And did anyone talk to you about why they
7  chose to ask for his resignation as opposed to just
8  terminating his employment?
9      A.   I don't know that.  I don't know if it
10  was because they felt that he wasn't ethical within
11  what he told the NCAA at the time.
12      Q.   He wasn't -- say that again?
13      A.   The NCAA, he may have met with the NCAA.
14      Q.   I guess, well, my question is do you have
15  any knowledge as to why they chose to ask for his
16  resignation as opposed to simply terminating his
17  employment?
18      A.   I don't know, that I don't know, no.
19      Q.   So nobody discussed that with you like we
20  are going to give him the opportunity to resign rather
21  than fire him?
22      A.   No, that was not discussed with me, no.
23      Q.   As a result of the LaBarrie situation
24  Georgia Tech self-imposed certain recruiting
25  restrictions, is that correct?

152

1      A.   Yes, we did at some point.  It was a
2  combined thing of coach Darryl LaBarrie plus what
3  happened with the two other individuals and what they
4  did.
5      Q.   Okay.
6           And were you involved in the discussions
7  around what those self-imposed restrictions would be?
8      A.   I was at a meeting about it and was --
9  you know, had a discussion about it with me.
10      Q.   So you were involved to some extent in
11  the process of determining what the best way to go is
12  or what those self-imposed restrictions would be?
13      A.   They didn't ask my final input, they were
14  trying to get more of an understanding within college
15  basketball and with penalties, the penalty structure.
16           MS. BANKS:  If we can pull up BOR9520.
17           Sorry, coach, this takes a long time.
18           THE WITNESS:  That's okay, I get it.
19           THE TECHNICIAN:  What was the document
20  again one more time?
21           MS. BANKS:  BOR-009520.
22           If you could give Coach Pastner the
23  control over this document, that would be great.
24           (Document marked Pastner Exhibit 9 for
25  identification.)

Transcript of Joshua Pastner
Conducted on May 24, 2021

153

1        MS. BANKS:  Caleb, while we are going
2   through this if you can pull up BOR-004513 or at least
3   get that one ready.
4        (Document marked Pastner Exhibit 10 for
5        identification.)
6   BY MS. BANKS:
7        Q.   Coach Pastner, can you take a look at
8   this document and tell me whether you recognize it.
9        A.   Yes.
10       Q.   And this is the memo related to those
11  recruiting restrictions that we just talked about?
12       A.   Yes.
13       Q.   And it is from Todd Stansbury to you
14  dated April 2, 2019.
15       Do you recall whether you saw this memo
16  before it was finalized and sent to you or discussed
17  the contents of this memo before it was signed and
18  sent to you?
19       A.   Yes, I don't remember if it was -- if I
20  saw it beforehand or talked about it, but that I don't
21  recall.
22       Q.   But do you recall conversations about the
23  contents of this memo prior to the memo being sent to
24  you?
25       A.   I don't recall, but obviously they

154

1   probably told me what was going to happen with the
2   official visits and some of the recruiting things, of
3   course, like I said, I got a letter of reprimand.
4        Q.   So this is not really not a surprise to
5   you what was in here, when you received this it was
6   not a surprise?
7        A.   I don't recall.
8        Q.   Do you have any sense of what the
9   advantages are of self-reporting to the NCAA?
10       A.   Yes.
11       MS. BANKS:  Caleb, you can get rid of
12  this.
13       THE WITNESS:  If you are self-reporting
14  it's better for you to discover it than the NCAA to
15  discover it.
16  BY MS. BANKS:
17       Q.   So it is somewhat of a protective measure
18  for the school and for you, I suppose, to minimize
19  whatever actions they may take by saying, hey, we
20  acknowledge it, we are taking these actions ourselves?
21       A.   From my understanding that's how the
22  process works, yes.
23       Q.   So the idea is to help you to help the
24  school?
25       A.   Correct.

155

1        MS. BANKS:  Caleb, you can take this down
2   now.  Thanks.
3   BY MS. BANKS:
4        Q.   Did Georgia Tech discipline you in any
5   way for the Darryl LaBarrie matter or is that all part
6   and parcel of the letter of reprimand?
7        A.   No, I got yelled at pretty intensely and
8   got reprimanded for -- because I wasn't supposed to
9   have any contact from Darryl LaBarrie, but he called
10  me from a number I did not recognize, I answered it,
11  and he apologized and went through the whole thing and
12  was just -- it was an emotional call for him and he
13  just went over and over his apologies, and I got off
14  the call and reported directly to Georgia Tech.
15       Q.   And they were upset with you because that
16  call with LaBarrie was not supposed to happen?
17       A.   That's correct.
18       Q.   You said they yelled at you.  Did they do
19  anything else?
20       A.   Yes, they gave me a letter of reprimand
21  as well.
22       Q.   On that one a separate letter of
23  reprimand?
24       A.   I can't remember if it was a letter of
25  reprimand, I think it was a separate letter, yes,

156

1   because I didn't understand it, I was like what did
2   you want me to do, he called me from a different
3   number, he told me that he did wrong, you know, et
4   cetera, et cetera, and I directly reported it right
5   away, I didn't know what else I could have done, but.
6        Q.   Okay.
7        A.   They weren't happy and I did get
8   reprimanded.
9        Q.   On December 6, 2017 allegations were made
10  to the NCAA related to Bell's girlfriend.  When did
11  you become aware of those allegations, do you recall?
12       A.   I was told by my attorney on the way home
13  after a game.
14       Q.   Was that somewhere on or around
15  December 6?
16       A.   That's correct.
17       Q.   Do you know when Georgia Tech became
18  aware of the allegations?
19       A.   That day because my attorney let Georgia
20  Tech's attorney know, so that day.
21       Q.   Okay.
22       You had -- I assume you had conversations
23  with Georgia Tech officials about these allegations?
24       A.   Yes.
25       Q.   And would those be the same individuals

157

1  you have raised before, Marvin, Shoshanna, Todd?
2      A.  That's correct.
3      Q.  Do you know --
4      A.  Just so know, Shoshanna was also the
5  Title IX coordinator.
6      Q.  Right.
7          So this would have fallen within her
8  purview in that regard?
9      A.  That's correct.
10     Q.  Although Pendley was not an employee of
11 Georgia Tech, correct?
12     A.  That's correct.
13     Q.  But do you know whether Georgia Tech
14 conducted any sort of investigation into these
15 particular allegations?
16     A.  Yes, they did.
17     Q.  What investigation was that?
18     A.  Scott Schneider, they hired an outside
19 counsel to investigate these malicious, sick things
20 these two sickos said and he investigated in.
21     Q.  So they brought in an outside law firm
22 and did the investigation?
23     A.  That's correct.
24     Q.  And were you interviewed as part of that
25 investigation?

158

1      A.  Yes, yes, I was.
2      Q.  And other than being interviewed were you
3  involved in any other way?
4      A.  No.
5      Q.  And did anyone at Georgia Tech or anyone
6  from that law firm keep you up to date or apprised
7  about the progress of the investigation or the
8  substance of the investigation?
9      A.  None whatsoever.
10     Q.  Okay.
11         There was a report at the end of that
12 investigation, correct?
13     A.  That's correct.
14     Q.  And did you have occasion to see it?
15     A.  I mean, I saw it when it became official.
16     Q.  Okay.
17         You didn't see it -- you didn't see
18 iterations of it or drafts of that report?
19     A.  No, not that I -- no. It was when it was
20 about to go public I was alerted before it went
21 public.
22     Q.  So, again, Georgia Tech was supportive of
23 you during this time period which understandably was
24 extremely difficult, is that correct?
25     A.  That's correct.

159

1      Q.  And, in fact, President Bud Peterson came
2  out in the wake of I think the Ron Bell allegations
3  and said he was proud to have you as the basketball
4  coach, do you recall that?
5      A.  I don't recall that exactly, but that's
6  very appreciative obviously.
7      Q.  You don't recall him saying that?
8      A.  He might have said it, yes, I don't
9  recall this second, no. I know he was -- he was very
10 supportive.
11     Q.  How did that make you feel?
12     A.  Well, it made you feel great that you had
13 your boss, you know, to support you.
14     MS. BANKS: Caleb, can you bring up
15 PLAINTIFF009768, please?
16     THE TECHNICIAN: Just a moment.
17     (Document marked Pastner Exhibit 11 for
18     identification.)
19 BY MS. BANKS:
20     Q.  I also think in early 2018 Todd Stansbury
21 also came out publicly and supported you, do you
22 recall that?
23     A.  Yes, both he and President Peterson,
24 obviously there is the quote of what president
25 Peterson said.

160

1      Q.  Yes, take a moment and scroll through
2  that.
3          Caleb, if you can give him control.
4          I thought maybe this would refresh your
5  recollection about what Peterson said about you.
6      A.  This was back in -- from China, we were
7  in China in November when Ron Bell -- President
8  Peterson knew about all the stuff was going on with
9  the Ron Bell NCAA allegations.
10     Q.  Yes.
11     A.  The two sick human beings didn't make the
12 accusations of the other just malicious sick stuff
13 until December.
14     Q.  Right.
15         So this is November and this is just
16 related to the Ron Bell situation, correct?
17     A.  This is just the allegations of me
18 breaking NCAA rules.
19     MS. BANKS: You can take that one down
20 and, Caleb, can you bring up 10859.
21     THE TECHNICIAN: I have PLAINTIFF010849
22 is that the one?
23     MS. BANKS: No, 10859.
24     THE TECHNICIAN: I see it.
25

161

1        (Document marked Pastner Exhibit 12 for
2        identification.)
3        MS. BANKS:  If you could give Coach
4  Pastner control.
5  BY MS. BANKS:
6      Q.   So this is February of '18, so this is
7  after the --
8      A.   Yes, I remember this.
9      Q.   -- the Bell allegation.
10        So Stansbury comes out and supports you
11  in this pretty definitively.
12      A.   Yes.
13      Q.   And so that must have felt good also.
14      A.   Absolutely.
15      Q.   Did Georgia Tech --
16        You can take that down, thank you.
17        Did Georgia Tech work with you also
18  around this time to put out a statement?
19      A.   Well, I did all statements through -- I
20  didn't make any statement through Georgia Tech, I
21  didn't make any statement personally.
22        The only time I talked was after the
23  Louisville game and someone asked me about something
24  and I said it and that was the last time I ever said
25  anything about it because I was restricted from

162

1  Georgia Tech not to say anything and any communication
2  was done by Scott Tompsett.
3      Q.   Even around the time of the Bell
4  allegations?
5      A.   Yes, I didn't -- yes, that's correct.
6        MS. BANKS:  Caleb, can you bring up
7  PLAINTIFF010849 to 10851?
8        (Document marked Pastner Exhibit 13 for
9        identification.)
10  BY MS. BANKS:
11      Q.   Can you take control of this document and
12  scroll to the middle of the article in the paragraph
13  that begins, "Pastner who is in China preparing for
14  Friday's season opener"?
15      A.   Yes.
16      Q.   The second sentence there says, "He
17  released the following statement through his athletic
18  department to CBS sports early Tuesday."
19      A.   Yes.  That was through that through our
20  -- through Georgia Tech regarding this.
21        i was more talking regarding the other
22  issue that I was dealing with Scott Tompsett, this is
23  the only thing said through -- Georgia Tech put this
24  out.
25      Q.   You released the following statement

163

1  through your athletic department.  So you worked with
2  Georgia Tech to put a statement?
3      A.   That's correct.
4      Q.   Okay.
5      A.   Yes.
6      Q.   Do you recall who at Georgia Tech you
7  worked with on this statement and coordinated with on
8  this statement?
9      A.   Mike Flynn.
10      Q.   Who is he?
11      A.   He is the head of the sports information.
12        MS. BANKS:  Caleb, thank you, you can
13  take that down.
14        MS. REPORTER:  What exhibit number was
15  that?
16        MS. BANKS:  Caleb, what exhibit was that?
17        THE TECHNICIAN:  That was Exhibit 13.
18  BY MS. BANKS:
19      Q.   Coach Pastner, other than the allegations
20  related to Bell and LaBarrie has anyone -- and
21  Pendley, has anyone else ever alleged NCAA violations
22  by you while you were at Georgia Tech or while you
23  have been at Georgia Tech?
24      A.   No.
25      Q.   Have you self-reported any other

164

1  violations while you have been at Georgia Tech?
2      A.   Yes.
3      Q.   Which -- what were those?
4      A.   I don't recall, just minor things that
5  just happen as part of running a program.
6      Q.   Approximately how many minor things did
7  you self-report?
8      A.   I wouldn't have -- Shoshanna would have
9  that.
10      Q.   Was it more or less than five, do you
11  think?
12      A.   Probably somewhere in that range.  It
13  could have been accidentally call a kid who was 20 --
14  making this as an example, that was '22, you thought
15  it was 2022 but it was 2023, so you report you find
16  out you have the wrong date, something like that,
17  little things like that.
18      Q.   And to whom do you report those little
19  things?
20      A.   I report directly to Shoshanna,
21  compliance, and Marvin Lewis.
22      Q.   And what happens after you self-report
23  those issues?
24      A.   Just, you know, just there could be a
25  penalty where you can't -- maybe can't call the kid

Transcript of Joshua Pastner
Conducted on May 24, 2021

165

1  for a certain time period, you know, little things
2  like that, depending -- if it was -- depending on if
3  it's then, you know, that could be the cause of the --
4  that could be the penalty-type deal.
5      Q.   Did you get penalties related to any of
6  these items that you self-reported?
7      A.   Yes.
8      Q.   Things of the nature you just mentioned?
9      A.   Yes.
10     Q.   You can't call the kid or whatever?
11     A.   Correct, which is very normal and it's
12 encouraged to report anything of a minor, secondary --
13 anything you have to report it, it doesn't matter how
14 small, your duty is to inform compliance right away.
15     Q.   Okay.
16          And were you in any way disciplined for
17 these violations that you self-reported?
18     A.   Not in a way of -- I think maybe you get
19 another letter of reprimand or something, I don't
20 recall, I think you do get a letter of reprimand
21 which, again --
22     Q.   You don't recall?
23     A.   I don't recall, but I think you get
24 another reprimand any time you have to turn something
25 in, but I'm also like -- you are not going to run a

166

1  program without having minor things happen, and it is
2  the head coach's job when you recognize or see a red
3  flag or you hear something you turn it right in right
4  away, it's part of the responsibility of the head
5  coach.
6      Q.   To your knowledge has Georgia Tech ever
7  reported potential violations by you or your program
8  to NCAA, I mean, have they taken it upon themselves to
9  report you or your program to the NCAA?
10     A.   Well, anything that I reported to them
11 they turned in to the NCAA, absolutely.
12     Q.   Anything that -- did they ever report
13 anything that you yourself hadn't brought to their
14 attention first?
15     A.   Anything they had been aware of usually I
16 am aware of and turn it in right away.
17     Q.   In your performance evaluations that you
18 mentioned previously did you get dinged on compliance
19 for these issues, minor or major, any of them?
20     A.   During the -- during that issue with
21 Darryl LaBarrie and the other two individuals, yes, I
22 did during that time period in the evaluation, but
23 mostly for the other time your job as the head coach
24 is to any red flag or anything that comes across that
25 is -- it doesn't matter how minor your responsibility

167

1  is to turn it in to compliance right away.
2      Q.   Other than the ones you self-reported and
3  the ones we've discussed, no other NCAA violations
4  that have been alleged against you?
5      A.   No.
6          MS. BANKS:  Caleb, can you bring up
7  PLAINTIFF009951.
8          And if you could give Coach Pastner
9  control, please.
10         (Document marked Pastner Exhibit 14 for
11         identification.)
12 BY MS. BANKS:
13     Q.   Coach, can you just scroll through this
14 and tell me whether you recognize this e-mail from
15 September 11, 2018?
16     A.   I don't recall the e-mail but I do
17 understand about the head coach responsibility.
18     Q.   This e-mail from Shoshanna to it appears
19 to be all the coaches and lots of athletic
20 administration staff, it's a follow-up -- according to
21 the first line it says it's a follow-up to our head
22 coach's meeting this morning.  Do you recall having a
23 head coach's meeting on or around that time?
24     A.   I don't -- I don't recall, but I am sure
25 we did.

168

1      Q.   How frequently do you have head coaches
2  meetings at Georgia Tech?
3      A.   Pre-COVID about once a month.
4      Q.   Do you remember in September of 2018
5  Shoshanna raising during a head coach's meeting this
6  NCAA bylaw about head coach responsibility?
7      A.   I don't recall or her bringing that up,
8  but she obviously did.
9      Q.   And at the time she sent this e-mail were
10 you familiar with this rule?
11     A.   Yes.
12     Q.   And would you imagine that most coaches
13 are familiar with this rule at Georgia Tech?
14     A.   I don't know that.  I know I was, I knew
15 about this when I was at Memphis.
16     Q.   Do you have any knowledge as to why
17 Ms. Engel sent this out?
18     A.   I don't know.
19     Q.   Do you have any knowledge as to whether
20 this was related in any way to the problems that had
21 arisen in your program or maybe the women's program?
22     A.   Could have been, could have been both, I
23 don't know, or maybe -- I don't know head coach
24 control or head coach responsibility if that was in
25 any other sports at the time, I just thought it was

Transcript of Joshua Pastner
Conducted on May 24, 2021

169

1  for men's basketball, that was going back to Memphis,
2  that was a big thing in men's basketball, but I don't
3  know about any other sports.
4      Q.   So you don't know whether this particular
5  rule is specific to men's basketball or more general,
6  correct?
7      A.   I knew it was for men's basketball, but I
8  think as time has evolved I think they can use this
9  for any sport, any head coach, from my understanding,
10 I knew this all came about based on men's basketball
11 back years ago.
12     Q.   This particular bylaw?
13     A.   Head coach responsibility, yes, I think
14 at the time Ms. LuAnne Humphrey from the NCAA
15 enforcement staff started -- put this in motion.
16     Q.   Do you recall at any point Shoshanna or
17 anybody else talking with you about this particular
18 rule as it relates to the allegations that were made
19 against you?
20     A.   I don't recall.
21          I know I knew what my responsibility was
22 in this and that's why, you know, based on my
23 documentation, like I said back from my time at
24 Memphis I was aware of what was coming through on the
25 men's basketball side about the head coach

170

1  responsibility.
2      Q.   I understand you are familiar with this
3  rule and you were familiar with this rule.  My only
4  question is did Shoshanna or anybody else from Georgia
5  Tech talk to you about the rule in any context, did
6  you have any discussions with Shoshanna that you
7  recall or anybody else that you recall about this
8  rule?
9      A.   I don't recall.
10     Q.   Since the Bell and et cetera allegations
11 have you had any further contract negotiations with
12 Georgia Tech about any changes to the terms,
13 conditions, duration of your contract?
14     A.   Just recently.
15     Q.   And did the existence of these
16 allegations and these investigations have any impact
17 on those negotiations to your knowledge?
18     A.   I think so.
19     Q.   And what way?
20     A.   In a negative way.
21     Q.   How so?
22     A.   Because considering what we have done to
23 accomplish here on the market probably would have a
24 opportunity for a long-term contract, but probably
25 because of some of this stuff that's happened in the

171

1  past I might not have the same opportunities, you
2  know.
3      Q.   Have you been denied a long-term
4  contract?
5      A.   No, no, not denied, I just think it's
6  probably involved in some of the contract
7  negotiations.
8      Q.   So are you -- you are speculating that
9  this could have a negative impact on what you and your
10 agent might try to accomplish?
11     A.   Correct.
12     Q.   But those negotiations are not completed
13 yet, is that correct?
14     A.   They are not completed yet, that's
15 correct.
16     Q.   So you have no additional contract terms
17 beyond what we looked at before when you had the
18 extension?
19     A.   As of right now I have got two years
20 remaining on my current contract.
21     Q.   And what is it -- for coaches, at what
22 point is it sort of standard or appropriate to start
23 talking about your next contract, how far out from the
24 end of your current contract?
25     A.   As you are getting towards the end, I

172

1  mean, you are going to have to -- because the recruits
2  will ask about it and how long you are going to be
3  there, but based on our success that we have
4  accomplished, you know, in order to be able to move
5  forward with recruiting and everything and people not
6  asking questions about it you are going to need to
7  have some additional years, otherwise -- you don't
8  have to, but if you want to be able to recruit in a
9  normal cycle, otherwise the recruits will be asking
10 about that, as will your current student athletes.
11     Q.   Sure.
12          MS. BANKS:  Caleb, you can get rid of
13 this document.
14 BY MS. BANKS:
15     Q.   So is two years out about right or do you
16 do it sooner than that?
17     A.   I think it just depends on the success
18 that the team is having.
19     Q.   And did you start these discussions two
20 years out or was it prior two years out or beyond?
21     A.   This only started based on our -- maybe
22 April of 2021.
23          MS. BANKS:  If we can look at BOR-012056.
24          (Document marked Pastner Exhibit 15 for
25 identification.)

173

1        MS. BANKS:  If you can give Coach Pastner
2   the control, please.
3   BY MS. BANKS:
4        Q.   Do you recognize this document?
5        A.   This is our response to notice of
6   allegations.
7        Q.   Right.
8        A.   I don't remember this, no.
9        Q.   Did you -- have you ever reviewed the
10  response, Georgia Tech's response to the notice of
11  allegations?
12       A.   I think, you know, I think there was a
13  freedom of information request, and it probably became
14  public record.
15       Q.   My question is did you ever review the
16  response to the notice of allegations?
17       A.   I can't recall, but if I did it would
18  have been gone through with my lawyer, Scott Tompsett,
19  based on the lawsuit situation which I was dealing
20  with.
21       Q.   So at the time this was prepared and
22  submitted you had not seen it either before or after
23  it was submitted?
24       A.   That's correct, I didn't get like a look
25  through it before they submitted anything.

174

1        Q.   Do you recall whether anyone at Georgia
2   Tech discussed the substance of this response while
3   they were drafting it or before they submitted it?
4        A.   With me?
5        Q.   Yes.
6        A.   Not that I recall, no.
7        MS. BANKS:  Caleb, you can get rid of
8   this.
9   BY MS. BANKS:
10       Q.   So the upshot of the NCAA hearing and
11  allegations that we were talking about is that the
12  Committee on Infractions found Level I and Level II
13  violations, correct, based on the actions of Bell and
14  LaBarrie?
15       A.   Correct.
16       Q.   Did the fact that there were Level I and
17  Level II violations have any impact on you or will
18  they have any impact on you as a coach if, for
19  example, there were other -- if any other infractions
20  occur by you or by your program, will the fact that
21  there are Level I or Level II violations out there
22  already is that going to have any impact on you?
23       A.   Well, two things, one, we are on
24  probation because of that so you got to be -- you
25  don't want to have any obviously any issues any time,

175

1   but especially got to be extra diligent during
2   probation period; secondly, we did get a post season
3   ban based on these and part of that was based on past
4   precedent of what had happened at Georgia Tech
5   previously before I was here.
6        Q.   So that is sort of my question.  So
7   before you were there there might have been issues so
8   that when they looked at your issue they are
9   considering what happened before and it might impact
10  how they rule in the current case, right, so now going
11  forward whether it is you or another coach these
12  violations may impact how future violations are
13  assessed, is that fair to say?
14       A.   Under the Committee of Infractions, yes,
15  they can view that.
16       I don't -- this new IARP group, I don't
17  know if they look at it from the past, so it depends
18  on where you go, but with the Committee of Infractions
19  they can, and on this one here we had -- we didn't
20  have any -- lack of institutional control and there
21  was no head coach control.
22       MS. BANKS:  I need about five or
23  ten minutes, Courtney, and then I may be done.  I may
24  have a few loose end type questions, but I just want
25  to connect with my team and come back.

176

1        MS. POOLE:  Okay.
2        MS. BANKS:  It's 2:15, why don't we come
3   back at 2:25.
4        MS. POOLE:  Sounds good.
5        MS. REPORTER:  We are off the record.
6        (Recess taken.)
7        MS. REPORTER:  We are back on at
8   2:26 p.m. Eastern.
9   BY MS. BANKS:
10       Q.   Coach Pastner, earlier we talked about
11  whether you had had conversations with anybody at
12  Georgia Tech about Coach Joseph and her advocating for
13  more resources for her team.
14       I wanted to ask whether -- because I am
15  not sure I mentioned her, did you ever have occasion
16  to speak with Joeleen Akin about Coach Joseph?
17       A.   I might have, I just don't recall, you
18  know.  I know Coach Joseph and I had had
19  conversations, you know, she would sometimes vent to
20  me some of her frustrations, but I don't remember any
21  conversations with Joeleen about Coach Joseph.
22       Q.   And when you say Coach Joseph vented her
23  frustrations, that was about this issue of her asking
24  for additional resources for her team?
25       A.   No.  I think she was just checking to

Transcript of Joshua Pastner
Conducted on May 24, 2021

177

1  see -- look, she was my counterpart, she was -- you
2  know, and she wanted me to do well, I wanted her to do
3  well, and she would bounce things off like wondering
4  if an Adidas allotment, had we gotten our Adidas
5  allotment, I don't think they had gotten theirs, she
6  wanted to know if we had gotten ours, stuff like that,
7  about the housing situation, she was kind of seeing
8  more about head coach to head coach type of thing. We
9  had a good relationship.
10      Q.   That was my next question, you did have a
11  good relationship with Coach Joseph, right?
12      A.   Yes. I got along with Coach Joseph,
13  tried to, you know -- any way to help her be
14  successful. I wanted her to be successful.
15      Q.   And you respected each other as coaches?
16      A.   Absolutely. She won a lot of games at
17  Georgia Tech, you know.
18          MS. BANKS:  Okay, that's all I have.
19          MS. POOLE:  I think Tania and I each have
20  a handful of questions and then we can wrap up.
21              EXAMINATION
22              BY MS. POOLE:
23      Q.   Coach Pastner, this morning Ms. Banks
24  asked you if -- I am sorry because I forget how she
25  phrased it -- but essentially you were asked if

178

1  Ms. Faransso and I are representing you, and I just
2  want to get clear for the record that I am
3  representing the Board of Regents and Ms. Faransso is
4  representing the Georgia Tech Athletic Association,
5  you understand we are not your personal attorneys,
6  correct?
7      A.   That is correct.
8      Q.   Mr. Tompsett has been here as your
9  personal attorney today, is that correct?
10      A.   That's correct.
11      Q.   Thank you.
12          I also wanted to talk -- we talked about
13  the locker rooms quite a bit earlier today and I want
14  to get something clear for the record.
15          When we talk about the ways in which the
16  women's team had to access their locker room, it's
17  been said a few times that they had to go through the
18  men's locker room to get to their own locker room. I
19  have been to this facility and so I want to make sure
20  we are clear on the record, it's not as if the women
21  have to walk through the area where the men change,
22  correct?
23      A.   That is correct. It is a walkway past
24  our lounge to a door that they would have to go down
25  the stairs, but it is not in the changing room where

179

1  our student athletes change.
2      Q.   And when we talk about the locker rooms
3  it's actually sort of a collection of rooms, right,
4  it's not as though here is the locker room and this is
5  it, we've been talking about the facilities in the
6  Luck building we keep calling them the locker room, it
7  is a collection of different rooms, correct?
8      A.   That's correct, you have got the locker
9  room, you have got the training room, you have got as
10  Lisa said about the kind of like the gaming room, it
11  is all kind of together, and then you have got the
12  lounge area.
13      Q.   And you testified that you have had the
14  ability to make changes with that space as you saw fit
15  or thought that changes needed to be made as far as
16  how you were using the space?
17      A.   As in terms of cosmetics, you know, like
18  there is -- if you viewed it, you know, it is sort of
19  like a maze to go around, it's not -- it is a design
20  that is not efficient and so there is just, it is like
21  a room, room, room, room, it is not a free-flowing
22  type of locker room.
23      Q.   Poor layout?
24      A.   Poor layout. It is not free-flowing, it
25  is not an open space. It's just sort of a maze to

180

1  find out where you are going.
2      Q.   We also talked a little bit about
3  fundraising, and you mentioned Mr. Jim Hall and the
4  A-T Fund, and I want to be a little more clear about
5  Mr. Hall's role in coordinating with the A-T Fund.
6          So when you mentioned that you and Jim
7  fundraised together is Jim hosting any dinners or
8  parties?
9      A.   We host a pre-season dinner party type at
10  my house for the coaches circle members and/or
11  potential members and so we do that at my house and in
12  the pre-season and then throughout the entire year I
13  am constantly whether it's doing all kinds of
14  communications, you know, via video, e-mails, Zooms,
15  in-person meetings, whatever that needs to be done to
16  continue that relationship, as I mentioned, so when we
17  ask at the end of the year for whatever we ask for
18  their donation that it is not just -- again, it is
19  more about the access to the head coach talking to the
20  head coach having that kind of insider knowledge type
21  thing, it's kind of the feel about it.
22      Q.   And then you were also asked I think
23  earlier in the day when we were talking about your
24  contracts, put your contract up on the screen and
25  talked about it a little bit, you were asked something

Transcript of Joshua Pastner
Conducted on May 24, 2021

46 (181 to 184)

---

181

1  to the effect of was it ever said to you or implied to
2  you that you weren't going to get the contract if you
3  didn't perform well, and then later in the day you
4  said that you weren't told that you had to make it to
5  the NCAA tournament. Can you tell me a little bit
6  more about the conversation?
7      A.   The initial time when I got hired they
8  hired me on the premises that they gave me a contract
9  that I had five years to get to the NCAA tournament
10 otherwise -- that was the objective and on the initial
11 contract, you know, even though I had of years they
12 gave me a six-year deal the last couple of years
13 weren't fully guaranteed, it was the plant of five
14 years to get the program back to the NCAA tournament.
15     Q.   You had a successful year this year as
16 well, right?
17     A.   Yes. We accomplished the mission that
18 was told to us that we needed to accomplish and we
19 accomplished it.
20     Q.   You mentioned that you have some
21 negotiations I think are ongoing with your contract.
22 Did those negotiations start before or after you won
23 the ACC championship?
24     A.   After.
25          MS. POOLE:  I think that's all I have,

---

182

1  miss Faransso?
2          MS. FARANSSO:  Thanks.
3          Just a few more quick questions.
4              EXAMINATION
5          BY MS. FARANSSO:
6      Q.   When we were talking about your reporting
7  line you mentioned that Todd Stansbury is from GTAA.
8  Were you referring to Mr. Stansbury's role as an
9  officer on the GTAA Board of Trustees?
10     A.   Well, he is on the Board of Trustees as
11 an officer, but I have also -- he kind of wears two
12 hats because he is on that side of it but in the end
13 he is the athletic director, sort of like the head
14 coach is responsible for their sports team, the
15 athletic director is responsible for the entire
16 athletic department.
17     Q.   Got it.
18          And you report to Mr. Stansbury in his
19 role as athletic director for the institute, right?
20     A.   Yes.
21     Q.   And as head coach of the men's basketball
22 team you are an employee of the institute yourself, is
23 that right?
24     A.   That is correct.
25          MS. FARANSSO:  Nothing else from me.

---

183

1          MS. POOLE:  We are all done.
2          MS. BANKS:  Nothing else from me.
3          MS. REPORTER:  Will the witness be
4  reserving signature?
5          MS. POOLE:  Yes, we would like to read
6  and sign.
7          MS. REPORTER:  Ms. Banks, regular
8  delivery on the transcript?
9          MS. BANKS:  Yes, that's fine.
10         MS. REPORTER:  Courtney, you are taking a
11 copy then I am assuming?
12         MS. POOLE:  I am not, Ms. Faransso --
13         MS. FARANSSO:  I will do the regular
14 copy, thank you.
15         MS. REPORTER:  And does anybody need a
16 rough draft?
17         MS. POOLE:  No.
18         MS. FARANSSO:  No.
19         MS. BANKS:  No.
20         (WHICH WERE ALL OF THE PROCEEDINGS HAD OR
21             TAKEN PLACE IN THE ABOVE-ENTITLED MATTER.)
22
23
24
25

---

184

1      IN THE UNITED STATES DISTRICT COURT
2        NORTHERN DISTRICT OF GEORGIA
          ATLANTA DIVISION
3
   MACHELLE JOSEPH,          )
4                            )
          Plaintiff,         )
5                            )
       vs.                   ) Civil Action o.:
6                            ) 1:20-cv-00502-TCB
   BOARD OF REGENTS OF THE   )
7  UNIVERSITY SYSTEM OF      )
   GEORGIA and GEORGIA TECH  )
8  ATHLETIC ASSOCIATION,     )
                             )
9         Defendants.        )
10
11     I, JOSHUA PASTNER, being first duly sworn, on
   oath say that I am the deponent in the aforesaid
12 deposition taken on May 24, 2021; that I have read the
   foregoing transcript of my deposition, consisting of
13 pages No. 1 through No. 185, inclusive, and affix my
   signature to same.
14
15 ----------------
16        JOSHUA PASTNER
   Subscribed and sworn to
17 before me this   day of
             , 2021
18
   Notary Public
19
20
21
22
23
24
25

---

185

1  STATE OF ILLINOIS)
           ) SS.
2  COUNTY OF DUPAGE )
3       I, STEPHANIE A. BATTAGLIA, CSR and Notary
4  Public in and for the County of DuPage and State of
5  Illinois, do hereby certify that on May 24, 2021, at
6  9:44 a.m., Eastern Time, the deponent JOSHUA PASTNER
7  virtually appeared before me.
8       I further certify that the said JOSHUA
9  PASTNER was by me first duly sworn to testify and that
10 the foregoing is a true record of the testimony given
11 virtually by the witness.
12      I further certify that the deposition was
13 terminated at 2:36 p.m. Eastern Time.
14      I further certify that I am not counsel for
15 nor related to any of the parties herein, nor am I
16 interested in the outcome hereof.
17      In witness whereof, I have hereunto set my
18 hand and seal of office this 7th of June, 2021.
19
20
21
22              Notary Public
23 CSR No. 084-003337 - Expiration Date:  May 31, 2023.
24
25