

**Exhibit #**

**Pastner 1**

5/24/21 - CW



# Georgia Tech Athletic Association

April 7, 2016

Joshua Pastner
3500 Windgarden Cove
Memphis, TN 38125

Dear Josh:

It is with great pleasure that I offer you the position of Head Men's Basketball Coach for the Georgia Institute of Technology ("Institute"), effective April 8, 2016. This Memorandum of Understanding, which presents the material terms of our offer, will be incorporated into a formal employment contract with the Georgia Tech Athletic Association ("GTAA") for execution at the earliest possible date. Your employment is subject to the satisfactory completion of a background check by the Institute. Your acceptance of this offer, subject to the aforementioned background check, will constitute a binding agreement between you and the GTAA.

The employment contract will be for a term of six years, with each subsequent contract year occurring from May 1 to April 30.

Your compensation as Head Men's Basketball Coach will include the following:

- Annual total guaranteed compensation at the following rates:

    | | |
    |---|---|
    | 2016-2017 | $1,600,000 |
    | 2017-2018 | $1,700,000 |
    | 2018-2019 | $1,800,000 |
    | 2019-2020 | $1,900,000 |
    | 2020-2021 | $2,000,000 |
    | 2021-2022 | $2,200,000 |

- Incentive compensation (not to exceed $500,000) for achieving athletic and academic performance goals, to be determined.

- Full standard benefits on the same terms as provided by the Institute to all professional employees, with contributions and benefit amounts based upon the base salary where relevant.

- Coverage for your household moving expenses to include a full move, temporary housing for up to three months, and a $25,000 miscellaneous expense allowance.

- Additional perquisites provided by GTAA.

Page 1 of 3

*"The Yellow Jackets"*

Georgia Tech Athletic Association, Inc., 150 Bobby Dodd Way, N.W., Atlanta, Georgia 30332-0455   404 894-5400

GTAA-000930



Among other terms, your employment contract will include the following:

- Provisions prohibiting you from receiving benefits or compensation other than as described above from any other source without prior written agreement. The Institute shall permit you to conduct athletic camps with Institute support in accordance with Institute and GTAA policies; however, the financial risk and benefit will remain with you.

- Provisions stating that if you resign, or if the contract is terminated for "good cause" (see Exhibit "A"), the GTAA shall not be liable for any payments or benefits after the date of termination, except those earned prior to termination.

- Provisions allowing the GTAA to terminate your employment without "good cause" that would require the following payment to you based on a percentage of the remaining value of base compensation under the contract:

  | Year | Percentage |
  |---|---|
  | 2016-2017 | 100% |
  | 2017-2018 | 100% |
  | 2018-2019 | 100% |
  | 2019-2020 | 75% |
  | 2020-2021 | 75% |
  | 2021-2022 | 60% |

  Payments would be made monthly over the period of years that were remaining under your contract ("Payout Period") at the time of termination, and would be offset by 50% of any compensation you are paid or contracted to receive during that Payout Period.

- Provisions in which you agree not to seek, consider, or apply for other positions without prior notice to the GTAA. Additionally, you would pay to the GTAA a buyout of $750,000 prior to April 1, 2019, or $500,000 thereafter, if you resign during the term of your contract with the GTAA.

- Provisions in which you agree that you are fully responsible for any payments toward the University of Memphis or its designee toward the release of obligations regarding your employment.

- Provisions setting forth your duties as Head Men's Basketball Coach (see Exhibit "B").

While these terms are contingent upon our executing an employment contract, I trust that every reasonable effort will be made to mutually conclude that process within 60 calendar days of your start date. However, this Memorandum of Understanding will serve as the contract if a formal contract is not signed within 60 calendar days.

*"The Yellow Jackets"*

Georgia Tech Athletic Association, Inc., 150 Bobby Dodd Way, N.W., Atlanta, Georgia 30332-0455   404 894-5400

GTAA-000931



# Georgia Tech Athletic Association

Assuming that you are amenable, please indicate your acceptance and agreement to these terms by signing below.

Josh, I have every confidence that you will lead our Men's Basketball program with integrity, pride, and a commitment to excellence, and I look forward to welcoming you as a member of the Yellow Jacket family.

Sincerely,

*[signature]*

Mike Bobinski
Director of Athletics
Georgia Institute of Technology
Georgia Tech Athletic Association


Agreed to and accepted by:

*[signature]*
_____
Joshua Pastner

4/8/16
_____
Date

*"The Yellow Jackets"*

Georgia Tech Athletic Association, Inc., 150 Bobby Dodd Way, N.W., Atlanta, Georgia 30332-0455   404 894-5400

GTAA-000932



**Exhibit A**

**Termination for Cause**

This Contract may be terminated for cause prior to the end of the Contract term as described in this Article. In the event of termination for cause, the GTAA shall immediately be relieved of any and all liabilities and/or obligations to COACH under the Contract, other than for monies earned and due for services rendered prior to termination.

This Contract will terminate if the employment of COACH as the Institute's Head Men's Basketball Coach is terminated or if, in the sole discretion of the President and Chairman of the GTAA, "Good Cause" exists for such termination. "Good Cause" includes, but is not limited to, any of the following:

1. Conviction of (or entry into pre-trial intervention as a result of) a crime involving moral turpitude or conviction of a felony;

2. Involvement in conduct that the GTAA, in its sole discretion, reasonably considers injurious to the reputation of the GTAA or the Institute;

3. COACH's failure to substantially perform any of the duties as set forth in Article II and Exhibit A of this Contract;

4. The committing of a Level One or Level Two violation of NCAA Legislation by COACH while employed by the Institute or while previously employed at another NCAA member institution, or the committing of a series or pattern of Level Three violations of NCAA Legislation while employed by the Institute;

5. The committing of a major violation of NCAA Legislation by any representative of the Institute's athletics programs while COACH is at the Institute and of which COACH has actual knowledge or should have had actual knowledge (as determined by the GTAA), and which COACH did not report in a timely fashion in accordance with all appropriate NCAA, GTAA and Institute rules, policies and regulations;

6. Serious or repeated misconduct; or

7. Any cause adequate to justify the termination of any other non-classified Institute employee.

# Georgia Tech Athletic Association

The GTAA's right to terminate this Contract for cause shall not be construed to preclude the GTAA's imposition, in its sole discretion, of lesser discipline (such as suspension with or without pay or other sanctions) on the Head Men's Basketball Coach, whether for personal or Departmental violation of rules, policies or regulations, or for any other reason including any breach of this Contract.

Exhibit A, Page 2 of 2

*"The Yellow Jackets"*



**Exhibit B**

**Duties and Responsibilities of the Head Men's Basketball Coach**

The Head Men's Basketball Coach provides strategic leadership and direction for the Georgia Tech Athletics Men's Basketball program, and is at the forefront of building an environment that inspires and empowers student-athletes to be champions in academics, competition, and life.

- Actively participate and collaborate as a member of GT Athletics coaching leadership.

- Provide oversight and leadership for assigned sport program.

- Evaluate individual and team strengths and develop strategies for skill improvement.

- Supervise all games, scrimmages, and practices or delegate the responsibility to an appropriate staff member as needed.

- Plan and supervise programs for student-athlete training, conditioning, nutrition, and safety, in collaboration with support staff such as the Director of Sports Medicine, Team Physician, and Player Development Coach.

- Provide appropriate discipline for student-athletes for violations of team, GT Athletics and Institute rules or regulations, or conduct impacting upon team matters, team policies or the reputation of GT Athletics.

- Manage the recruiting program for sport program student-athletes and recommend students for athletic grant-in-aid scholarships from GT Athletics.

- Direct sport program student-athletes to the appropriate resources for assistance regarding financial aid, academic advisement, and general student needs provided by GT Athletics or the Institute.

- Oversee expending operational resources budgeted to the sport program in a manner consistent with GT Athletics policy.

- Promote an atmosphere of compliance within the sport program. Cooperate with the Athletics compliance office regarding NCAA rules and policies, including reporting requirements. Monitor activities of all program members, and make a determined effort to ensure that staff are aware of all available compliance resources.

Exhibit B, Page 1 of 2

*"The Yellow Jackets"*

Georgia Tech Athletic Association, Inc., 150 Bobby Dodd Way, N.W., Atlanta, Georgia 30332-0455   404 894-5400

GTAA-000935



- Cooperate with the Athletics drug education and testing program in adherence with Institute and NCAA rules and policies.

- Cooperate with GT Athletics administration in monitoring the academic progress of student-athletes to facilitate pursuit of a baccalaureate degree.

- Oversee staff activity relating to public relations and promotions for the sport program, and support the Communications and Public Relations department in the preparation of sport program materials and resources.

- Partner with The Alexander-Tharpe Fund in fundraising efforts to support the sport program and GT Athletics, including encouraging contributions.

- Oversee the preparation and update of the equipment inventory for the sport program in partnership with the equipment manager.

- Carry out all responsibilities involved in the management of direct reports.

- Represent GT Athletics in a positive and professional manner with Institute partners, fans, donors, alumni, and intercollegiate athletics organizations such as the NCAA and ACC.

- Develop and maintain positive and productive relationships with key internal and external constituents.

- Exhibit the Georgia Tech Athletics core values of character, excellence, teamwork, and innovation. Promote these values throughout the organization with a focus on fulfilling the GT Athletics mission.

- Perform other related duties as assigned by the sport administrator or Director of Athletics.

Exhibit B, Page 2 of 2

*"The Yellow Jackets"*

Georgia Tech Athletic Association, Inc., 150 Bobby Dodd Way, N.W., Atlanta, Georgia 30332-0455   404 894-5400

GTAA-000936