Exhibit #
Pastner 8
5/24/21 - CW

**Subject:** Re: Mens/Womens Lockerroom
**Date:** Wednesday, April 4, 2018 at 7:29:45 AM Eastern Daylight Time
**From:** Mark Rountree
**To:** MaChelle Joseph
**CC:** Josh Pastner, Mindy Hyde, Jim Hall
**Attachments:** image591742.png

Josh,

Thanks for the note. We have all been on the same page for a while. If Todd and Jim can bring home a gift, to add to what WBB has raised, to do both then we go forward with both. If that doesn't happen fairly soon, then we go with WBB portion only.

I'll touch base with you today to confirm, but I think we're good.

Thanks,

Mark

P.S. Sorry I missed your call but I'm old and boring and usually in bed by 10pm on weeknights. :)


On Apr 3, 2018, at 11:04 PM, MaChelle Joseph <MJoseph@gtathletics.org> wrote:

> Thanks coach let's follow up on it in the morning .
>
> Sent from my iPhone
>
> > MaChelle Joseph
> > Head Women's Basketball Coach
> > Georgia Tech Athletic Association
> > 150 Bobby Dodd Way NW | Atlanta, Georgia | 30332
> > mjoseph@athletics.gatech.edu
> > W: 404.894.5406
> > Web |Facebook |Twitter
>
> On Apr 3, 2018, at 10:30 PM, Josh Pastner <jpastner@gtathletics.org> wrote:
>
>> Mark,
>> I tried calling you tonight but no answer.
>>
>> I did talk to Jim Hall.
>>
>> I just want to make sure everyone is on the same page and you here it from me.
>>
>> If we have the money and are ready to do a mens and womens lockerroom project lets do it. If the money is there then we need to start on that project for both men and women this spring so we get the return on investment for it now. I need it for 2019 recruiting when prospects are taking official visits in

PLAINTIFF006867

the fall.  The longer the project waits it is not as effective for us.

If we don't have the money to do both men's and women's together but only enough to do one team then that money should go towards the women for the lockerroom upgrade.

If coach Joseph has raised the money for her part and the only way it will get done is the mens part needs to be included then as I have told Jim I don't have the time to fundraise for this particular project but I will do whatever is necessary to make it work if Jim tells me who I need to call or who I need to grab a bite to eat with, or do whatever to get the money raised so the needs are met for both teams.  Basically someone will have to do all the work to do the complete setup and I can come in at the end.

I told Todd and Marvin in a meeting awhile ago that I will do whatever they need me to do to help with any capital campaign project however nothing was more important to me for immediate success than the guarantee that 250,000 was going to be raised every year for coaches circle.  I do not want to hold up or stop coach Joseph from getting the lockerroom upgraded.  And if that means to get that done that we have to raise money for the mens side then I am all in if Todd is all good with it.

After last head coaches meeting Jim Hall mentioned there might be a possibility that a donor was going to give a very nice gift to cover both mens and womens new lockerrooms.  I told Jim I am all in and lets do that and that would be awesome.  The only thing I don't want is Todd asking the same person for the same amount money for the edge building and it looks like we are not all on the same page.

Any questions please let me know

Josh Pastner

> Josh Pastner
> Head Men's Basketball Coach
> Georgia Tech Athletic Association
> 150 Bobby Dodd Way NW | Atlanta, Georgia | 30332
> jpastner@athletics.gatech.edu
> W: 404.894.4424
> Web | Facebook | Twitter

PLAINTIFF006868