| | |
|---|---|
| **To:** | Mr. Todd Stansbury, Director of Athletics |
| **Cc:** | Ms. Lynn Durham, Associate Vice President & Chief of Staff |
| **From:** | Ethics, Compliance, and Legal Affairs |
| **Date:** | March 4, 2019 |
| **Subject:** | Amorous Relationship between Two Members of the Athletics Association (AA) Executive Leadership Team |

Process:

The investigation started with Kevin Cruse, AA HR Business Partner. Kevin provided background information, including Georgia Tech AA Leadership Organizational Chart (attached hereto as Exhibit A), job descriptions of the Associate Athletic Director, Administration & Finance (attached hereto as Exhibit B) and the Associate Athletic Director, Compliance (attached hereto as Exhibit C). All AA Executive Leadership Team members were interviewed, except the Director of Athletics.

Persons interviewed:
- Ayo Taylor-Dixon, Senior Associate AD, External Ops
- Derek Grice, Associate AD, Facilities & Events
- Phyllis LaBaw, Associate AD, Student Services
- Jim Hall, AVP & Associate AD, Development
- Kevin Cruse, HR Business Partner
- Mark Rountree, Deputy Athletic Director
- Jeff Keisler, Associate AD, Sales & Fan Experience
- Joeleen Akin, Associate AD, Student-Athlete Development
- *Marvin Lewis, Associate AD, Administration & Finance
- *Shoshanna Engel, Associate AD, Compliance

   * Persons involved in an amorous relationship since 2016.

Findings:

1. According to the current AA Leadership Organization Chart, there is no direct reporting relationship between Lewis and Engel. Serving as Associate ADs, they both report to Standsbury directly, each with oversight responsibility of separate areas:
   - Lewis is responsible for administration and finance, overall business office operations, information technology systems, risk management, equipment, track & cross country, and men's basketball team.
     o Lewis meets with Cruse on a weekly basis. Although Cruse reports to Standsbury, it was alleged that Lewis may be de facto over AA HR.
   - Engel is responsible for compliance, GTAA board administration, and ORA open records requests.
2. Most interactions between Lewis and Engel occur in the following ways:
   - Lewis oversees all AA business operations, including Engel's responsible area.
     o There is no evidence showing that Lewis treats Engel's responsible area more favorably than other AA areas.
   - Engel oversees all AA compliance matters, including men's basketball team that is administrated by Lewis.
     o There is no evidence showing that Engel treats men's basketball team and track & cross country more favorably than other AA sports teams.
   - Both Lewis and Engel are members of the AA Executive Leadership Team, along with nine other AA senior administration personnel.
     o Almost all interviewees commented that both Lewis and Engel are very competent in performing their duties.
     o All interviewees are aware of the amorous relationship.
   - Both Lewis and Engel are members of the following committees:
     o GTAA Senior Staff Committee



- o GTAA Policy Huddle Group
- o GTAA Diversity, Equity, and Inclusion Working Group
- o GT EthicsPoint Tier Review Group

3. Six out of eight AA Executive Leadership Team members expressed concerns about the impact of the amorous relationship. Specifically, they shared the following observations and/or perceptions:
   - Impact on the AA Executive Leadership Team meetings, for example,
     - o Lewis and Engel seem to form an alliance sometimes and pursuit their own agenda instead of the team agenda;
     - o Lewis and Engel seem to be inseparable as a joint force. There were instances where Engel spoke on behalf of Lewis on matters within Lewis' area of responsibility;
     - o Lewis and Engel finish each other's sentences during meetings;
     - o Lewis and Engel seem to be looking out for each other and take each other's side. Their objectivity seem to be compromised by their relationship;
     - o Team meeting dynamic is apparently different when Lewis or Engel is present versus when both of them are present. Team members seem to be more open and relaxed when Engle is not present at the meetings.
   - Impact on the relationship between other team members and Lewis & Engel, collectively and individually.
     - o There seems no secret between Lewis and Engel, e.g. information intended for Lewis or Engel seems to be shared between them. It was alleged that they may be blind copying each other on email communications.
     - o When other team members disagree with Lewis or Engel, it seems to be disagreeing with both of them.
   - Lewis and Engel seem to always serve on committees or show up in same meetings together. Some interviewees question why it is necessary for both of them to be present because it seems like the meeting has nothing to do with the responsible areas of one of them.
     - o Currently, Lewis and Engel overlap in their committee commitment on five AA committees and one GT committee.
   - Lewis and Engel seem to travel many trips together, especially trips related to men's basketball team activities.

Conclusions and Recommendations:

➢ Although there is no evidence substantiating any policy violations (BOR Policy 8.2.18.6 is attached hereto as Exhibit D), the amorous relationship seems to present trust and objectivity challenges to the AA Executive Leadership Team.
   - It is noteworthy that none of the interviewees have expressed and/or shared their perceptions and/or concerns with Lewis, Engel, or both.
➢ BOR Human Resources Administrative Practice Manual (attached hereto as Exhibit E) "strongly discourages amorous relationships between faculty or administrators and graduate/professional students and/or employees whose work they supervise."
   - Under the current structure, Lewis and Engel seem to be in positions where one could potentially has influence over another's responsible areas. For example, Lewis supervises all administration and finance of all AA units, including Engel's unit. Engel supervises sports compliance, including Lewis's area of men's basketball team.
➢ In order to preserve the integrity of GT and AA, The Director of Athletics, GT HR representative, ECLA representative, Lewis, and Engel shall work together to clarify Institute's expectations and to develop a management plan to be approved by the President.

**Exhibit A.**



BOR-0015970

**Exhibit B.**



Georgia Tech Athletics

We inspire and empower student-athletes to be champions in academics, competition, and life.

| Job Title: | Associate Athletic Director, Administration & Finance | | |
|---|---|---|---|
| Department: | Administration A01 | Job Code: | 193XA2 |
| Job Grade: | A14 | Position Type: | Full-Time |
| Manager: | Director of Athletics | Direct Reports: | Dir Accounting, Dir Computer Ops, Equipment Mgr, Head Baseball Coach, Head Men's Track Coach, Head Cross Country & Women's Track Coach |
| Interacts With: | All Athletics staff, GTAA board members, Institute executives, campus partners, external partners, donors, student-athletes | Advises & Counsels: | All Athletics staff, campus partners, student-athletes |

**Job Purpose**

The Associate Athletic Director, Administration & Finance provides strategic leadership and direction across Georgia Tech Athletics, with particular oversight of the finances and business operations for the Georgia Tech Athletic Association, as well as departmental oversight of the Business Office, Computer Operations, Equipment, Baseball, and Cross Country/Track and Field.

**Job Description**

**KEY RESPONSIBILITIES**

- Actively participate as a strategic leader and member of the GT Athletics senior leadership team.
- Provide oversight and leadership for assigned areas of responsibility, which include the Business Office, Computer Operations, and Equipment, and sport administration for Baseball and Cross Country/Track and Field.
- Provide financial oversight, leadership and direct support with accounting services and business operations for the Georgia Tech Athletic Association (GTAA).
- Develop and oversee the effective management of GTAA resources, including investment and debt strategies.
- Oversee the risk management program and contract administration on behalf of GTAA.
- Advise and lead in the development and formulation of Athletics policies and procedures.
- Carry out all responsibilities involved in the management of direct reports and their teams.
- Develop and maintain positive and productive relationships with key internal and external constituents.
- Represent GT Athletics with efforts and initiatives involving operational and business partners, including Institute departments such as Financial Services, Dining Services and Housing, and with intercollegiate athletics organizations such as the NCAA and ACC.
- Cooperate with the Athletics compliance office regarding NCAA rules and policies, including reporting requirements, and make a determined effort to ensure that staff and teams are in compliance.
- Exhibit the GT Athletics core values of character, excellence, teamwork, and innovation. Promote these values throughout the organization with a focus on fulfilling the GT Athletics mission.
- Perform other related duties as assigned.



**EDUCATION, EXPERIENCE, KNOWLEDGE & ABILITIES**

- Bachelor's degree in Accounting, Business Administration or Finance
- Five to seven years of job related experience
- Experience in a FBS, D-1A Athletics Program preferred
- Experience working with a nonprofit 501(c)3 organization preferred

**SPECIALIZED SKILLS**

- Building Trust
- Collaboration
- Communication
- Conflict Management
- Continuous Learning
- Delegating Responsibility
- Drive
- Facilitating Change
- Guiding & Developing Staff
- Innovation
- Integrity
- *Risk Taking*
- Self Development
- Strategic Focus
- Team Leadership
- Visionary Leadership

| Reviewed By: | | Date: | |
|---|---|---|---|
| Approved By: | | Date: | |

**Exhibit C.**

 Georgia Tech Athletics

*We inspire and empower student-athletes to be champions in academics, competition, and life.*

| Job Title: | Associate Athletic Director, Compliance | | |
|---|---|---|---|
| Department: | Compliance A09 | Job Code: | 193X4B |
| Job Grade: | A14 | Position Type: | Full-Time |
| Manager: | Director of Athletics | Direct Reports: | Asst AD Compliance, Assoc Dir Compliance, Asst Dir Compliance |
| Interacts With: | All Athletics staff, GTAA board members, Institute executives, campus partners, student-athletes | Advises & Counsels: | All Athletics staff, student-athletes |

**Job Purpose**

The Associate Athletic Director, Compliance provides strategic leadership and direction across Georgia Tech Athletics, with particular oversight of the compliance department and related activities. This position also serves as the Deputy Title IX Coordinator for GT Athletics.

**Job Description**

**KEY RESPONSIBILITIES**

- Actively participate as a strategic leader and member of the GT Athletics senior leadership team.
- Provide oversight and leadership for assigned areas of responsibility, which include the Compliance department and strategies and activities related to compliance with NCAA rules and policies.
- Educate, advise, and monitor staff on all applicable compliance related GT Athletics and NCAA rules and policies, and implement systems and a rules education program to ensure that staff and teams are in compliance.
- Address staff and student-athletes in violations of rules, GT Athletics regulations or conduct impacting upon matters, policies or the reputation of GT Athletics
- Report to the Vice President of Legal Affairs and Risk Management and the Faculty Athletic Representative regarding NCAA compliance matters.
- Provide oversight, leadership and direct support as the Deputy Title IX Coordinator for GT Athletics.
- Serve as the primary liaison with the Office of the President on all matters related to the Georgia Tech Athletic Association Board of Trustees, developing the meeting schedule, agendas and overseeing Board committee work.
- Coordinate GT Athletics responses to all Open Records Act requests for information.
- Oversee and administer the GT Athletics drug testing policy and program.
- Monitor and approve student-athlete financial aid.
- Maintain a regularly updated staff compliance manual and student-athlete handbook.
- Serve as a liaison to the Registrar, Bursar and Director of Financial aid regarding student-athlete matters.
- Calculate and monitor student-athlete eligibility in coordination with Academic Advising and the Registrar.
- Advise and lead in the development and formulation of Athletics policies and procedures.
- Carry out all responsibilities involved in the management of direct reports.
- Develop and maintain positive and productive relationships with key internal and external constituents.
- Represent GT Athletics with efforts and initiatives involving operational and business partners, and with intercollegiate athletics organizations such as the NCAA and ACC.

BOR-0015973


Georgia Tech Athletics
We inspire and empower student-athletes to be champions in academics, competition, and life.

- Exhibit the GT Athletics core values of character, excellence, teamwork, and innovation. Promote these values throughout the organization with a focus on fulfilling the GT Athletics mission.
- Perform other related duties as assigned.

**EDUCATION, EXPERIENCE, KNOWLEDGE & ABILITIES**

- Bachelor's degree in Accounting, Business Administration or Finance
- Five to seven years of job related experience
- Experience in a FBS, D-1A Athletics Program preferred
- Experience working with a nonprofit 501(c)3 organization preferred

**SPECIALIZED SKILLS**

- Building Trust
- Collaboration
- Communication
- Conflict Management
- Continuous Learning
- Delegating Responsibility
- Drive
- Facilitating Change
- Guiding & Developing Staff
- Innovation
- Integrity
- *Safety Awareness*
- *Service*
- Self Development
- Strategic Focus
- Team Leadership
- Visionary Leadership

| Reviewed By: | | Date: | |
|---|---|---|---|
| Approved By: | | Date: | |

BOR-0015974

**Exhibit D.**

## 8.2.18.6 Amorous Relationships

A University System of Georgia (USG) employee, including a graduate teaching assistant, is prohibited from having a romantic or sexual relationship with any student or USG employee who the individual supervises, teaches, or evaluates in any way. Additionally, a USG employee is prohibited from having a romantic or sexual relationship with any student or USG employee whose terms or conditions of education or employment the individual could directly affect.



**Exhibit E.**

# Human Resources Administrative Practice Manual

## Employee Relations

« PREV [Teleworking/Flextime Policy]     NEXT [Conflict of Interest] »

## Amorous Relationships

| Citation Reference | |
|---|---|
| Official Title | Policy on Amorous Relationships |
| Abbreviated Title | Amorous Relationships |
| Volume | Human Resources |
| Responsible Office | Human Resources |
| Originally issued | May 2008 |
| Revised | January 2010 |

## Policy Statement

The University System of Georgia is committed to providing a harassment free environment for all faculty, staff and students. A sense of fairness by supervisors and teaching faculty is a fundamental prerequisite for fulfilling the University mission of teaching, research and public service.

## Reason for Policy

This policy reinforces the institution's commitment to provide a safe and amicable workplace for all employees.

## Entities Affected By This Policy

All units of the University System of Georgia are covered by this policy.

## Who Should Read This Policy

All employees within the University System of Georgia should be aware of this policy.

BOR-0015976

## Definitions

These definitions apply to these terms as they are used in this policy:

- **Board of Regents**: The governing body of the University System of Georgia

## Overview

When one party has a professional relationship towards the other, or stands in a position of authority over the other, even an apparently consensual amorous relationship may lead to sexual harassment or other breaches of professional obligations. The University prohibits all faculty and staff, including graduate teaching assistants, from pursuing amorous relationships with undergraduates whom they are currently supervising or teaching.

> The Board of Regents also strongly discourages amorous relationships between faculty or administrators and graduate/professional students and/or employees whose work they supervise. Anyone involved in an amorous relationship with someone over whom he or she has supervisory power must recuse himself or herself from decisions that affect the compensation, evaluation, employment conditions, instruction, and/or the academic status of the subordinate involved.

## Process/Procedures

Any individual in authority who is or has been involved in an amorous relationship with a person whom they may be called upon to evaluate must promptly report this fact to his or her supervisor. The supervisor will then arrange to see that the individual in authority does not evaluate nor participate in discussions and decisions that affect the compensation, evaluation, employment conditions, instructions, and/or academic status of the subordinate involved. Any individual who violates this policy is subject to disciplinary action commensurate with the offense. An institution may also elect to have such matters be reported to the institution's department responsible for investigating matters that may relate to sexual harassment.

Each institution will establish a reporting process such that any person who believes that a faculty member, administrator, graduate assistant or other employee is involved in an amorous relationship with a person under his/her direct authority or supervision will have an avenue for reporting the perceived relationship.

Each institution will have the authority to take appropriate action when disruptive conduct, job performance problems, or actions that reflect poorly on the institution result from amorous relationships.

*Retrieved on March 4, 19, 2019 from:*
*https://www.usg.edu/policymanual/section8/C224/#p8.2.18_personnel_conduct and*
*https://www.usg.edu/hr/manual/amorous_relationships*

BOR-0015977