# RE: Rob Norris Resignation

| | |
|---|---|
| From: | Cruse, Kevin E <kevin.cruse@ohr.gatech.edu> |
| To: | Marvin Lewis <mlewis@gtathletics.org> |
| Sent: | June 22, 2018 8:37:39 AM EDT |
| Received: | June 22, 2018 8:37:44 AM EDT |

I thought so as well. Rob has clearly, and quickly, moved on. I doubt the conversation that was referenced (between the two of them) will ever happen. I'm asking Rob to complete an exit survey as a courtesy to us.

Kevin

Kevin Cruse

HR Business Partner

Georgia Tech Athletic Association

150 Bobby Dodd Way NW | Atlanta, Georgia | 30332

kevin.cruse@ohr.gatech.edu

C:404.426.1495

Web |
<http://ramblinwreck.com/>

Facebook |
<https://www.facebook.com/gtathletics/>

Twitter <https://twitter.com/GTAthletics>

From: Marvin Lewis <mlewis@gtathletics.org>
Sent: Thursday, June 21, 2018 7:45 PM
To: Cruse, Kevin E <kevin.cruse@ohr.gatech.edu>
Subject: RE: Rob Norris Resignation

Kevin – Thanks for forwarding. Interesting to read Rob's resignation and Mark's response.

Marvin

Marvin Lewis

Assoc. AD for Finance & Administration

Georgia Tech Athletic Association

150 Bobby Dodd Way NW | Atlanta, Georgia | 30332

mlewis@athletics.gatech.edu



Exhibit #

Cruse 3

5/26/21 - CW

PLAINTIFF007700

C:

404.295.5612

Web |
<http://ramblinwreck.com/>

Facebook |
<https://www.facebook.com/gtathletics/>

Twitter <https://twitter.com/GTAthletics>

From: Cruse, Kevin E [mailto:kevin.cruse@ohr.gatech.edu]
Sent: Thursday, June 21, 2018 3:14 PM
To: Marvin Lewis <mlewis@gtathletics.org>
Subject: FW: Rob Norris Resignation

Marvin,

Per our conversation…confidentially.

Kevin

Kevin Cruse

HR Business Partner

Georgia Tech Athletic Association

150 Bobby Dodd Way NW | Atlanta, Georgia | 30332

kevin.cruse@ohr.gatech.edu

C:404.426.1495

Web |
<http://ramblinwreck.com/>

Facebook |
<https://www.facebook.com/gtathletics/>

Twitter <https://twitter.com/GTAthletics>

From: Mark Rountree <mrountree@gtathletics.org>
Sent: Thursday, June 21, 2018 6:49 AM
To: Cruse, Kevin E <kevin.cruse@ohr.gatech.edu>
Cc: Christine Ackerman <cbrown@gtathletics.org>
Subject: FW: Rob Norris Resignation

Kevin,

Please see the email exchange below. Rob Norris has resigned effective immediately.

Thanks,

Mark

Mark Rountree

Deputy Athletic Director

Georgia Tech Athletic Association

150 Bobby Dodd Way NW | Atlanta, Georgia | 30332

mrountree@athletics.gatech.edu

C:

202.421.7730

Web |
<http://ramblinwreck.com/>

Facebook |
<https://www.facebook.com/gtathletics/>

Twitter <https://twitter.com/GTAthletics>

From: Rob Norris <rnorris@gtathletics.org>
Date: Wednesday, June 20, 2018 at 5:38 PM
To: Mark Rountree <mrountree@gtathletics.org>
Subject: Re: Rob Norris Resignation

Mark,

Today is my last day. I appreciate your kind words. In the future perhaps we can talk. Right now I have to get to work on my new job and start grinding.

Best of luck Mark, I wish you nothing but success.

Take care

Rob

"I'll ride the wave where it takes me - I'll hold the pain - Release me." Pearl Jam

Sent from my iPhone

Rob Norris

Assistant Women Basketball Coach

PLAINTIFF007702

Georgia Tech Athletic Association

150 Bobby Dodd Way NW | Atlanta, Georgia | 30332

rnorris@athletics.gatech.edu

C:

404.825.8391

Web |
<http://ramblinwreck.com/>

Facebook |
<https://www.facebook.com/gtathletics/>

Twitter <https://twitter.com/GTAthletics>

On Jun 20, 2018, at 3:08 PM, Mark Rountree <mrountree@gtathletics.org> wrote:

Rob,

Coach Jo told me you were pretty banged from your fall, so I hope your injuries heal quickly.

You are valued member of Georgia Tech Athletics, and as such I support your decision to pursue other opportunities. Life is too short; your health and well-being should always come first, and I certainly respect your decision to walk away from coaching. If the coaching bug stays with you, give me a call and let's talk because I think you are a good coach. Having said that, I want nothing but the best for you and your family.

As far as the lack of leadership from the administration, I guess that falls on me. I'm sorry you feel you were not supported and maybe I should have been more vocal, but I always supported Coach Jo when she looked to promote you and expand your role. As recent as last month she told me you were interested in the Head Coach at Binghamton and I thought you would make a great head coach. It seemed like a good place for you to start your Head Coaching career, and I let her know I would support your pursuit of that position anyway I could.

I'd like to open the door for you and I to talk as some point. I certainly don't want to make the same mistake twice, and would like your feedback on what I could do better.

On a logistical note, is your resignation effectively immediately, or have you and Coach Jo discussed when your last day will be?

Thanks, and take care,

Mark

<image879735.png>

Mark Rountree

Deputy Athletic Director

Georgia Tech Athletic Association

150 Bobby Dodd Way NW | Atlanta, Georgia | 30332

mrountree@athletics.gatech.edu

C:

202.421.7730

Web |
<http://ramblinwreck.com/>

Facebook |
<https://www.facebook.com/gtathletics/>

Twitter <https://twitter.com/GTAthletics>

From: Rob Norris <rnorris@gtathletics.org>
Date: Wednesday, June 20, 2018 at 9:49 AM
To: MaChelle Joseph <MJoseph@gtathletics.org>
Cc: Mark Rountree <mrountree@gtathletics.org>
Subject: Rob Norris Resignation

Coach Joseph,

Good morning and I hope you are well. Thank you for being so understanding of my fall down the stairs on Sunday. I am recovering slowly but still extremely sore. My family and I want to also thank you for the three best years of my life coaching basketball. I am proud of what we accomplished with the program both on and off the floor.

I have been approached about a job becoming the Chief Financial Officer/Part Owner for a highly successful company operating out of Atlanta. Due to this opportunity coupled with my chronic health/back issues throughout the years I am resigning my position as Assistant Head Coach.

Furthermore, I have been coaching college basketball for almost twenty years, worked at several institutions and have vast experience both athletically and administratively. Historically speaking, you have enjoyed more success then almost any other coach at Georgia Tech. I found though the environment at Georgia Tech very difficult due to the constant turnover and lack of leadership within the administration. During my tenor it also seemed that Women's basketball was being targeted by various departments. Quite frankly, the program did not get the attention it deserved, which made the job more difficult and less full-filling.

I am excited about my new opportunity in the future and ready to take the next step in life. I wish you and the program the very best moving forward. I will always support you and be a fan of Georgia Tech Athletics.

Sincerely,

Rob Norris

<image001.png>

PLAINTIFF007704

Rob Norris

Assistant Women Basketball Coach

Georgia Tech Athletic Association

150 Bobby Dodd Way NW | Atlanta, Georgia | 30332

rnorris@athletics.gatech.edu

C:

404.825.8391

Web |
<http://ramblinwreck.com/>

Facebook |
<https://www.facebook.com/gtathletics/>

Twitter <https://twitter.com/GTAthletics>

PLAINTIFF007705