# Exhibit 1

CONFIDENTIAL
Case 1:20-cv-00502-VMC   Document 257-1   Filed 07/25/22   Page 2 of 3
Conversation between Me and Lynn M Durham – page 51 of 76


**Lynn M Durham**
Julie and I are in my office. Come on in when you get here.
3:18 PM


**Me**
Ok..running late from another meeting but will be there shortly!
3:19 PM

--- Friday, Feb 1, 2019 ---



--- Monday, Feb 11, 2019 ---


**Lynn M Durham**
I got one letter. Todd is meeting with Kate and Kim tomorrow in relation to MJ's letter.
3:43 PM

--- Tuesday, Feb 12, 2019 ---


**Me**
Ok..that's good.
10:03 AM

--- Wednesday, Feb 13, 2019 ---

Generated by GilApps SMS Backup & Print

BOR-005832

**Me** 
GM Lynn. I am checking in with Kate and a few others later this morning. So I wanted to touch base with you as well in case I could be quickly helpful on anything. My network connections have been very spotty.
7:07 AM

 **Lynn M Durham**
We received a second letter from a parent and Todd' is talking to Kim and Kate to figure out options. I think he would like to use them to negotiate her leaving but I question if we need to put her on administrative leave immediately. Kate' can fill you in.
7:12 AM

 **Lynn M Durham**
We received a second letter from a parent and Todd' is talking to Kim and Kate to figure out options. I think he would like to use them to negotiate her leaving but I question if we need to put her on administrative leave immediately. Kate' can fill you in.
7:12 AM

**Me**
Ok. I will discuss with Kate..I am with you ..we should consider whether there is continued harm to our students if she remains on staff unless she resigns immediately.
7:15 AM