# Exhibit 2

CONFIDENTIAL
Case 1:20-cv-00502-VMC   Document 257-2   Filed 07/25/22   Page 2 of 2
Conversation between Me and Lynn M Durham - page 60 of 76


**Lynn M Durham**
Oh. A location wasn't on my calendar. The PCR is fine. Thanks
1:29 PM

Me
Maybe Laleeta told me..let me confirm to make sure I did not make that up
1:29 PM



**Lynn M Durham**
I see it held on the PCR calendar so that is right. See you there.
1:30 PM

─── Friday, Mar 15, 2019 ───


**Lynn M Durham**
Did Eric send you a summary today? If so can you send it to me and Bud?
5:21 PM

Me
Just sent it.
6:41 PM



**Lynn M Durham**
Thanks. I hope the final report has more details. This is not as compelling as I had hoped. Have a good weekend.
9:07 PM

─── Monday, Mar 18, 2019 ───

Me
I can give you a call around 4:30
1:25 PM
