# Exhibit 4

CONFIDENTIAL
Case 1:20-cv-00502-VMC   Document 257-3   Filed 07/25/22   Page 2 of 3
Conversation between Me and Joleen Akin - page 1 of 9

--- Monday, Jan 28, 2019 ---


**Joleen Akin**
Hi Aisha
It's Joeleen... is this the number to contact you?
9:46 PM

**Me**
Yes. This is fine but I also give my personal cell phone in case they are not ready to be disclosed..
9:48 PM



**Joleen Akin**
Got it.
9:48 PM


**Joleen Akin**
Question for you..... should I have a personal cell???
9:51 PM

**Me**
Depends...I did not have one before..but got one because I am discussing information that is more likely subject to open records than when my work was mostly corporate transactional work.
9:56 PM


CONFIDENTIAL
Case 1:20-cv-00502-VMC   Document 257-3   Filed 07/25/22   Page 3 of 3
Conversation between Me and Joleen Akin - page 2 of 9

**Me**
It's a preference really and if your phone is ever subject to an open records request we will make every effort to protect your non-work related stuff.
9:58 PM


**Me**
Totally your call..
9:58 PM



**Joleen Akin**
Ok. I have nothing to hide
10:04 PM

--- Tuesday, Jan 29, 2019 ---

**Me**
Lol!
7:44 AM



**Joleen Akin**
I have two people your number and they are calling you today to set up a time for fellowship
11:20 AM

--- Monday, Feb 4, 2019 ---


**Joleen Akin**
Hi Aisha
Can you talk?
5:50 PM

**Me**
Joleen..so sorry that I am just seeing this text..is now a good time? If it's too late I will give you a call tomorrow morning.
9:07 PM

Generated by GilApps SMS Backup & Print
BOR-005797