## Case: AT-3 - EP Website
## GTI - Athletics
## Other

## Case Snapshot

**Opened:** 03/07/2016
**Days open:** 38
**Last modified:** 01/24/2018 3:17 PM
**Date closed:** 04/15/2016
**Intake method:** EP Website
**Status:** Closed
**Alert:** Green

## General Case Info

**Case number:**
AT-3
**Received/Reported date:**
03/07/2016
**Language:**
English
**Assigned tier:**
GTI - Athletics

### Issue
**Primary issue:**
Other

## Case Details  Show Original Case Details

### Reported tier information
**Case type:**
Allegation
**Intake method:**
EP Website

### Location
**Organization/Building name:**
GTI - Athletics
**Location/Address:**
GT Athletic Association (Football)
**City:**
Atlanta
**State/province:**
GA
**ZIP/postal code:**
30332
**Country:**
United States of America
**OrgUnitCode:**
A01

**Reporter contact information**
**Reporter anonymous:**
No
**Reporter first name:**
Micheal
**Reporter last name:**
Summers
**Phone number:**

**Email address:**

**Contact availability:**
Mon-Sun 7-9pm or Tues-Thurs 3-4pm & 6-9pm

**Case Information**
**Relationship to Institution:**
Student
**Please identify the person(s) engaged in this behavior:**
Paul Johnson - Head Football Coach
**Do you suspect or know that a supervisor or management is involved?**
Yes
**If yes, then who?**
Mike Bobinski, Athletic Director
**Is management or the department aware of this problem?**
Yes
**What is the general nature of this matter?**
Moral Misconduct, and Emotional Abuse
**Where did this incident or violation occur?**
Practice, Team meetings and Individual meetings
**Please provide the specific or approximate time this incident occurred:**
This incident was an ongoing thing. It happened numerous times. However, I decided to leave the team on
Wednesday, November 4, 2015 because of it.
**How long do you think this problem has been going on?**
More than a year
**How did you become aware of this violation?**
It happened to me
**If other, how?**
I also witnessed it happen to my teammates
**Please identify any persons who have attempted to conceal this problem and the steps they took to conceal it:**
Coach Lamar Owens, Coach Albert "Buzz" Preston, Coach Mike Sewak, Coach Joe Speed, Coach Mike Pelton, Coach
Ted Roof, Coach Andy McCollum, and the rest of the Georgia Tech Football staff
**Details:**
The following letter is a letter of appeal for the cancellation of my scholarship. I won the appeal.

December 13, 2015

To Dr. Paul R. Kohn:

My name is Micheal Wayne Summers, Jr and I am currently a senior here at The Georgia Institute of Technology. I
am on track to graduate in the Spring of 2016. The purpose of this letter is to appeal the recent cancellation of my
athletic scholarship that was originally promised to me by Head Football Coach Paul Johnson on Thursday, November
5, 2015 at 11:15AM.

On June 16, 2011, I was verbally awarded a full athletic scholarship to attend The Georgia Institute of Technology to
play the wide receiver position on the football team. I was awarded this scholarship by Coach Johnson during the
lunch period of a football camp that took place at Bobby Dodd stadium. That day was the best day of my life because

BOR-0015477

I had always dreamed of being a Yellow Jacket. Throughout my recruiting process Coach Johnson emphasized "honesty and integrity." After the meeting, he told me that, he was only committed to me if I would commit to them and if I was considering other schools then they are considering other recruits. That statement was a key factor in my decision making because I am a man of my word. On the morning of June 17, 2011, I called Coach Johnson on his cell phone and told him that I wanted to commit to the football program. He then verbally committed to honor my athletic scholarship. From that day forward I was transparent, honest, and committed to The Georgia Institute of Technology.

During my freshman year, I was redshirted as a football player which meant that I was withdrawn from in-season games in order to develop my skills and extend the period of my playing eligibility by an additional year. I had no problem with the decision and I appreciated how Coach Johnson and the rest of his coaching staff handled the situation with honesty. During my redshirt freshman year, I had some success on the field and I played in all 13 games with 11 starts. I was excited to have earned the opportunity to play Division 1 football through countless hours of hard work on and off the football field. However, both my redshirt sophomore and junior years did not go as I expected. The honesty and integrity that both Coach Johnson and my position coach, Albert "Buzz" Preston, displayed towards me in the beginning of my career had completely changed. Both Coach Johnson and Coach Preston created a hostile (antagonistic) culture with myself and the team which lasted the entire season. Even though I worked extremely hard, they gave me inconsistent playing time in football games and never communicated the reason. This type of treatment killed my joy and enthusiasm for the game of football. I always did everything that was asked of me and I have always been a man of high character. For the benefit of the team, I never made my issues known to the coaching staff. Even though I felt like I was being treated unfairly and that my hard work was going unnoticed, both Coach Johnson and Coach Preston showed no interest in my feelings and concerns. My redshirt junior year has been the toughest thus far. I never fully recovered from the previous year and the emotional abuse and manipulative treatment administered by Coach Johnson and Coach Preston increased. The emotional abuse included:

creating a manipulative culture designed to take advantage of me and my teammates
continuous disinterest in the feelings and sensitivities of their athletes
not being open to constructive feedback from players
poor communication
not adhering to their open door policy
creating a fear-based environment
regular use of public embarrassment and humiliation of athletes
most importantly, only caring about their athletes as performers instead of individuals

All of these actions caused me to lose trust in both coaches as well as lose my passion for the game. For this reason, I decided to leave the team on Wednesday November 4, 2015 after two meetings, the first with Coach Preston and the second with both Coach Johnson and Coach Preston. The first meeting originally began as a weekly routine where coaches are able to discuss a player's previous game and practice performance with him. Towards the end of the individual meeting, I politely expressed how I felt that I was being treated unfairly and how it has taken a toll on me mentally and emotionally. Coach Preston responded in a show of blatant lack of support and after three years of feeling like I was not being appreciated as a contributor to the team, his response was the final straw. During my meeting with both coaches, I tried to explain why I decided to leave the team but that was unsuccessful because they were only focused on trying to convince me to stay. On Wednesday November 4, 2015 at 8:00PM Coach Johnson called my father. During that conversation Coach Johnson asked my dad if he would tell me to come in the next morning for another individual meeting. On the morning of Thursday November 5, 2015 at 10:30AM, I met with my academic advisor, Melissa Wheeler. During that conversation, I expressed my desire to leave the team for the remainder of the year and we discussed the possibility of having to forfeit my athletic scholarship for the 2016 spring semester. After that meeting, I met with Coach Johnson at 11:15AM and we discussed why I decided to leave the team. After telling him in detail about the current and previous emotional abuse that was displayed by him and Coach Preston, he told me that he understood why I left. At the end of our meeting, Coach Johnson looked me in the eyes and told me that, he had "no problem with keeping me on scholarship until I graduate in May." He then instructed me to go down stairs to the Office of Compliance and make sure that I am allowed to keep my scholarship. At 12:00PM, I met with the Director of Compliance, Marquita Armstead. During that meeting, I told her "I decided to leave the football team and Coach Johnson is going to keep me on scholarship." She then verbally confirmed my scholarship renewal and said that I am good to go. Immediately after that meeting, I contacted my parents and Melissa Wheeler via text message to tell them that Coach Johnson is allowing me to keep my athletic scholarship until I graduate in May.

On Thursday November 24, 2015, I received an email from the Associate Director of Compliance, Bret Cowley. In the

email he asked me to come by his office the next Monday to "discuss my financial aid status for next semester." On Monday November 30, 2015 at 9:30AM, I met with Bret Cowley. During the meeting he told me that my name is on a list of cancelled scholarships that was signed by Coach Johnson and I informed Brett about my personal meeting with Coach Johnson. Brett then told me that he will meet with Coach Johnson again to make sure. At 4:00PM, I received a call from Brett Cowley and he told me that my scholarship will be cancelled at the request of Coach Johnson. Brett also stated that Coach Johnson told him that, he never told me that he was going to keep me on scholarship until I graduate and that he informed me that my scholarship would be cancelled for the spring semester. Both of these statements from Coach Johnson were not true.

During my freshman and sophomore years of highschool, I attended Benedictine Military School located in Savannah, Georgia. In the discipline section of the school's handbook it states that, "A Benedictine Cadet will not lie, cheat, steal nor tolerate those who do." Honesty and integrity are two attributes that define me and I expect these things out of anyone I encounter. When I received the news that my athletic scholarship is going to be cancelled in the spring semester, I was emotionally distraught. I trusted Coach Johnson's verbal contract during our meeting and I've always held him to a high standard since we committed to each other in 2011. I went back to meet with Coach Johnson on November 5th, because being a man of integrity, I knew that I owed him an explanation. Coach Johnson did not show honesty and integrity when he decided to act against his verbal contract by cancelling my athletic scholarship and not contacting me or my parents with his decision. This is the reason why I chose to appeal the cancellation of my athletic scholarship.

I have attached statements from Marquita Armstead (Director of Compliance), Melissa Wheeler (Academic Coordinator, current), Tim Brown (Academic Advisor for the College of Computing, current; Academic Coordinator, 2012-2014), Seletha Butler(Business Law Professor, Fall 2012), and Lea Marzo (Faculty Support Coordinator for the School of Mathematics) verifying my story and my character. Attached to this email you will also find a letter from ████████████ He played football here in███ and decided to leave the team after his sophomore season. Coach Johnson allowed him to retain scholarship throughout the spring semester.

Thank you for taking the time to review my appeal.

Sincerely,

Micheal W. Summers Jr.
Georgia Institute of Technology '16

**Legacy information**

**Follow-ups**

**Reporter Additional Information**
There are no additional notes for this incident.

**Questions/Comments and Reporter Responses**

**03/09/2016 - Hall, Melissa**
Comment: Thank you for this report. The Institute takes these matters seriously, and your complaint will be routed to the appropriate Institute officicals for action. Please check back here for additional comments/concerns.

**04/01/2016 - Peterson, Latoya**
Comment: We reached out via email on March 16th regarding this matter, and to date we have not received a response. Please follow up by April 15th via email to lee.hendrickson@ohr.gatech.edu . If by April 15th we have not received a response, this matter will be closed.

**Assignments & Access**

**Case assignee(s):** None

**Restricted access:** Bobinski, Michael
**Case access list:** Belaineh, Sara; Cohen, Aaron; Engel, Shoshanna; Fuchko, John; Gosden, Kathleen; Hall, Melissa; Horne, Wesley; Lewis, Marvin; Nie, Ling-Ling; Oliver-Staley, Aisha; Procter, Rose; Quintero, Jodie; Wasch, Kathleen A

## Participants

| Name | Job Title | Relationship | Role | Results | Notes |
|------|-----------|--------------|------|---------|-------|
| Micheal Summers | None | None | Reporter | None | |

## Attachments

### Files from Reporter

| | File | Description | Date |
|---|------|-------------|------|
| #1 | Micheal Summers' Letter of Appeal.pdf | This is a letter of appeal. I had to appeal the cancellation of my scholarship. This letter also gives more detail as to why I decided to leave the team. | 03/07/2016 |
| #2 | Micheal Summers' Letter of Appeal.pdf | | 03/07/2016 |
| #3 | ███████████ | The following letter is from a female who was harassed during her job in the Football office. | 03/14/2016 |

## Synopsis

### Outcome of case
**Primary outcome:**
Unable to verify
**Secondary outcome 1:**
Issue initiator unwilling to participate
**Secondary outcome 2:**
No Result
**Action taken:**
No Action Taken

### Additional details
**Resolution of Case:**
Unsubstantiated
**Synopsis notes:**
We reached out twice to the initiator with no response. We will continue to monitor for trends, should additional information or inquiries come in, and promote best practices.

## Tasks

None

## Case Notes

None

## Related Cases

Cases marked as related to this case
None

BOR-0015481