## Re: List of interviewees?

| | |
|---|---|
| From: | Wasch, Kate <kate.wasch@legal.gatech.edu> |
| To: | Hoffman, Eric A. <ehoffman@littler.com> |
| Cc: | Joyce, Julie E <julie.joyce@ohr.gatech.edu>, Pope, Benson E. <BPope@littler.com>, Joyce, Julie |
| Sent: | April 24, 2019 8:56:32 AM EDT |
| Received: | April 24, 2019 8:56:42 AM EDT |
| Attachments: | image001.png, image002.png |

Thank you for your quick response, Eric.

Sent from my iPhone

On Apr 24, 2019, at 8:39 AM, Hoffman, Eric A. <EHoffman@littler.com <mailto:EHoffman@littler.com> > wrote:

Good morning Kate,

We have a complete scan of my working notes and notebook—all 521 pages of it.

Interviewees:

Current Players

1. Martine Fortune

2. Elizabeth Dixon

3. Jasmine Carson

4. Kierra Fletcher

5. Daijah Jefferson

6. Francesca Pan

7. D'Asia Gregg

8. Elizabeth Balogun

9. Anne Diouf

10. Chanin Scott

11. Lorela Cubaj

12. Kondalia Montgomery

13. Lotta-Maj Lahtinen

Coaching Staff

1. Sascha Palmer

2. Jonneshia Pineda

3. Austin Kelly

4. Mark Simons

5. Antonia Peresson

6. MaChelle Joseph

Athletics and WBB Administrators

1. Liz Ryan

2. Rachel Matthews

3. Amanda Brown

4. Scott McDonald

5. Mehtra Walthour

6. Brittni Oliver

7. Felicia Tucker

Former Players

1. Taija Cummings

2. Zaire O'Neill

3. Kaylon Pugh

4. Elo Edeferioka

Parents

1. Anthony Fletcher

2. Kaylon Pugh's Mom – Didn't catch full name

3. Celeena Jefferson

Other / Miscellaneous

1. Dr. Tiffany Jones – team consultant referred by M. Joseph

2. Gail Goestenkors – team consultant referred by M. Joseph

3. Carol Ross – team consultant referred by M. Joseph

4. Dr. Lynnette Sells – team physician

5. Gene Hall – team bus driver

6. █████████████ – Student Manager

7. █████████████ – Student Manager

Please let us know if there's anything else that we can do to assist.

Thanks,

Eric

Eric A. Hoffman
Attorney at Law
404.443.3524 direct, 404.420.2521 fax
EHoffman@littler.com <mailto:EHoffman@littler.com>

<image001.png> <https://www.littler.com/>
<image002.png> <https://www.littler.com/>

Labor & Employment Law Solutions | Local Everywhere
3344 Peachtree Road, N.E., Suite 1500, Atlanta, GA 30326-4803

From: Wasch, Kate <kate.wasch@legal.gatech.edu <mailto:kate.wasch@legal.gatech.edu> >
Sent: Tuesday, April 23, 2019 5:14 PM
To: Hoffman, Eric A. <EHoffman@littler.com <mailto:EHoffman@littler.com> >
Cc: Joyce, Julie <julie.joyce@ohr.gatech.edu <mailto:julie.joyce@ohr.gatech.edu> >
Subject: List of interviewees?

Good afternoon, Eric. Can you provide to me, please, a list of all of the people you interviewed during the Athletics investigation? It would be really helpful if those people are identified as staff or students.

Please continue to retain any and all documents you gathered, consulted, or produced during your investigation.

Thanks.

Kate Wasch

Managing Attorney

Office of Legal Affairs

Georgia Institute of Technology

Atlanta, GA 30332-0495

CONFIDENTIAL

Telephone: 404-894-4812

Please note that most communications to or from Georgia Tech employees are available to the public and the media upon request under Georgia's broad open records law. Therefore, this e-mail communication and any response to it may be subject to public disclosure.

-------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com <http://www.littler.com> for more information.

BOR-001131

Re_ List of interviewees_



CONFIDENTIAL

BOR-001132
Re_ List of interviewees_

CONFIDENTIAL

Fueled by ingenuity. Inspired by you.

BOR-001133
Re_ List of interviewees_