# Exhibit 33

CONFIDENTIAL
Case 1:20-cv-00502-VMC Document 257-6 Filed 07/25/22 Page 2 of 2
Conversation between Me and Lynn M Durham - page 51 of 76



**Lynn M Durham**
Julie and I are in my office. Come on in when you get here.
3:18 PM

**Me**
Ok..running late from another meeting but will be there shortly!
3:19 PM



--- Friday, Feb 1, 2019 ---



--- Monday, Feb 11, 2019 ---



**Lynn M Durham**
I got one letter. Todd is meeting with Kate and Kim tomorrow in relation to MJ's letter.
3:43 PM

--- Tuesday, Feb 12, 2019 ---

**Me**
Ok..that's good.
10:03 AM



--- Wednesday, Feb 13, 2019 ---

BOR-005832