# Open Georgia

### Transparency in Government

Home | Search Applications | Reports | Contact | Help

Open Georgia is a gateway for obtaining information and key documents about how the State of Georgia spends tax dollars and other revenues to provide services to Georgians. The information maintained on this site comes from various state agencies and is updated annually.

## Salaries & Travel Reimbursements



[Back to Search]  [Advanced Search]

1 total record(s).

| Name | Title | Salary | Travel | Organization | Fiscal Year |
|---|---|---|---|---|---|
| BATTEN, TIMOTHY | TEMPORARY FACULTY | $25,000.00 | $0.00 | UNIVERSITY OF GEORGIA | 2021 |

Download: CSV | Download All Salary Travel Data



# Open Georgia

**Transparency in Government**

Open Georgia is a gateway for obtaining information and key documents about how the State of Georgia spends tax dollars and other revenues to provide services to Georgians. The information maintained on this site comes from various state agencies and is updated annually.

Home | Search Applications | Reports | Contact | Help

## Salaries & Travel Reimbursements

[Back to Search]   [Advanced Search]

**1 total record(s).**

| Name | ▲ Title | Salary | Travel | Organization | Fiscal Year |
|---|---|---|---|---|---|
| BATTEN,TIMOTHY | TEMPORARY FACULTY | $25,000.00 | $0.00 | UNIVERSITY OF GEORGIA | 2020 |

Download:   CSV   |   Download All Salary Travel Data





| Name | Title | Salary | Travel | Organization | Fiscal Year |
|---|---|---|---|---|---|
| BATTEN,TIMOTHY | PROFESSOR | $25,000.00 | $0.00 | UNIVERSITY OF GEORGIA | 2019 |

1 total record(s).

Back to Search

Advanced Search

Download: CSV | Download All Salary Travel Data